1  Mark D. Kremer (SB# 100978)
       *m.kremer@conklelaw.com*
2  Evan Pitchford (SB# 256536)
       *e.pitchford@conklelaw.com*
3  Zachary Page (SB# 293885)
       *z.page@conklelaw.com*
4  CONKLE, KREMER & ENGEL
   Professional Law Corporation
5  3130 Wilshire Boulevard, Suite 500
   Santa Monica, California  90403-2351
6  Phone: (310) 998-9100 • Fax: (310) 998-9109

7  Attorneys for Plaintiffs Moroccanoil, Inc
   and Moroccanoil Israel Ltd.

8

9              UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  MOROCCANOIL, INC., a California          CASE No. 2:16-cv-07004-DMG-AGR
    corporation; and MOROCCANOIL
13  ISRAEL LTD., an Israeli limited          **APPENDIX OF DECLARATIONS
    company,                                 AND EXHIBITS IN SUPPORT OF
14                                           PLAINTIFF MOROCCANOIL,
                  Plaintiffs,                INC.'S MOTION FOR
15                                           PRELIMINARY INJUNCTION**
            v.
16                                           [Motion and [Proposed] Order filed
    ZOTOS INTERNATIONAL, INC., a             concurrently herewith.]
17  New York corporation; and DOES 1
    through 20, inclusive,                   Date:    December 9, 2016
18                                           Time:    2:00 p.m.
                  Defendants.                Crtrm.: 8C
19
20                                           Hon. Dolly M. Gee, Presiding Judge
                                             Hon. Alicia G. Rosenberg, Magistrate
21                                           Judge
                                             Complaint filed: September 16, 2016
22

23

24                         **PART 1 OF 6**

25      **(DECLARATIONS, EXPERT REPORTS AND EXHIBITS 1-14)**

26

27

28
   2522.714\9969

**DECLARATIONS**

1.  Jay Elarar

2.  Eric S. Engel

3.  Gloria Hoo

4.  David Krzypow

5.  Nelda Levine

6.  Nicole Sands

7.  Allan Weizmann [REDACTED (Unredacted Version Filed Under Seal)]

8.  Anthony Wilson


**EXPERT REPORTS**

1.  William Decker

2.  Michael Kamins


**EXHIBITS**

| Ex. | Description | Authenticated By |
|---|---|---|
| 1 | Image of Moroccanoil and Majestic Oil Products | Sands Decl. ¶ 2 |
| 2 | Images of Moroccanoil Products | Sands Decl. ¶ 3 |
| 3 | Moroccanoil Horizontal Trademark Documents | Sands Decl. ¶ 4 |
| 4 | Moroccanoil Vertical Trademark Documents | Sands Decl. ¶ 5 |
| 5 | Historical Captures of Moroccanoil Website | Sands Decl. ¶ 6 |
| 6 | Moroccanoil Brand Guidelines – FILED UNDER SEAL | Krzypow Decl. ¶ 5 |
| 7 | Moroccanoil Merchandising Guidelines and Moroccanoil Merchandising Elements FILED UNDER SEAL | Elarar Decl. ¶ 6 |
| 8 | Collection of Moroccanoil Advertisements | Krzypow Decl. ¶ 4 |
| 9 | Moroccanoil Facebook Page | Sands Decl. ¶ 7 |
| 10 | Moroccanoil YouTube Page | Sands Decl. ¶ 8 |
| 11 | "In the Press" Page from Moroccanoil Website | Sands Decl. ¶ 9 |

| Ex. | Description | Authenticated By |
|---|---|---|
| 12 | CNN – *Made in Israel: Moroccanoil* | Sands Decl. ¶ 10 |
| 13 | Vogue – *Beauty: The Frenzy over Moroccanoil* | Sands Decl. ¶ 11 |
| 14 | Popsugar – *Everybody's Loving Moroccanoil* | Sands Decl. ¶ 12 |
| 15 | Moroccanoil "Newsflash" Q3 2016 | Krzypow Decl. ¶ 9 |
| 16 | Collection of References to Moroccanoil Brand and Trade Dress | Sands Decl. ¶ 13 |
| 17 | Moroccanoil Anti-Diversion Booklet | Wilson Decl. ¶ 7 |
| 18 | American Salon – *Anti-Diversion Q&A with Gerardo Ludert, Director of Legal Department at Moroccanoil* | Sands Decl. ¶ 14 |
| 19 | Robin Report – *For Moroccanoil, Imitation Is the Most Litigious Form of Flattery* | Sands Decl. ¶ 15 |
| 20 | The Beauty Industry Report – *Moroccanoil Pioneers a New Way of Doing Business* | Sands Decl. ¶ 16 |
| 21 | Collection of Websites Selling Moroccanoil Products | Sands Decl. ¶ 17 |
| 22 | Images of Majestic Oil Products | Sands Decl. ¶ 18 |
| 23 | Naturelle Website Featuring Majestic Oil Products | Sands Decl. ¶ 19 |
| 24 | Sally Beauty Website Featuring Majestic Oil Products | Sands Decl. ¶ 20 |
| 25 | Collection of Websites Selling Majestic Oil Products | Sands Decl. ¶ 21 |
| 26 | Images of Majestic Oil Products at Sally Beauty | Engel Decl. ¶ 2 |
| 27 | Email Advertising Majestic Oil Products | Levine Decl. ¶ 2 |
| 28 | [Exhibit Intentionally Omitted] | |
| 29 | Facebook Posts Featuring Majestic Oil Products | Sands Decl. ¶ 22 |
| 30 | Sally Beauty Website Featuring Majestic Oil Treatment Product | Sands Decl. ¶ 23 |
| 31 | Review of Zotos on Glassdoor | Sands Decl. ¶ 24 |
| 32 | Collection of Reviews of Knock-off Products from Zotos | Sands Decl. ¶ 25 |
| 33 | Websites Featuring Matrix's Biolage and Zotos' Biotera Products | Sands Decl. ¶ 26 |
| 34 | Websites Featuring Nioxin and Zotos' Nutri-Ox Products | Sands Decl. ¶ 27 |

| Ex. | Description | Authenticated By |
|---|---|---|
| 35 | Websites Featuring Kerastase and Zotos' KeraPro Products | Sands Decl. ¶ 28 |
| 36 | Websites Featuring Aveda and Zotos' Aura Products | Sands Decl. ¶ 29 |
| 37 | Collection of Reviews of Zotos' Products | Sands Decl. ¶ 30 |
| 38 | Third Party Argan Oil Hair Care Products | Sands Decl. ¶ 31 |
| 39 | Office Action in Moroccanoil Color Mark Application | Sands Decl. ¶ 32 |
| 40 | Moroccanoil Products | Lodged with Court |
| 41 | Majestic Oil Products | Lodged with Court |

APPENDIX OF DECLARATIONS AND EXHIBITS IN SUPPORT OF
PLAINTIFF MOROCCANOIL. INC.'S MOTION FOR PRELIMINARY INJUNCTION

Declaration of Jay Elarar

## DECLARATION OF JAY ELARAR

I, Jay Elarar, hereby declare as follows:

1.      I am Vice President of Sales, Americas for Plaintiff Moroccanoil. I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.      I have been employed at Moroccanoil since 2012. From 2012 to 2015, I was Director of Sales for North America, after which I was promoted to my current position. In my role as Vice President of Sales, Americas, I oversee sales of Moroccanoil products in North and South America. As part of this oversight, I manage Moroccanoil's distribution network, supervising a team of sales managers and in-field managers that work with Moroccanoil's distributors and other approved accounts. I have access to business records regarding product sales and other aspects of the business concerning distribution and sales. Through my role as Vice President of Sales, I am also personally familiar with other brands in the personal care industry, including Moroccanoil's competitors.

3.      Preserving and expanding the strength of the Moroccanoil brand and its premium status is a critical component of my duties as Vice President of Sales. Through my employment at Moroccanoil and my review of Moroccanoil's records and third-party media, it is my understanding that for nearly a decade since its inception in January 2007, and starting with its flagship Moroccanoil Treatment product, Moroccanoil has been known among consumers, celebrities, and salon professionals alike as a high-quality, premium hair care brand. Moroccanoil takes this prestige positioning seriously and, as such, has taken and continues to take significant steps to ensure that it controls and maintains its high-end, high-quality status in the marketplace.

4.      For example, to safe guard the professional and premium resale of its products and prevent diversion to unauthorized sales sites, Moroccanoil vigorously vets prospective and active distributors and salons of Moroccanoil products. To select a distributor, Moroccanoil first visits the distributor's facility to understand the nature and quality of the operation and personnel and to ensure that the distributor will present the Moroccanoil brand well. Moroccanoil also obtains industry opinion about the distributor to determine its reputation. Moroccanoil examines the types of salons the distributors work with to determine quality, and examines certain aspects of the distributor's finances to determine its stability. Once a distributor is selected and an agreement which restricts the distributor's sales is executed, Moroccanoil maintains an active relationship with the distributor and conducts periodic audits in order to ensure that the quality of the relationship remains high.

5.      A similar vetting process is in place to approve hair salons to carry and use Moroccanoil products. There are currently over 20,000 salons authorized to carry Moroccanoil products in the United States. This process can entail a visit in person for a visual inspection, either by Moroccanoil's field staff or an agent of the distributor for that specific region. The field staff or distribution agent establishes a relationship with their regional salons and reports to Moroccanoil as to whether the salon is visually satisfactory, whether the salon carries prestige brands, whether the salon has a good reputation, and whether the salon's stylists can present the Moroccanoil brand to the customer in a helpful, educational manner.

6.      Once salons are approved, the relationship continues, as Moroccanoil, among other things, provides the salons a variety of marketing guidelines and display materials in order to properly convey the Moroccanoil brand and "look" and to display the products themselves. Attached hereto as **Exhibit 7** are true and correct

copies of Moroccanoil's Merchandising Elements Guide and General Merchandising Guidelines. The Merchandising Elements Guide is provided to salons and other retailers in order to educate those retailers about the various display units provided for Moroccanoil's products and Moroccanoil's advertising materials, such as banners, decals and posters. The General Merchandising Guidelines present instructions for the appropriate presentation of Moroccanoil's products in order to emphasize Moroccanoil's essential branding elements where the products are sold and advertised.

7.      Moroccanoil also sells its products on its own website, located at *www.moroccanoil.com*.  On its website, Moroccanoil provides consumers with educational materials on its products, and, to preserve the integrity of its various sales channels, Moroccanoil places per-SKU and per-customer limits on purchases through the website.  Moroccanoil's website also offers continuing education to stylists regarding its ever-expanding product line (*See, e.g., http://www.moroccanoil.com/us_en/about/salon-professionals*).

8.      Moroccanoil also engages in a thorough process to control which non-salon accounts (for example, select retail channels) it will approve. Moroccanoil examines the markets in which prospective accounts operate, the prestige and reputation of the account, what other prestige brands are sold via the account, and whether the account is capable of presenting the Moroccanoil brand properly and as intended. Moroccanoil also provides guidelines and display materials to approved retailers in the same manner it provides them to salons. Approved retailers are generally considered to be luxury or upscale, who offer education to consumers on Moroccanoil products. Moroccanoil's authorized retail channels include premium salons, high-end department stores such as Saks Fifth Ave, Neiman Marcus,

Barneys and Nordstrom, high-end cosmetic retailers such as Sephora, and upscale beauty supply stores such as Planet Beauty and Beauty Collection.

9.     While Moroccanoil reserves the right to approve any particular channel of sale or distribution, it is Moroccanoil's opinion that Sally Beauty Supply, where the Majestic Oil products are currently being sold, does not currently provide the prestige factors that Moroccanoil desires to associate with its products. Moroccanoil has repeatedly been approached by various mass-market retailers that do not satisfy Moroccanoil's stringent requirements for its non-salon accounts, and regularly declines the opportunity to sell the Moroccanoil products in those outlets.

10.     Once distribution and retail channels are established, Moroccanoil monitors and controls each of its various accounts to ensure compliance with the above-referenced standards and with the specified sales channels in which the accounts are permitted to engage (for example, via regular review of sales and product data and through visits to and discussions with the various accounts). Moroccanoil has the right to cancel any accounts that fail to adhere to Moroccanoil's standards.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing facts are true and correct, and that this declaration was executed on November 8, 2016.

Jay Elarar

Declaration of Eric Engel

## DECLARATION OF ERIC S. ENGEL

I, Eric S. Engel, hereby declare as follows:

    1.    I am an active member of the State Bar of California.  I am a member of Conkle, Kremer & Engel, whose members are counsel of record for Plaintiff Moroccanoil, Inc. ("Moroccanoil").  I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

    2.    Attached hereto as **Exhibit 26** are a true and correct copies of photographs I took on October 29, 2016 of Majestic Oil products as they were displayed for sale at the Sally Beauty located at 10814 Jefferson Boulevard, Suite E, Culver City, California 90230.

    I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing facts are true and correct, and that this declaration was executed on November 9, 2016.

Eric S. Engel

2522.714\9977

5

Declaration of Gloria Hoo

## DECLARATION OF GLORIA HOO

I, Gloria Hoo, hereby declare as follows:

1.      I am the Director of Product Development for the Moroccanoil family of companies and an employee of Moroccanoil, Inc.  I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.      Beginning in 2014 and continuing through at least May of 2016, Moroccanoil and Zotos International, Inc. ("Zotos") explored a business relationship wherein Zotos would manufacture certain products for Moroccanoil. I was personally involved in the communications between Moroccanoil and Zotos. As part of the parties' business dealings, Moroccanoil Israel, Ltd. and Zotos executed a non-disclosure agreement protecting the confidentiality of Moroccanoil's trade secrets.

3.      Pursuant to the terms of the non-disclosure agreement, and in the course of discussion of the parties' business relationship, Moroccanoil Israel provided information about its trade secret fragrance to Zotos in the form of a sample quantity of a confidential isolate of Moroccanoil's trade secret fragrance formula along with other confidential information regarding the proposed product and the fragrance.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing facts are true and correct, and that this declaration was executed on November  10 , 2016.


_____
Gloria Hoo

2522.714\9975

6

Declaration of David Krzypow

## DECLARATION OF DAVID KRZYPOW

I, David Krzypow, hereby declare as follows:

1.      I am the Vice President of Marketing for Moroccanoil, Inc. ("Moroccanoil"), the Plaintiff in the above-entitled action. I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.      I started working for Moroccanoil around June or July of 2010. At that time, my job title was Director of Marketing. Approximately three years ago, I was promoted to Vice President of Marketing. I am knowledgeable about and am currently responsible for overseeing and monitoring Moroccanoil's advertising and marketing activities. I have access to Moroccanoil's business records relating to its advertising and marketing efforts.

3.      Since its introduction Moroccanoil has positioned itself as a professional premium brand. Moroccanoil opened a new hair care category of oil infused hair treatments and has consistently used packaging and created advertising designed to inform the consumer of the professional quality and premium status of its innovative products beginning with the famous Moroccanoil Treatment and other products shown in the image below.



4.      Moroccanoil's advertising and marketing policy emphasizes Moroccanoil's branding elements in order to create consumer awareness and

1   association of those elements with Moroccanoil. In line with that policy,

2   Moroccanoil's advertisements routinely feature the Moroccanoil Products in a

3   prominent fashion. Even when Moroccanoil's advertisements do not feature images

4   of the Moroccanoil Products, the advertisements always feature Moroccanoil's

5   branding elements. For example, the true and correct copies of Moroccanoil's

6   advertisements attached hereto as **Exhibit 8** were run by Moroccanoil between 2015

7   and 2016, and all feature images of the Moroccanoil Products.

8

9        5.      To ensure that Moroccanoil's branding elements are consistently

10  depicted in the marketplace, Moroccanoil circulates branding guidelines that instruct

11  Moroccanoil's employees, distributors, salons, and retailers about the appropriate

12  presentation of the branding elements. These branding guidelines are periodically

13  updated as Moroccanoil introduces new products or imagery assets. A true and

14  correct copy of the most recent iteration of Moroccanoil's branding guidelines is

15  attached hereto as **Exhibit 6**.

16

17       6.      To support the image of a premium brand, Moroccanoil selects the

18  publications and media in which it purchases advertising space based in part on

19  those outlets' reputations as upscale publications. For example, Moroccanoil

20  typically purchases advertising space in publications such as *Harper's Bazaar*,

21  *Vogue*, and *Elle*. Within the selected publications Moroccanoil attempts to ensure

22  that its advertisements appear near advertisements for other luxury brands to

23  emphasize and reinforce Moroccanoil's premium status.  In some instances, the

24  publications themselves voluntarily place Moroccanoil's advertisements in a

25  premium position (*e.g.* near the front of the publication) and/or near advertisements

26  for other luxury brands.

27

28

7.     To preserve its premium image Moroccanoil has a strict policy against referring to any promotional efforts as a "discount" on the sales price of the Moroccanoil products. In Moroccanoil's view, discounting diminishes the premium position of the products.

8.     Moroccanoil has been particularly well-received by actresses, models and other celebrities, and is regularly featured at fashion and awards shows. To encourage adoption of the Moroccanoil Products by such individuals, Moroccanoil sponsors many celebrity-driven events every year, such as events for *Variety* (a trade magazine for the entertainment industry), the Humane Society Gala, movie premieres and various cities' fashion weeks.

9.     Moroccanoil's products regularly receive unsolicited media coverage from publications such as *Elle*, *People* and *Marie Claire*. Attached hereto as **Exhibit 15** is a true and correct copy of Moroccanoil's "Newsflash" for the third quarter of 2016. The Newsflash is a quarterly document in which Moroccanoil assembles various publications that have featured Moroccanoil's products. On each page of the Newsflash, Moroccanoil's staff has noted the total circulation for the various publications as provided by Moroccanoil's external public relations agency.

///

///

///

///

1       10.   Based on my review of data provided by Moroccanoil's public relations

2   agency, since 2014 there have been over 6 billion "impressions" for Moroccanoil's

3   products and brand in print and online advertisements and reviews in the United

4   States.

5

6       I declare under penalty of perjury under the laws of the United States of America

7   that the foregoing facts are true and correct, and that this declaration was executed on

8   November _9th_, 2016.

9

10

11

12   David Krzypow

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Nelda Levine

## DECLARATION OF NELDA LEVINE

I, Nelda Levine, hereby declare as follows:

1.    I am an employee of Conkle, Kremer & Engel, whose members are counsel of record for Plaintiff Moroccanoil, Inc. ("Moroccanoil").  I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.    Attached hereto as **Exhibit 27** is a true and correct copy of an email I received from Sally Beauty on September 16, 2016 with subject line titled as "If You Liked Moroccanoil you'll LOVE Luxe Majestic Oil".

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing facts are true and correct, and that this declaration was executed on November 9, 2016.

Nelda Levine

2522.714\9972

11

Declaration of Nicole Sands

## DECLARATION OF NICOLE SANDS

I, Nicole Sands, hereby declare as follows:

1.      I am a paralegal at Conkle, Kremer & Engel, whose members are counsel of record for Plaintiff Moroccanoil, Inc. ("Moroccanoil"). I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a photograph of various Moroccanoil products and various Majestic Oil products taken by support staff at my firm on September 6, 2016.

3.      Attached hereto as **Exhibit 2** are true and correct copies of photographs of Moroccanoil hair care products taken by support staff at my firm on October 19, 2016 and November 1, 2016.

4.      Attached hereto as **Exhibit 3** are true and correct copies of the Declaration of Use and Incontestability under Sections 8 & 15, Notice of Acknowledgment, and Certificate of Registration for the M MOROCCANOIL horizontal design mark (Reg. No. 3684909). I accessed the United States Patent and Trademark Office's Trademark Status and Document Retrieval system, located at http://tsdr.uspto.gov/ ("TSDR") on or about October 19, 2016 and downloaded these documents.

5.      Attached hereto as **Exhibit 4** are true and correct copies of the Declaration of Use and Incontestability under Sections 8 & 15, Notice of Acknowledgment, and Certificate of Registration for the M MOROCCANOIL vertical design mark (Reg. No. 3684910). I accessed the TSDR on or about October 19, 2016 and downloaded these documents.

6.      Attached hereto as **Exhibit 5** are true and correct copies of various webpage captures of www.moroccanoil.com, date ranging from 2009 through October 2016. These images were captured on October 14, 18, 19, and 31, 2016 .[1]

7.      Attached hereto as **Exhibit 9** is a true and correct copy of a webpage capture for Moroccanoil's Facebook profile, captured on October 24, 2016.

8.      Attached hereto as **Exhibit 10** is a true and correct copy of a webpage capture for Moroccanoil's YouTube channel, captured on October 24, 2016.

9.      Attached hereto as **Exhibit 11** is a true and correct copy of a capture of Moroccanoil's website as of February 11, 2010, captured on October 18, 2016.

10.      Attached hereto as **Exhibit 12** is a true and correct copy of a screenshot of the CNN video titled "*Made in Israel: Moroccan Oil*," captured on November 1, 2016. I have eliminated duplicate and extraneous pages from this capture.

11.      Attached hereto as **Exhibit 13** is a true and correct copy of a capture of an online article from *Vogue* magazine titled "*Beauty: The Frenzy over Moroccanoil*," captured on October 28, 2016. I have eliminated duplicate and extraneous pages from this capture.

---

[1] The webpage captures attached as Exhibit 5 were generated using a service called Page Vault. Page Vault is a webpage-capture program that captures images of websites and generates a pdf copy of the website as it appears in a user's browser. (*See https://www.page-vault.com/webpage-capture/*) All of the webpage captures herein were generated using Page Vault's software, unless otherwise noted. The specific webpages and dates those webpages were captured are denoted on the Page Vault information page following each capture.

12.      Attached hereto as **Exhibit 14** is a true and correct copy of a capture of an online article titled "*Everybody's Loving Moroccanoil*," captured on October 24, 2016.

13.      Attached hereto as **Exhibit 16** are true and correct copies of captures from various websites referencing the Moroccanoil brand and products. The specific webpages and capture dates are reflected on the pages following each webpage capture, as well as in the footer for each capture. I have eliminated duplicate and extraneous pages from these captures.

14.      Attached hereto as **Exhibit 18** is a true and correct copy of a capture of an online article titled "*Anti-Diversion Q&A with Gerardo Ludert, Director of Legal Department at Moroccanoil*," captured on October 26, 2016.

15.      Attached hereto as **Exhibit 19** is a true and correct copy of a capture of an online article titled "*For Moroccanoil, Imitation Is the Most Litigious Form of Flattery*," captured on October 26, 2016.

16.      Attached hereto as **Exhibit 20** is a true and correct copy of an article from *The Beauty Industry Report* titled "*Moroccanoil Pioneers a New Way of Doing Business.*" I accessed the Beauty Industry Report's website, located at *www.bironline.com/Moroccanoil%20Jan%202016.pdf* , and downloaded a pdf of this article on or about October 26, 2016.

17.      Attached hereto as **Exhibit 21** are true and correct copies of captures from various websites for retailers selling Moroccanoil products. The specific webpages and capture dates are reflected on the pages following each webpage

1   capture, as well as in the footer for each capture. I have eliminated duplicate and

2   extraneous pages from these captures.

3

4        18.    Attached hereto as **Exhibit 22** are true and correct copies of

5   photographs of Moroccanoil hair care products taken by support staff at my firm on

6   November 1, 2016.

7

8        19.    Attached hereto as **Exhibit 23** are true and correct copies of captures of

9   Zotos International, Inc.'s ("Zotos") website for its Naturelle line of products sold

10  under the name Majestic Oil, captured on August 12 and 15, 2016.

11

12       20.    Attached hereto as **Exhibit 24** is a true and correct copy of a capture of

13  a webpage from Sally Beauty's website featuring the Majestic Oil products,

14  captured on October 26, 2016.

15

16       21.    Attached hereto as **Exhibit 25** are true and correct copies of captures

17  from various websites for retailers selling the Majestic Oil products. The specific

18  webpages and capture dates are reflected on the pages following each webpage

19  capture, as well as in the footer for each capture. I have eliminated duplicate and

20  extraneous pages from these captures.

21

22       22.    Attached hereto as **Exhibit 29** are true and correct copies of captures

23  from the Naturelle Pro Facebook page featuring posts relating to the Majestic Oil

24  products, captured on September 2, 2016 and October 31, 2016.

25

26       23.    Attached hereto as **Exhibit 30** is a true and correct copy of a capture of

27  a webpage from Sally Beauty's website featuring the Majestic Oil Treatment

28  product, captured on October 10, 2016.

24.     Attached hereto as **Exhibit 31** is a true and correct copy of a capture of a webpage featuring reviews of Zotos from Glassdoor, captured on October 31, 2016.

25.     Attached hereto as **Exhibit 32** are true and correct copies of various webpages featuring reviews of and commentary on Zotos' products. The specific webpages and capture dates are reflected on the pages following each webpage capture, as well as in the footer for each capture.

26.     Attached hereto as **Exhibit 33** are true and correct copies of various webpages featuring third party products and products manufactured by Zotos.  The specific webpages and capture dates are reflected on the pages following each webpage capture, as well as in the footer for each capture.

27.     Attached hereto as **Exhibit 34** are true and correct copies of various webpages featuring third party products and products manufactured by Zotos.  The specific webpages and capture dates are reflected on the pages following each webpage capture, as well as in the footer for each capture.

28.     Attached hereto as **Exhibit 35** are true and correct copies of various webpages featuring third party products and products manufactured by Zotos.  The specific webpages and capture dates are reflected on the pages following each webpage capture, as well as in the footer for each capture.

29.     Attached hereto as **Exhibit 36** are true and correct copies of various webpages featuring third party products and products manufactured by Zotos.  The specific webpages and capture dates are reflected on the pages following each webpage capture, as well as in the footer for each capture.

30.     Attached hereto as **Exhibit 37** are true and correct copies of various webpages featuring reviews of Zotos' products. The specific webpages and capture dates are reflected on the pages following each webpage capture, as well as in the footer for each capture. I have eliminated duplicate and extraneous pages from these captures.

31.     Attached hereto as **Exhibit 38** are true and correct copies of various webpages featuring argan oil hair care products from third party manufacturers. The specific webpages and capture dates are reflected on the pages following each webpage capture, as well as in the footer for each capture. I have eliminated duplicate and extraneous pages from these captures. The first page of **Exhibit 38** is a collection that I created of images of the third party products featured on the webpages captured therein.

32.     Attached hereto as **Exhibit 39** is a true and correct copy of an Office Action issued in Application Serial No. 85684735.  I accessed the TSDR on or about November 9, 2016 and downloaded this document.

33.     **Exhibit 40** includes the following physical examples of the Moroccanoil products lodged with the Court: 40a. Moroccanoil Treatment, 40b. Moroccanoil – Hydrating Shampoo, 40c. Moroccanoil – Hydrating Conditioner, 40d. Moroccanoil – Intense Hydrating Mask, 40e. Moroccanoil – Hydrating Styling Cream.

34.     **Exhibit 41** includes the following physical examples of the Majestic Oil products lodged with the Court:  41a. Majestic Oil – Oil Treatment, 41b. Majestic Oil – Hydrating Shampoo, 41c. Majestic Oil – Hydrating Conditioner, 41d.

1  Majestic Oil – Hydrating Repair Masque, 41e. Majestic Oil – Ultra Hydrating
2  Styling Cream.

3

4      35.     Zotos displayed the Majestic Oil products at the Cosmoprof North
5  America beauty industry trade show in late July 2016. Within the next few days I
6  began searching online and at retail beauty products stores for outlets offering the
7  Majestic Oil products for sale, but I was unable to find any outlets offering the
8  Majestic Oil products for sale until approximately August 22, 2016.

9

10     I declare under penalty of perjury under the laws of the State of California and
11 United States of America that the foregoing facts are true and correct, and that this
12 declaration was executed on November _10_, 2016.

13

14

15                                        _____
16                                        Nicole Sands

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Allan Weizmann
REDACTED AND FILED UNDER SEAL

## DECLARATION OF ALLAN WEIZMANN

I, Allan Weizmann, hereby declare as follows:

1.      I am the Chief Financial Officer for Moroccanoil, Inc. ("Moroccanoil"), the Plaintiff in the above-entitled action. I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.      From my duties as CFO for Moroccanoil I have personal knowledge about the sales of hair care products in the United States by Moroccanoil bearing the word MOROCCANOIL. Based on my review of Moroccanoil's business records, Moroccanoil's approximate sales in units from 2011 to 2016 are as follows:[1] 2011 – ██████ units (for the last two quarters of 2011); 2012 – ████████ units; 2013 – ██████ units; 2014 – ██████ units; 2015 – ██████ units; 2016 – ██████ units (through the third quarter of 2016).[2] The cumulative total number of Moroccanoil Products over that time period is over ██████ units.

3.      From my duties for Moroccanoil I have personal knowledge about the sales of products in the United States by Moroccanoil and its predecessors which bear the word MOROCCANOIL. Based on my review of Moroccanoil's business records, the approximate sales from 2007 to 2013 are as follows: 2007 – ██████; 2008 – ██████; 2009 – ██████; 2010 – ██████; 2011 – ██████; 2012 – ██████; 2013 – ██████; 2014 – ██████; 2015 – 

_____

[1] Moroccanoil began using a new accounting system in 2011, which allows me to access information about the number of sales in units from 2011 to present. Prior to 2011, Moroccanoil does not currently have records that would readily allow me to identify Moroccanoil's sales in units for that time period.

[2] These unit figures include sales of Moroccanoil's hair care products as well as units used for promotional purposes.

1 ████████; 2016 – ███████ (through the third quarter of 2016). The

2 cumulative total of Moroccanoil's sales over this time period is over ███████.

3

4    4.    From my duties as CFO for Moroccanoil I have personal knowledge of

5 the marketing and advertising expenditures in the United States for Moroccanoil

6 products. Based on my review of Moroccanoil's business records, the approximate

7 advertising expenditures from 2007 to 2013 are as follows: 2007 – no recorded

8 costs; 2008 – ██████; 2009 – ██████; 2010 – ██████; 2011 – ██████;

9 2012 – ██████; 2013 – ██████; 2014 – ██████; 2015 – ██████;

10 2016 – ██████ (through the first and second quarters of 2016). The cumulative

11 total for Moroccanoil's advertising expenditures since 2007 is over ██████

12 These advertising expenditures are typically charged back to Moroccanoil's parent

13 company, Moroccanoil Israel, Ltd., and do not appear on Moroccanoil's profit and

14 loss statements.

15

16    I declare under penalty of perjury under the laws of the United States of America

17 that the foregoing facts are true and correct, and that this declaration was executed on

18 November 10 , 2016.

19

20

21                                        _____

22                                        Allan Weizmann

23

24

25

26

27

28

Declaration of Anthony Wilson

## DECLARATION OF ANTHONY WILSON

I, Anthony Wilson, hereby declare as follows:

1.      I am General Counsel, Americas for Plaintiff Moroccanoil. I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.      In my role as General Counsel, Americas, I oversee registration, prosecution, maintenance, and enforcement of Moroccanoil's intellectual property in the Americas, including litigation in connection therewith.  I also have knowledge of the preventative measures that Moroccanoil implements in order to combat counterfeiting and diversion of Moroccanoil products.

### Moroccanoil's Anti-Diversion and Anti-Infringement Efforts

3.      Moroccanoil invests heavily in anti-diversion and anti-infringement efforts in order to keep Moroccanoil products in the authorized channels of commerce and to keep others from improperly benefitting from the goodwill and consumer recognition associated with the Moroccanoil brand. From my understanding of the personal care industry, Moroccanoil's anti-diversion and anti-infringement efforts exceed the norm.

4.      Moroccanoil is diligent in policing its distributors from selling to any entities that are not professional salons or another approved account. While it is not common for distributors to do so (and even less common for them to do so intentionally or in any substantial quantity), Moroccanoil can warn, fine, or terminate distributors for any diversion of Moroccanoil product. If such an incident does occur, distributors are generally quick to take corrective measures to ensure that products are being properly distributed.

5.      Moroccanoil also employs a sophisticated proprietary tracking and identification system in the packaging and labeling of certain of its products, including but not limited to the flagship Moroccanoil Treatment product. This system allows Moroccanoil to both detect counterfeit products and to determine certain facts regarding diversion. Moroccanoil educates its distributors about certain aspects of the tracking system so that it is employed on multiple levels in the supply chain. From my understanding of the personal care industry, Moroccanoil is one of few personal care companies to employ any such protections.

6.      Moroccanoil further allows customers and others to directly report on suspected diversion via its website at *www.moroccanoil.com/us_en/anti-diversion*.

7.      Moroccanoil aggressively protects its intellectual property and brand through litigation. The Moroccanoil companies routinely monitor and send cease-and-desist letters to outlets such as Amazon and eBay regarding unauthorized product sales and have filed numerous lawsuits to combat diversion, counterfeiting, and intellectual property infringement. A true and correct copy of a pamphlet regarding anti-diversion efforts that Moroccanoil has distributed to certain persons in the past is attached hereto as Exhibit 17. The various legal actions referenced in the pamphlet are a non-exhaustive list of the legal actions initiated by Moroccanoil.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing facts are true and correct, and that this declaration was executed on November ___9___, 2016.

Anthony Wilson

Expert Report of William Decker

# REPORT OF WILLIAM DECKER

I, William Decker, hereby declare as follows:

1.     I am an independent consultant in the professional beauty industry. I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2.     I have been asked to provide an opinion regarding the likely impact on the market position of Moroccanoil Inc.("Moroccanoil") by the presence of a product line called Majestic Oil manufactured and distributed by Zotos International, Inc. ("Zotos"). My opinion assumes the existence of consumer confusion concerning the source or affiliation of the Majestic Oil products with Moroccanoil. In giving the opinion below I have relied on my experience and knowledge of the personal care product industry in general and hair care specifically as well as my knowledge of and research into Moroccanoil products and the Majestic Oil products. My compensation for this work is $225 per hour, and is not contingent on either the content of this report or the outcome of this case.

3.     I have been involved in the production, marketing, distribution and sale of professional hair care products for over 40 years. A copy of my resume is attached as Appendix 1. My job duties have included the supervision and execution of brand positioning and management, strategic planning, and product development. Currently I am the sole proprietor of the beauty industry consulting firm Decker, Christison and Associates ("DCA"), based in Clermont, Florida.

4.     In the past four years, I have testified in deposition as an expert witness in one matter, known as *Sexy Hair Concepts, LLC v. Conair Corporation* in the Eastern District of Pennsylvania (Case No. 2:2012mc00250) on behalf of Sexy Hair Concepts, LLC. I have not testified as an expert at trial in any matters over the past four years.

2522.714\9974

23

5.　　In my 40 plus years of experience, I have been involved in the development and launch of over 15 product lines in the hair care industry, and inspected or observed all or nearly all of the competitive hair care products in the market. As part of the development of these product lines, I have participated in the research, development, creation and implementation of marketing plans for the successful placement of hair care products.

6.　　It is common for companies introducing a new product line to either pay public relations or media companies to post positive reviews about the new products or to require their employees or sales representatives to post positive reviews.

7.　　I have known of the Moroccanoil products since their introduction into the hair care market in approximately 2007. Moroccanoil opened a new category of oil infused hair care products beginning with its hero product, the Moroccanoil Treatment shown below in its amber druggist-style bottle which was innovative packaging for a hair care product when introduced. Moroccanoil capitalized on its inclusion of argan oil, a key innovative ingredient for their formulations growing the Moroccanoil line to include a full range of products for styling and care of the hair also shown below.

### Moroccanoil Treatment



**Moroccanoil Line**



8.      I am familiar with Moroccanoil's marketing and distribution. In my opinion and based on my experience and knowledge of the hair care market, the pricing, packaging, advertising, and distribution channels of the Moroccanoil products place the brand in the professional and premium segments of the market. The Moroccanoil products were introduced into the hair care market as professional or salon only products. Professional salon products generally retail at higher prices than hair care products found in mass merchandising and beauty supply stores. The Moroccanoil products are priced from approximately $25 to $75.[1] In comparison, mass merchandised hair care products are priced under $20.

9.      Since its introduction Moroccanoil has extended its distribution to premium beauty stores such as Sephora, and prestige retailers such as Barneys. Advertising for the Moroccanoil products is found in publications such as *Vogue* and *Elle*. Premium brands select such publications for their focus on consumers with higher levels of disposable income who spend more on beauty products.

10.      Professional salon products are marketed to salon owners and stylists as well as their customers and other consumers. Both categories of customers are

---

[1] These price ranges reflect prices for "full-size" products. Other "travel-size" products in smaller quantities may be sold at lower price points.

1   important to the success of a professional salon brand. Professional salon products

2   are often diverted to mass merchandisers such as Wal-Mart, Amazon and eBay.

3   Diversion if unchecked can destroy a professional brand's positioning as salons

4   replace the diverted brand with a competing professional product for sale and use on

5   their customers. The loss of position in the professional salon market and access to

6   the brand's product in mass merchandising channels will ultimately erode the

7   perception of the brand as a premium product.  While Moroccanoil is occasionally

8   diverted to mass merchandisers such sales are unauthorized to my understanding

9   and Moroccanoil has a reputation as one of the strongest fighters of diversion in the

10  professional hair care industry.

11

12       11.    In my opinion Moroccanoil exemplifies modern brand equity

13  construction.  Moroccanoil created a premium hair care brand that resonates at that

14  market position with consumers through an innovative product delivered in

15  distinctive packaging, promoted and sold at professional and prestige locations at a

16  premium price point.

17

18       12.    It is critical for premium beauty brands to maintain the public

19  perception that they deliver a "premium" product. Once the public loses its

20  perception of a brand as "premium", the brand's market position will erode as

21  customers switch to a competing premium brand perceived as worth the higher

22  prices, or will disregard the premium product and substitute a lower priced product.

23  It is difficult, if not impossible, to reinstate the premium perception. For example

24  when I worked for Clairol I was the department head for hair coloring products, and

25  managed the marketing for the professional line of Miss Clairol color products. Like

26  Moroccanoil , the Miss Clairol products were originally marketed as professional,

27  premium products. However, prior to my involvement with Clairol, the retail

28  division decided to begin marketing the Miss Clairol products through the general

1  consumer retail channel. This eroded the professional side of the business and the

2  image of Miss Clairol as a professional brand. Professional hairstylists began

3  dropping the Miss Clairol color products in favor of other premium color products.

4

5  13.    Another example of a loss of premium perception for a hair care

6  product is the Sebastian Shaper hair spray product. The Sebastian Shaper product

7  was originally positioned as a professional-only hair spray sold through

8  professional-only channels. As a result of Sebastian's marketing efforts, it created a

9  unique, high equity professional brand. As the Shaper product became more

10  popular, it began to be diverted into mass market retail channels, and Sebastian

11  began running discounts on the product to try and undercut the diversion. The

12  discounted price combined with the presence of diverted product in non-professional

13  locations ultimately caused the Shaper products to lose their perception as a

14  premium line, and sales declined.

15

16  14.    Some personal care companies maintain both premium and mass-

17  market lines. This business model requires extreme care in developing and

18  marketing the products for those disparate segments of the market to maintain the

19  premium image of the companies' more expensive product lines. With careful

20  marketing and public relations efforts, companies can introduce mass-market

21  product lines without disrupting the premium perception of the more expensive

22  lines, and, in my experience, consumers understand that a single company might put

23  out both premium and mass-market products.

24

25  15.    I have reviewed the Zotos Majestic Oil line of products shown below.

26  Like Moroccanoil, the Majestic Oil products are built around the key ingredient of

27  argan oil. The Majestic Oil line includes the hair care and styling products found in

28  the Moroccanoil line: oil treatment, shampoo, conditioner, mask and styling cream.

-5-

1
2
3
4
5
6
7



8    16.    The Majestic Oil products are sold under Zotos' "Naturelle" sub-brand.

9   The Naturelle sub-brand has a reputation in the hair care industry for copying the

10   products and packaging of other hair care brands. For example, Zotos sells a hair

11   care product called "Aura" under its Naturelle line that is a copy of an Aveda hair

12   care product. Images of Zotos Aura and Aveda products are shown below:

13

14        **Zotos' Aura Product**                    **Aveda Product**

15
16
17
18             
19
20
21
22
23

24   Another example of Zotos' copying of other hair care products is its' Biotera line,

25   which is a copy of Matrix's Biolage line, each shown below:

26
27
28

| Zotos' Biotera Line | Matrix' Biolage Line |
|---|---|

 

17.     My research online finds that Majestic Oil is sold at Sally Beauty Supply and through mass merchandiser web sites including Amazon, eBay, Walmart and Sears. The prices for the products in the line range from approximately $10 to $13 for full-sized products. The Majestic Oil brand is marketed as a low cost alternative to premium products. Given its price, retail positioning and promotional efforts, Majestic Oil would be considered a "value" or "discount" hair care brand.

18.     In my opinion, given consumers' awareness that companies sometimes sell both premium and mass-market products, it is possible that consumers will believe that the Majestic Oil products are a lower-cost, mass-market product introduced by Moroccanoil.

19.     In my opinion, if consumers mistakenly believe that the Majestic Oil line of hair care products is connected to or associated with the Moroccanoil products, salon owners, hairstylists and other consumers will lose their perception of Moroccanoil as a premium brand. This loss of perception will likely cause consumers to no longer purchase the Moroccanoil products. At a minimum, it would

1   take millions of dollars in advertising and public relations to reinstate Moroccanoil's

2   premium image, and it is possible that the premium image could never be reinstated.

3

4       I declare under penalty of perjury under the laws of the United States of America

5   that the foregoing facts are true and correct, and that this declaration was executed on

6   November  9 , 2016.

7

8

9                          William Decker

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Expert Report of Dr. Michael Kamins

**EXPERT REPORT OF DR. MICHAEL A. KAMINS IN THE MATTER OF MOROCCANOIL, INC., VERSUS ZOTOS INTERNATIONAL INC.**

**<u>Purpose of the Report and Overview</u>**

1.  I was asked to conduct an empirical study designed to examine whether or not consumers, or potential consumers of hair care products who purchase such items either on the internet or at a beauty supply store would be confused between Moroccanoil Products and those manufactured by Zotos International, Inc. ("Zotos") for its Naturelle line under the Majestic Oil brand name. The survey methodology involved the use of a "test" versus "control" experimental design where the products of two other companies other than either the plaintiff or defendant's goods served as controls. The use of two different control products (i.e., Topganic and One N Only) served to extend the generalizability of the findings. That is, examining the degree to which two different "control" argan oil products are confused with Moroccanoil allows stronger validity and reliability in the test method. This is because the degree to which two non-infringing brands are confused with Moroccanoil can be compared to the degree to which Majestic Oil is confused with Moroccanoil to derive a measure of the relative degree of confusion between the two brands.

2.  The findings of the study show a degree of confusion of 41% between Moroccanoil and Majestic Oil after being corrected for the average level of confusion observed between Moroccanoil and the two different control brands.

3.  The empirical study that I will now describe in detail was designed to measure confusion between Moroccanoil and Majestic Oil, inclusive of source and association or connection. Overall confusion was measured by adding these two empirical estimates together while subtracting the average of two controls that examined confusion between the plaintiff's products and products (controls) that were not the focus of the lawsuit. The approach required

two separate events to occur before a given individual could be classified as confused. First, the individual respondent had to indicate that either they believed that (1) the products came from the same manufacturer; or respectively that (2) they came from two different manufacturers who had some association or connection with one another.

4.      Second, when asked for the rationale or reason underlying their beliefs, the respondent had to reply with a response indicative of confusion relating to either: general appearance (design), text and symbols (label), color, packaging/bottle or name.

5.      The research methodology proceeded as follows. First, respondents were initially exposed to an image of a group of Moroccanoil products, given a filler task and then shown a second (different) image which was randomly selected to be either that of a group of Majestic Oil products, Topganic products or One N Only products. The latter two groups of products originating from Topganic and One N Only served as the two different controls in the study. Hence, there were three different cells in the study: Cell A showed respondents the Moroccanoil image followed by Majestic Oil; Cell B showed respondents the Moroccanoil image followed by Topganic; and finally, Cell C showed respondents the Moroccanoil image followed by One N Only. The following are the images of the Moroccanoil, Majestic Oil, Topganic and One N Only products used for the study:



**Moroccanoil Products**

Expert Report of Michael Kamins
Page 2 of 19



**Majestic Oil Products**



**Topganic Products**



**One N Only Products**

6.      Following exposure to both images in a given cell, questions relating to confusion between the two groups of products that the respondent viewed were asked relating to source and association/connection.

Expert Report of Michael Kamins
Page 3 of 19

## **Background and Qualifications**

7.      I am presently Director of Research, Full Professor and Area Head of Marketing with tenure at the Harriman School of Business at Stony Brook University-SUNY. At Stony Brook, I have exclusively taught courses in marketing at the graduate level inclusive of Marketing Research, Marketing Management and Marketing Strategy. In 2008, I was voted "Best Teacher in the Graduate School" by the Stony Brook graduate students. For the Fall of 2016, I am teaching Marketing Research and Marketing Management at Stony Brook in our full-time MBA program. Prior to my position at Stony Brook, I was an Associate Professor of Marketing, with tenure, at the Marshall School of Business Administration (University of Southern California) where I taught for over 24 years. While at USC, I taught courses at the executive, doctoral, graduate and undergraduate level in strategic marketing management and marketing research. I also taught in USC's prestigious Global Executive MBA program (GEMBA) in Shanghai, China as well as in the USC Executive MBA program.

8.      My research and teaching excellence has been recognized at the national level in the past. For example, my paper with Valerie Folkes titled, "Effects of Information about Firms Ethical and Unethical Actions on Consumers' Attitudes," was selected to represent the year "1999" in the *Journal of Consumer Psychology's* Special Issue celebrating 20 years of publication. In addition, in 2002, I won a national teaching excellence award sponsored by the *Academy of Marketing Science*. I have also advised numerous companies regarding their advertising, marketing and marketing research practices both in my capacity as Director of the IBEAR (International Business Education and Research) International Business Consulting Project at the University of Southern California, as well as in many other independent consulting assignments.

9.      In terms of research, my doctoral dissertation at New York University was focused on consumers' evaluation of brands as a function of various advertising techniques and communication strategies designed to impact their expectation level about the quality of the brand. Further I examined the degree of dis-satisfaction that consumers' experienced if the product performance did not measure up to the expectations derived from the marketing materials disseminated for the product (disconfirmation of expectations). My dissertation was published in the *Journal of Marketing Research*. Throughout my career, I have focused on how consumers interpret advertising and promotional material as related to the products they consume through the measurement of dependent measures such as attitude, cognition, behavioral intention and verbal protocols. I have also conducted over 500 consumer surveys across various products and services in the last 30 years. This academic experience derived through both theoretical development and applied primary research (i.e., using both surveys and experiments) has enabled me to understand how the typical consumer would react to advertising claims in relation to their product experience across a wide range of product categories.

10.      One of my current research thrusts in the academic arena is in the area of branding and in the image that certain characteristics of brands convey. I have published numerous empirically based articles on the "pioneer brand" (i.e., the brand that establishes a product class, such as Amana, the first brand of microwave oven) and I am considered one of the key experts in the country in this area. My current research interests also include the study of strategic bidding strategy in an auction environment as well as consumer perceptions of price bundling. My recent article in the *Journal of Consumer Psychology* (October, 2014), examines how the interest of others in a product or service is either a favorable factor or an unfavorable factor to trigger purchase, as a function of the type of product being considered.

11.     I received the degree of Bachelors of Business Administration in 1974 from Bernard M. Baruch College in New York, with a major in Statistics. I received my MBA from the same institution in 1977. In 1984 I received my Ph.D. in Marketing from New York University. Since receiving my doctoral degree, I have published over fifty academic articles and proceedings in major academic journals inclusive of *Journal of Marketing, Journal of Marketing Research, Journal of Consumer Research, Strategic Management Journal, Journal of Consumer Psychology, Journal of the Academy of Marketing Science, Journal of Interactive Marketing, Journal of Advertising* and the *Journal of Advertising Research*. I am in the final stages of publishing a book entitled *Marketing Manipulation: A Consumer's Survival Manual*. I am on the editorial board of the *Journal of Advertising*, the *Journal of Business Research*, and *Marketing Letters.*

12.     I have also conducted extensive survey research in both an academic and consulting environment inclusive of surveys on the issue of confusion, secondary meaning and dilution. I have testified in relation to confusion at both the State and Federal court level and have also testified in front of the California Public Utilities Commission (CPUC) regarding issues of false and deceptive advertising and the consumer's interpretation of that advertising.

13.     Finally, I have consulted for such companies and individuals as American Express, AT&T, BancOne, Canon, Cingular Wireless, Con-Agra, Facebook, Hilton Hotels, LensCrafters, Munchkins, Pinkberry, Panda Express, Retired NFL Players, Samsung, Sears, Waters, Yeti, Zillow, The State of California, The State of New York (Eliot Spitzer, AG), The Department of Justice, Bill Medley (Righteous Brothers), Muhammad Ali, Kareem-Abdul Jabbar, the rock group "Boston," Taylor Swift, and the Doors. I have also appeared in cases involving, Sugar Ray Leonard, Mike Weaver, Donald Trump and Jay-Z. I am compensated at the

rate of $675/hour for consultation, deposition, and trial time in this case. My curriculum vitae is attached as Appendix A and a record of all cases in which I have testified at deposition or trial within the past 4 years is attached as Appendix B.

## Consumer Perception Survey Examining the Construct of Confusion

### Research Methodology and Survey Instrument

14.     The study was conducted under the auspices of California Survey Research Services (CSRS), a market research supplier headquartered in Van Nuys, California, using the SSI panel, which is a web-based panel with 11.5 million qualified market research participants in over 100 countries. The field research began on October 24th 2016 and ended on October 26th 2016. In total 450 web surveys were completed over this period of time (150 for Cell A: Moroccanoil-Majestic Oil; 150 for Cell B: Moroccanoil-Topganic; and 150 for Cell C: Moroccanoil-One N Only). A sample of respondents living in the United States were invited to participate in the survey via email and if interested, they were then directed to the survey website. Screening and qualification for continuing with the survey was based upon the following criteria:

> a.      That they live in the United States. (Screener A).
>
> b.      That they have not participated in any marketing research survey in the past three months aside from a political poll. (Screener B).
>
> c.      That they or family members were not employed in marketing research, advertising, public relations or for a retailer, wholesaler, beauty supply store or salon that sells hair care products. (Screener C).
>
> d.      That they have either purchased for their own usage in the past six months **or** intend to purchase in the next six months, hair care products such as shampoo conditioner or masque. (Qualifier).

e.      That they either purchased in the past six months or intend to purchase in the next six months hair care products at a beauty supply store or via the internet. (Qualifier).

15.      The questionnaire began by asking respondents demographic questions related to age, gender and the state and city they lived in. Those respondents who indicated that they resided outside of the United States were terminated, and the survey sample was populated to reflect a gender make-up of 95% women and 5% men since the major market for argan oil hair care products is women.[1] As noted above three screening questions were then asked relating to where the respondent lived, their past participation in marketing research surveys and finally employment in specific areas for themselves or for their family.

16.      The survey then continued with qualifying questions. Respondents were asked whether in the past six months: "Have you purchased for your own usage hair care products such as shampoo, conditioner or masque?" If they answered "Yes" they then were asked the following qualifying question before inclusion in the sample:

**In the past six months, where have you purchased hair care products?**

Choices included, "Beauty-supply store, beauty salon, retail outlet, internet, don't know or no response." If they responded with an affirmative to either "beauty supply store" or "internet", or "both", they were then qualified to complete the survey, if not they were terminated from further consideration. This is because the Defendant's means of distribution is through either the internet or beauty supply stores.

---

[1] According to information provided by the Director of Marketing for Moroccanoil, less than 5% of sales for Moroccanoil products can be attributed to men. As Moroccanoil is a leading brand in the argan oil hair care market, I assumed that customer demographics for the present study could be represented by a significant brand within the market.

17.     If a given respondent answered that they had not purchased hair care products for their own usage in the past six months, there was then a second path to qualification for the main survey. Respondents were then asked: "Within the next six months do you intend to purchase for your own usage hair care products such as shampoo, conditioner or masque?" If they responded "No" they were terminated from further consideration in regards to survey inclusion. However, if they responded "Yes" they were then asked about where they intended to purchase hair care products in the next six months (as noted above). If they did not purchase such products either on the internet or in a beauty supply store (or both), they were eliminated from consideration. For those who did, they qualified for inclusion into the main study.

18.     The qualifiers relating to the need to have purchased or intent to purchase hair care products for their own usage respectively in the past six months or the next six months represents the notion that those surveyed are members of the class of individuals who could possibly make the decision to purchase Majestic Oil products. The requirement that an individual who qualified for the survey also needed to have purchased such hair care products either over the internet or at a beauty supply store in the past six months or intended to do so in the next six months reflects the way in which Majestic Oil is distributed to the potential consumer as noted earlier in this report.

19.     Respondents who actually qualified for the main study were then shown the following text:

> **You are now going to see two photos, each showing a group of hair care products in sequence separated by a few questions. Assume that you came across these products in a beauty supply store or on the internet and were considering whether to buy a product from each group. Take as much time as needed to review each photo, and please review them carefully. After 25 seconds have elapsed the "Continue" button will be enabled.**

Expert Report of Michael Kamins
Page 9 of 19

**Once you have replied to these questions, you will then be shown the second image of a group of products. Take as much time as you need to review this second photo. After 25 seconds have passed the "Continue" button will be enabled and you will again be asked a series of questions. Please note that for any question that you answer, if you don't know or don't have an opinion, please indicate so. Do not guess! You will not be allowed to go back in the questionnaire to view an image again.**

20.     After reading the text above, when respondents clicked on the "Continue" button on the bottom right hand side of the page, they were presented with the first image of a group of products from Moroccanoil. Above this image, the text stated:

**Here is the first photo. Click on the photo to enlarge the image. After reviewing the enlarged image, please click on the "close" button at the bottom right hand corner of the enlarged image.**

The image appeared for 25 seconds before the respondent had the ability to move forward in the questionnaire, however there was no limit regarding how long they were able to view the image with the exception that once they moved on from the image they could not move back.

21.     After having seen the first image, respondents were given a question that served two purposes: first to serve as a distractor question after having seen the first image, and then as a test of attention. Respondents were asked: "What product(s) were shown in the image you just reviewed?" The response choices were: "canned peaches", "detergent", "deodorant", "hair care products", "don't know" or "no opinion". If they responded with any product response other than "hair care products" they were terminated. A response of "don't know," or "no opinion" led to the same end result.

22.     Contingent upon the respondent having stated that they had viewed hair care products in the first image shown to them, they were then asked: "How many bottles of shampoo would you say that you purchased in the past year for your own use," There was a space below the question where they could register their answer. If they answered "zero" they were dropped

from consideration because it was determined that such a response was reflective of someone who was not at all engaged in the purchase of hair care products since shampoo is an important staple in this product category.

23.    Survey respondents were then shown the second image of a group of products. The text above the image stated:

> **Here is the second photo. Click on the photo to enlarge the image. After reviewing the enlarged image, please click on the "close" button at the bottom right hand corner of the enlarged image.**

Once again, the image appeared for 25 seconds before the respondent had the ability to move forward in the questionnaire, again however, there was no limit regarding how long they were able to view the image with the exception that once they moved on from the image they could not move back.

24.    Upon moving on from the second image, respondents were then asked the first question relating to the construct of confusion. Qualified respondents were asked:

> **Do you believe that the group of products shown in the second image come from the same or a different manufacturer as the group of products shown in the first image:**
>
> **Please check one box**
>
> > **– Different manufacturers**
> >
> > **– The same manufacturer**
> >
> > **– Don't know**
> >
> > **– No opinion**

25.    The first two choices to this question were randomized. If respondents answered "The same manufacturer" they were then asked two follow-up questions. First, they were asked the open-ended probing question: "What in particular makes you think that both groups of

products come from the same manufacturer? They were allocated a relatively large space below the question to reflect upon their answer. This question was followed up by another follow-up probe asking: "What else makes you think that both groups of products come from the same manufacturer? Again a space to reflect upon their answer and to write about it was provided below the question. These questions were asked because they provide insight into why the respondent believed that the products came from the same manufacturer. This is important to examine since not all rationales for that conclusion reflect confusion regarding components of the products relevant to this action. Evidence for confusion was noted when the respondent noted factors relating to either: general appearance (design), text and symbols (label), color, packaging/bottle or name.

26.     After having completed the two open-ended questions, the respondent was directed to place the number 153 into the space below the request. This was yet another check for the integrity and trustworthiness of the responses, since if the individual queried did not do as requested they were eliminated from the sample due to an attention deficit rationale which could have adversely reflected the quality of the answers previously given.

27.     For this group of individuals who indicated that the group of products shown in both images came from the same manufacturer, the survey ended with demographic questions relating to marital status and annual income.

28.     For those respondents who indicated that the two groups of products came from different manufacturers, they were then asked:

> **Do you believe that the group of products shown in the second image and the group of products shown in the first image come from:**
>
> > **– Two different manufacturers who do not have an association or connection with one another**

    **– Two different manufacturers who have some association or connection with one another**

    **– Don't know**

    **– No opinion**

29.    Those respondents who answered that the two groups of product images came from two different manufacturers who do not have an association or connection with one another, were respectively required to complete the task required to place the number "153" into the appropriate place in the questionnaire. They then ended the survey with the same demographic questions as indicated above.

30.    Those respondents who answered that the two groups of product images came from two different manufacturers who have some association or connection with one another, were then asked the two probing open-ended questions discussed above. They were asked in sequence:

    **What in particular makes you think that both families of products come from two different manufacturers who have some association or connection with one another?**

This was followed by a question which asked:

    **What else makes you think that both groups of products come from two different manufacturers who have some association or connection with one another?**

Space was provided for both questions for the respondent to reflect upon their answer and to write in detail to reflect their rationale.

31.    The survey ended for this group of respondents by asking them to complete the attention exercise (e.g., placing "153" in the appropriate entry) and by responding to the same demographics at the end of the study that the other groups have.

32.    Screenshots of the online survey are attached as Appendix C.

## RESULTS

33.     The disposition of the survey respondents is indicated below in Table 1:

| TABLE 1 Summary Statistics of Moroccanoil Study | Number | Percentage |
|---|---|---|
| Start survey | 2255 | 100% |
| Using mobile device or unsupported browser | 0 | 0% |
| Respondent under 18 years of age | 2 | 0% |
| Survey terminated - worked for ad agency etc… | 73 | 3% |
| Survey terminated - took part in market research survey in past 3 months | 576 | 26% |
| Survey terminated - had not/does not intend to use Hair Care Products in past/next six months | 28 | 1% |
| Survey terminated - did not/does not intend to buy in beauty supply store nor internet | 465 | 21% |
| Survey terminated - does not have eyeglasses or contact lens | 190 | 8% |
| Survey terminated - did not select hair care products in first image | 20 | 1% |
| Survey terminated - bought/does not intend to buy bottles of shampoo in past/next 12 months | 24 | 1% |
| Start but didn't complete | 48 | 2% |
| Start but quota for consumer participants was full | 379 | 17% |
| Results removed - poor quality response | 0 | 0% |
| Incorrect response to quality control question ("Type #") | 0 | 0% |
| Bad data/glitch | 0 | 0% |
| **Total usable** | 450 | 20% |

34.     The raw data I received from CSRS relating to this study is attached hereto as Appendix D.

35.     As noted earlier in this report, the objective of undertaking this experimental study and primary research methodology was to determine the degree to which the group of products sold under the Majestic Oil name were confused with the line of products sold by Moroccanoil by the relevant target market. The approach taken to measure confusion here was conservative in that for a determination of confusion to be established (for either the test cell or each of the two control cells), not only did the respondent have to indicate a specific closed

ended response to the sequence of questions, but they also had to supply a rationale that reasonably supported their inference through the use of questions designed to extract the basis for that inference. Not all responses were indicative of the presence of confusion. In fact, of the 274 measured instances of confusion found in this study, across the constructs of "same manufacturer" and "two different manufacturers who have some association or connection with one another" further review into the verbal protocols provided by respondents in support of their inference showed that approximately 46% (127) of the verbal responses were not sufficient to indicate on an objective basis that the respondents were confused due to the products' trade dress. In such cases, even though the respondent believed that the products in a given cell may have come from the same manufacturer, or from two different manufacturers who have some association or connection with one another, the notion of confusion was not established, and those respondents were not counted toward the confusion level.

36.     Verbal protocols were coded by a team of three coders who worked for CSRS, and who coded the protocols independently.[2] In order for a given inference to be established, two of the three coders had to agree upon the classification of a given statement.[3] Verbal protocols were coded into 8 different main categories inclusive of 1) General Appearance; 2) Text and Symbols; 3) Color; 4) Packaging/Bottle; 5) Ingredients; 6) Name; 7) Product and 8) Miscellaneous. Just because a given statement made by a respondent fell into a given category and was coded identically by all coders was not necessarily enough to be classified as evidence of confusion. That is, for such a classification to be evident, the main category and the sub-

---

[2] The author then worked with the coded data to determine the degree of confusion evident in the data between Moroccanoil products and those of Majestic Oil.

[3] The third coder entered into the coding process only when there was a disagreement between the first two coders to resolve the disagreement. This occurred 13.49% of the time.

category had to be previously considered by the author to be indicative of a reasonable basis for confusion.

37.     An example would help the reader understand the coding process. For example, suppose that a given respondent stated as a reason to claim that the two products shown in a given test cell (e.g., Moroccanoil and Majestic Oil in Cell A) had come from the same manufacturer to be "Good Quality". Even if all three coders, coded the response as a "61" (See Appendix E for the various codes); indicative of a "Product" response with "Quality product/good quality/like the product" as the sub-category, confusion would not be established for this respondent. This is because code 61 was previously established by myself as not being indicative of confusion since the concept of "quality" is not infringing. That is, just because two different brands are perceived to be of "good quality" or that both brands are liked, does not provide enough evidence to conclude that confusion is evident in an infringing manner.

38.     Suppose that another respondent stated as a reason to claim that the two products shown in a given test cell (e.g., Moroccanoil and Topganic in Cell B) had come from two different manufacturers who have some association or connection with one another because of: "The color of the bottles". In this instance, if all three (or two of three) coders, coded the response as a "23" (See Appendix E again for the various codes); indicative of a "Color" response with "Color of the bottle" as the sub-category, confusion would be established for this respondent. This is because code 23 was previously established by myself as being indicative of confusion since color was noted in the action as being an infringing element.

39.     It is important to note that all three independent coders were not coding as to whether a given response should be classified as being evidence of confusion or not. The coders were simply coding the responses in terms of the category in which they fell. It was only later,

Expert Report of Michael Kamins
Page 16 of 19

when the data was delivered to the author, that the categorically coded data was interpreted in terms of the presence of confusion or not for each specific category and sub-category.

40. The coders applied the same degree of categorization to each of the three cells in the design and for the respective questions relating to confusion linked to "manufacturer" and "association or connection"

41. Table 1 below indicates both the raw (based only on closed-ended responses) and revised numbers of respondents (based on closed-ended responses and a determinant rationale in the underlying closed ended responses) of those who are confused across the three different cells in the design. Recall that Cell A represents Moroccanoil compared to Majestic Oil; Cell B represents Moroccanoil compared to Topganic; and finally Cell C represents Moroccanoil as compared to One N Only.

| TABLE 2 Confusion Rates Across Cell for the Construct of Same Manufacturer and Association or Connection Between Two Different Manufacturers | | | | | |
|---|---|---|---|---|---|
| | CELL A MO and Majestic | | CELL B MO and Topganic | | CELL C MO and One N Only |
| | Closed Ended | Closed + Open Ended | Closed Ended | Closed + Open Ended | Closed Ended | Closed + Open Ended |
| **Same Manufacturer** | 89 | **66** | 35 | **20** | 31 | **11** |
| **Assoc. + Connection** | 36 | **24** | 43 | **16** | 40 | **10** |
| **TOT. CONFUSION** | 125 | **90** | 78 | **36** | 71 | **21** |

42. Appendix F reports by case ID each respondent who either indicates confusion as a function of the same manufacturer or through different manufacturers which have a perceived association or connection with one another. The data is presented by cell.

### DATA INTERPRETATION

43. The data reveals that 90 individuals believed that Moroccanoil and Majestic Oil either come from the same manufacturer or believe that they come from two different

manufacturers who have some degree of association or connection with one another. As the sample size per cell was 150 individuals, this number represents a confusion rate of 60%. However from this level of observed confusion, one must subtract the average level of confusion estimated between Moroccanoil and the two control brands of Topganic and One N Only. Here we see a confusion rate of 24% for Topganic (i.e., 36/150) and 14% (21/150) for One N Only. These control brands represent entries in the argan oil hair care category that do not contain significant levels of the critical elements that make up Moroccanoil's trade dress, and are therefore present to measure the degree to which respondents would indicate confusion even when confronted with such non-infringing brands.

44.     Hence the average "control" degree of confusion is 19% (i.e., 57/300) and when subtracted from the observed degree of confusion of 60% leaves a net confusion level of 41%. A Student's t-test constructed to observe whether or not a 41% level of confusion is significantly greater than a measure of confusion established as the lower limit of noise[4] (i.e., 5%) reveals a significant t-statistic of 32.59, which is highly significant. The meaning of this statistic is that the degree of confusion observed between Moroccanoil and Majestic Oil is dramatically greater than noise and of a magnitude indicative of a high level of confusion.

## CONCLUSION

45.     The results of a well conducted experimental design with the appropriate controls revealed a significant degree of confusion between Moroccanoil products and those of Majestic Oil. The level of confusion amongst the target market was shown to be 41%. It is my professional opinion that this level represents significant confusion above the noise level and

---

[4] The standard measure of noise is traditionally measured at 5% (*See* Partridge, Mark V. B. (2003) "*Guiding Light: Collected Articles on Copyright, trademarks and the Internet,*" iUniverse Incorporated, New York, Lincoln, Shanghai.)

Expert Report of Michael Kamins
Page 18 of 19

suggests that when purchasing, consumers are likely to confuse Moroccanoil products with those of Majestic Oil.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct, and that this declaration was executed on November 8th 2016.

Michael A. Kamins

# Appendix A

# Curriculum Vitae of Researcher

## CURRICULUM VITAE

Michael A. Kamins
Professor of Marketing-Area Head                5 OldField Road
Stony Brook University-SUNY                     East Setauket, New York 11733
Stony Brook, New York 11794                     (323) 868-9507
(631) 632-9095                                  email: michael.kamins@stonybrook.edu

**EDUCATION:**

Graduate:          Ph.D., New York University; February 1984
                   Major:  Marketing
                   Minor:  Quantitative Methods

Dissertation:      "The Impact of Involvement, Advertising Type, and
                   Expectation Level on Product Evaluation"
                   Chairman:  Henry Assael

                   M.B.A., Bernard M. Baruch College; June 1977
                   Major: Statistics

Thesis:            "Multiple Comparison Procedures"
                   Chairman:  Mark Berenson

Undergraduate:     B.B.A., Bernard M. Baruch College; January 1974
                   Major:  Statistics

## TEACHING EXPERIENCE

Stony Brook University (SUNY): Director of Research. September 2010-Present.

Stony Brook University (SUNY): Full Professor of Marketing and Area
Head: December 2007-Present.  Courses Taught: Graduate Level Marketing
Management, Marketing Strategy and Marketing Research. Undergraduate Level:
Honors program on Leadership in the area of Data Analysis.

University of Southern California:  Associate Professor of Marketing 9/90-12/07.
Assistant  Professor of Marketing 1/84- 9/90.  Acting Chairperson of Marketing –
Spring 1994.  Courses taught at Undergraduate Level:  Marketing Management,
Marketing Research; at Graduate Level:  Marketing Management (IBEAR and
CORE); Marketing Research, Ph.D. Seminar in Research Design; CORE
Research Methods and Design; IBEAR Consulting Projects; Executive MBA
Program (Theme 3 – Marketing). Global Executive MBA (GEMBA). Shanghai,
China, 2005-6.

1

Appendix A
Page 1 of 15

Visiting Professor of Marketing, <u>Stony Brook University</u>, Stony Brook New York, Fall 2006.

Visiting Professor of Marketing, <u>Griffiths University</u>-Brisbane Australia Fall 2003

<u>New York University</u>:  Instructor in Marketing 9/80 – 1/84.  Courses taught include Marketing Management, Marketing Research (Graduate and Undergraduate).

<u>Bernard M. Baruch College</u>:  Adjunct Lecturer in Statistics 6/77 – 7/80.  Courses taught, Statistics for both Accounting and non-Accounting majors.

## PUBLICATIONS IN JOURNALS:

"Effects of Product Type and Contextual Cues on Eliciting Naïve Theories of Popularity and Exclusivity," *Journal of Consumer Psychology*, (2014), Vol. 24(4), pp. 472-83, with Yael Steinhart, David Mazursky and Avi Noy.

"The Process by Which Product Availability Triggers Purchase," *Marketing Letters* (2013) Vol. 24(3), pp. 217-228, with Yael Steinhart and David Mazursky.

"The Temporal Processing Fit Effect: The Interplay between Regulatory State, Temporal Distance and Construal Levels," <u>Social Cognition</u> (2013), Vol. 31. (June), pp. 315-335.  **Lead Article**.

"Thinking or Feeling the Risk in Online Auctions: The Effects of Priming Auction Outcomes and the Dual System on Risk Perception and Amount Bid," *Journal of Interactive Marketing*, (2013) Vol. 27 (February), pp. 47-61 with Yael Steinhart, David Mazursky and Avi Noy.

"On the Road to Addiction: The Facilitative and Preventive Roles of Marketing Cues," *Journal of Business Research*, (2012), Forthcoming with Ingrid Martin, Dante Pirouz, Aditi Grover, Scott Davis, Kelly Haws, Ann Mirabito, Sayantani Mukherjee and Justine Rapp.

"From Use to Abuse: When Everyday Consumption Behaviors Morph Into Addictive Behaviors," *Journal of Research For Consumers*," (2011) Vol. 19, pp. 1-8, with Aditi Grover, Ingrid Martin, Scott Davis, Kelly Haws, Ann Mirabito, Sayantanee Mukherjee, Dante Pirouz and Justine Rapp. Lead Article.

<div align="center">2</div>

Appendix A
Page 2 of 15

## PUBLICATIONS IN JOURNALS:  (continued)

"The Effect of Social Cues on Sniping Behavior in Internet Auctions: Field
Evidence and a Simulation." (2011)  *Journal of Interactive Marketing*, 25
(August), pp. 241-250. With David Mazursky, Avi Noy and Yael Steinhart.

"Reputation Gaps and the Performance of Service Organizations," 2010
Strategic Management Journal, Vol. 31(5), pp. 530-546, with Gary Davies
and  Rosa Chun.

"An Application of Terror-management Theory in the Design of Social and
Health-Related Anti-Smoking Appeals," 2010.   Journal of Consumer Behavior,
V. 9(3), 172-190 with Ingrid Martin.

"Promotional Bundles and Consumers' Price Judgments: When the Best
Things in Life Aren't Free," 2009.   Journal of Consumer Research, Vol. 36
(December), with Valerie S. Folkes and Alexander Fedorikhin, pp.660-670.

"Rumor Has It: The Moderating Effect of Identification  on Rumor Impact and
the Effectiveness of Rumor-Refutation"  2008. Journal of Applied
Social Psychology," with Sabine Einwiller. Vol. 38(September), pp. 2248-72.

"How Do Customers Know Which Brand is the Market Leader or Market
Pioneer?: Customers Inferential Processes, Confidence and Accuracy," 2007
Journal of Marketing Management, Vol 23 (September), pp. 590-611. with
Frank H. Alpert and Lars Perner (**Lead article**).

"Enough is Enough! When Identification no Longer Prevents Negative Corporate
Associations" 2006, Journal of the Academy of Marketing Science,
Vol. 34(2), with Sabine Einwiller, Alexander Fedorikhin and Allison Johnson,
pp. 185-194.

"Corporate Claims as Innovator or Market Leader: Impact on Overall
Attitude and Quality Perceptions, and Transfer to Company Brands," 2004
Corporate Reputation Review 7(2), with Frank H. Alpert, pp. 147-159.

"Doctoral Coursework for Australasia" 2004 with Frank H. Alpert.  Invited
Commentary for the Australasian Journal of Marketing, Vol. 12 (1), pp. 66-72.

"Effects of Seller-Supplied Prices on Buyers' Product Evaluations:
Reference Prices in an Internet Auction Context," 2004, with Valerie Folkes
and Xavier Dreze. Forthcoming, Journal of Consumer Research, 30(March)
pp. 622-628.

3

Appendix A
Page 3 of 15

**PUBLICATIONS IN JOURNALS:  (continued)**

"Consumers' Perception and Misperception of Market Leadership and Market Pioneership," 2003, with Frank H. Alpert and Lars Perner.  <u>Journal of Marketing Management</u>, Vol. 19 (August), pp. 807-834.

"Retail Buyer Beliefs, Attitude and Behavior Toward Pioneer and Me-too Follower Brands: A Comparative Study of Japan and the United States 2001 <u>International Marketing Review</u>  18(2) with Frank H. Alpert Tomoaki Sakano and Naoto Onzo, pp. 160-187.

"Impact of Trial, Product Information and Pioneership Awareness on the Evaluation of the Pioneer Brand," 2000  <u>Journal of Consumer Psychology</u>, Vol. 9 (4) with Frank H. Alpert and Michael Elliott, pp. 223-230.

"Effect of Information About Firms' Ethical and Unethical Actions on Consumers' Attitudes," 1999 <u>Journal of Consumer Psychology</u>, Vol. 8 (3) with Valerie S. Folkes, pp. 243-259.

"Consumer Responses To Rumors:  Good News, Bad News," 1997 <u>Journal of Consumer Psychology</u>, Vol. 6 (2) with Valerie S. Folkes and Lars Perner, pp. 165-187.

"A Multimethod Examination of Buyer-Seller Interactions Among Japanese and American Business-people," 1997, <u>Journal of International Marketing</u>, with John L. Graham and Wes Johnston.

 "Retail Buyer Decision Making in Japan:  What U.S. Sellers Need to Know," 1997, <u>International Business Review</u>, Vol. 6 (2) with John L. Graham, Naoto Onzo and Tomoaki Sakano, pp. 91-112.

"U.S. Suppliers in Japan:  Overcoming Obstacles to Trade," 1996, <u>Harvard Business Review</u>, (Editors Brief), with Frank Alpert, John L. Graham, Naoto Onzo and Tomoaki Sakano, pp. 14-15.

"Pioneer Brand Advantage in Japan and the United States," 1996, <u>Marketing Science Institute Working Paper</u>.  Report No. 96-101, (March) with Frank Alpert, John Graham, Tomoaki Sakano, and Naoto Onzo.

"Retail Buyer Decision Making in Japan:  What U.S. Sellers Need to Know," 1995 <u>Marketing Science Institute Working Paper</u>.  Report No. 95-108, August with Frank Alpert, Tomoaki Sakano, Naoto Onzo and John Graham.

**PUBLICATIONS IN JOURNALS:  (continued)**

"An Empirical Investigation of Consumer Memory, Attitude, and Perceptions Toward Pioneer and Follower Brands, 1995, <u>Journal of Marketing</u>, Vol. 59 (October), pp. 35 – 46, with Frank Alpert.

"The Challenge of Obtaining Distribution for Me-Too Follower Brands," 1995, <u>International Review of Retail, Distribution and Consumer Research</u>, Vol. 5 (April), pp. 203-217, with Frank Alpert.

"Perceptions of Products Made in Japan Versus Made in the U.S.  Among Japanese and U.S. Executives:  A Longitudinal Perspective," 1995, <u>Asia Pacific Journal of Management</u>, Vol. 12 (1), pp. 49-68 with Akira Nagashima.

"Congruence Between Spokesperson Image and Product Type:  A 'Match-Up' Hypothesis Perspective," 1994, <u>Psychology and Marketing</u>, Vol. 11 (6), pp. 569 – 588 with Kamal Gupta.

"Consumer Behavior and Pioneer Brand Advantage:  Conceptual Framework and Propositional Inventory," with Frank Alpert, 1994, <u>Journal of the Academy of Marketing Science</u>, Vol. 22 (Summer), pp. 244-253.

"Content Analysis of German and Japanese Advertising in Print Media for Indonesia, Spain and the United States," with John L. Graham and Djoko Oetomo, 1993, <u>Journal of Advertising</u>, Vol. 22 (2), pp. 5-15 (**lead article**).

"An Examination of Reseller Buyer Attitudes Toward Order of Brand Entry," 1992, <u>Journal of Marketing</u>, Vol. 56 (July), pp. 25-37, with Frank H. Alpert and John L. Graham.

 "Television Commercial Evaluation in the Context of Program Induced Mood: Congruency Versus Consistency Effects," 1991, <u>Journal of Advertising</u>, Vol. 20 (2), pp. 1-14, with Lawrence J. Marks and Deborah Skinner (**lead article**).

"The Perception of Kosher as a Third Party Certification Claim in Advertising for Familiar and Unfamiliar Brands," 1991, <u>Journal of the Academy of Marketing Science</u>, Vol. 19 (3), pp. 177-85 with Lawrence J. Marks.

"An Investigation into the 'Match-up' Hypothesis in Celebrity Advertising: When Beauty May Be Only Skin Deep," 1990, <u>Journal of Advertising</u>, Vol. 19 (1), pp. 4-13 (**lead article**).

"A Cognitive Response Involvement Model of the Process of Product Evaluation Through Advertising Exposure and Trial," 1990, <u>Journal of Business Research</u>, Vol. 20 (May), pp. 191-215, with Henry Assael and John Graham (**lead article**).

**PUBLICATIONS IN JOURNALS:  (continued)**

"Effects of Appeal Type and Involvement on Product Disconfirmation:  A Cognitive Response Approach Through Product Trial," 1989, Journal of the Academy of Marketing Science, Vol. 17 (Summer), pp. 197-207, with Henry Assael (**lead article**).

"The Enhancement of Response Rates to a Mail Survey Through a Labeled Probe Foot in the Door Approach," 1989, Journal of the Marketing Research Society, Vol. 31 (April), pp. 273-84.

"Two-Sided Versus One-Sided Celebrity Advertising:  The Impact on Advertising Effectiveness and Credibility," 1989, Journal of Advertising, Vol. 18 (2), pp. 4-10, with Meribeth J. Brand, Stuart A. Hoeke, and John C. Moe (**lead article**).

"Celebrity and Non-Celebrity Advertising in a Two-Sided Context," 1989, Journal of Advertising Research, Vol. 29 (June/July), pp. 34-42.

"An Investigation into the Use of Product Sampling and Advertising:  The Effect of Sequence of Exposure and Degree of Advertising Claim Exaggeration on Consumers' Belief Strength, Belief Confidence and Attitudes," 1988, Journal of Marketing Research, Vol. 25 (August), with Lawrence J. Marks, pp. 266-81.

"An Examination into the Effectiveness of Two-sided Comparative Price Appeals," 1988, Journal of the Academy of Marketing Science, Vol. 16 (Summer), with Larry J. Marks, pp. 74-81.

"Two-sided versus One-sided Appeals:  A Cognitive Perspective on the Effect of Trial upon Belief Change," 1987, Journal of Marketing Research, Vol. 24 (February), with Henry Assael, pp. 29-39.

"Moderating Disconfirmation of Expectations Through the Use of Two-sided Appeals:  A Longitudinal Approach," 1987, Journal of Economic Psychology, Vol. 8 (June), with Henry Assael, pp. 237-53.

"Cognitive and Affective Dimensions of Educational Objectives:  Scale Development and Measurement," 1987, Journal of Marketing Education, Vol. 9 (Fall), with Dennis Sandler, pp. 52-7.

"Advertising Puffery:  The Impact of Using Two-sided Claims on Product Attitude and Purchase," 1987, Journal of Advertising, Vol. 16 (December), with Larry J. Marks, pp. 6-15 (**lead article**).

## Publications in Refereed Conference Proceedings

"Whether you Win or Whether You Lose: The Differential Risk of Priming the Cognitive and Affective Systems in On-line Auctions," (2010) with Yael Steinhart,  David Mazursky and Avi Noy.  Association for Consumer Research, Jacksonville, Florida.

"Fantasies Come true and Soon: Mental Construal as a Function of Regulatory State and Time Horizon," (2009) Association for Consumer Research Proceedings, with Yael Steinhart and David Mazursky. Pittsburgh, Pennsylvania.

"Promotional Bundles and Consumers' Price Judgments: When the Best Things In Life Aren't Free," (2009) Association for Consumer Research Proceedings, with Alexander Fedorikhin and Valerie Folkes. Pittsburgh, Pennsylvania.

"The Interpersonal determinants of Sniping in internet Auctions," (2008). Association for Consumer Research Proceedings, with David Mazursky, Avi Noy and Yael Steinhart.  San Francisco, California.

"When the Loss of Free-Will Can Be Costly: A Novel Approach to an Anti-Smoking Campaign," (2007). Association for Consumer Research Proceedings, with Aditi Grover. Memphis, Tennessee.

"Relationships Can Disappear in a Puff of Smoke: A Test of Terror Management Theory and Risk perceptions on Smoking Behavior," (2006). Association for Consumer Research Proceedings, with Ingrid Martin.  Orlando, Florida.

"Pioneer Brand Advantage with retail Buyers in Japan, A Comparison with U.S. Data." (2000), 29th European Marketing Academy Conference Proceedings (Amsterdam, Erasmus university) with John L. Graham, Frank H. Alpert, Tomoaki Sakano and Naoto Onzo.

"Content Analysis of German and Japanese Advertising (1993) Proceedings of the Fourth Symposium on Cross Cultural Research, 171-175.  Kahuku, Hawaii: Gerald Aldaum, Editor.

"Message and Non-message Elements in Advertising:  Does Involvement Matter?"  (1988), Academy of Marketing Science Proceedings with Dennis Sandler and Henry Assael.

"Investigating the Experiential Dimensions of Product Evaluations" (1987), Advances in Consumer Research, Vol. 14.  Association for Consumer Research with Larry J. Marks and Susan Higgins, pp. 114-121.

"The Effect of Framing and Advertising Sequencing on Attitude Consistency and Behavioral Intentions" (1986), Advances in Consumer Research, Association for Consumer Research with Larry J. Marks, pp. 168-72.

7

"The Effects of Level of Expertise on the Processing of Framed and Unframed Pictorial Print Advertisements" (1986) <u>AMA</u> Educators' Proceedings, Terence A. Shimp, Subhash Sharma, et al. (eds.) with Larry J. Marks and Donna Murphy, pp. 57-61.

"The Effect of Cognitions Upon Post-trial Evaluation and Purchase Intention Measures and the Advertiser's Choice of Appeal Type" (1986), with Henry Assael, <u>Researches on Communication Promotion</u>, Aix-en-Provence, France, pp. 275-301.

"The Effect of Commitment and Product Performance Disconfirmation on Consumer Evaluations" (1985) with John W. Keon, <u>AMA</u> Educators Proceedings, pp. 86-92.

"The Effect of Two-sided Appeals upon Post-trial Performance Evaluation, Advertiser Credibility, and the Disconfirmation Level" (1985), <u>Researches on Communication/Promotion</u>, Aix-en-Provence, France, pp. 86-108.

"What Are the Causes and How Can One Control for Television Advertising Wearout?" (1981), <u>ORSA/TIMS</u> Market Measurement Conference, pp. 67-77.

## **Books and Chapters**

Handbook of Persuasion and Social Marketing (2014) (Three Volume set Praeger).  Published Chapter 7 of the first volume on "Rumors, Word-of-Mouth, and Social Media," Editor: David W. Stewart.

"Price Bundling" (2010)  A Chapter in the Wiley International Encyclopedia of Marketing, Jagdish N. Sheth; Naresh K. Malhotra (Editors in Chief).

"Marketing Communications" (2002) A Chapter in the <u>Handbook of Marketing, Barton Weitz, Editor.</u> with David W. Stewart (Lead author).

Sales & Marketing: 25 Keys to Selling Your Products. (1999)  The <u>New York Times</u> Pocket MBA Series, Volume (8).  Lebhar-Friedman Books, New York, New York. <u>Secondary Research:  Information Sources and Methods</u> (second edition) with David W. Stewart (lead author), Sage Publications:  New York 1993.

## BOOK REVIEWS

"A Brand New Language," <u>Journal of Marketing</u>, 1994, 58 (April), pp. 129-130 with Nancy Frost.

8

Appendix A
Page 8 of 15

**CONFERENCES ORGANIZED AND HOSTED**

**Co-Chair American Marketing Association Summer Educator's Conference-Chicago Illinois, August 2009.**

Eighth Annual International Conference of the Corporate Identity/Associations Research Group CI/ARG.  Harriman School of Business, Stony Brook University. 2009

Third Annual International Conference of the Corporate Identity/Associations Research Group CI/ARG.  University of Southern California. 2004

AMA Conference on Marketing and Public Policy and Risk Workshop, Long Beach California and the University of Southern California. 2006

**MANUSCRIPTS IN REVIEW:**

"The Construct of Reverse Confusion in trademark Law: Conceptualization and Methodological Consideration," Under first review: The Trademark Reporter.

"Smoking Can't Hurt Me!!" and Other Death-Related Thoughts: A Test of Terror Management, Self-Affirmation and Risk Perceptions' with Ingrid Martin (Lead author) and Aditi Grover.  Under Review: Journal of Marketing.

**WORKS IN PROGRESS:**

"The Dual Effect of Signaling on Regret in On-Line Auctions: When the Loser is the Winner and the Winner is the Loser," with Avi Noy, David Mazursky and Yael Steinhart. Target: Journal of Consumer Research.

"What Counts: Getting There or How We Got There: Mental Construal as a Function of Regulatory State and Time Horizon," with David Mazursky, Yael Steinhart and Avi Noy. Target: Journal of Consumer Research.

"Complimentary Relationships between Brand and Human Personality," With Susan Whelan and Gary Davies: Target: Journal of Consumer Psychology.

"When The Consumer Sees Red, Sales Can Be Blue: The Match-Up Between Product Image and Color In Advertising," with Lars Perner. In preparation for submission (write-up stage): Target: Journal of Consumer Research.

"The Impact of the Bundling of Bundles on Final Sale Price in On-line Auctions: When Bundling Makes Sense," with Alexander Fedorikhin and Valerie S. Folkes In preparation for submission  (write-up stage) Target: Journal of Marketing.

9

Appendix A
Page 9 of 15

"Understanding and Regulating Contrast and Assimilation Effects in the Relationship Between Corporate Associations and Consumer Product Responses," in pretest stage.  With Peter Dacin and Tom Brown.  Target: <u>Journal of Marketing</u>.

"Avoiding Ego-defensive Responses to Health Risk Communications: Social MortalitySalience versus Physical Mortality Salience" with Paul Connell and Ingrid Martin.  <u>Target: Journal of Consumer Research</u>.

"A Separate Piece?: Constructing Optimal Structural Alignments' in The Decision to Offer A Supplemental Product as an Add-On Or As A Bundle with Valerie Folkes and Sasha Fedorikhin. Target: <u>Journal of Consumer Research</u>.

"The Impact of Social Pressure on Cause Donation," with Amrapali Agrawal and Peter Caperiello. Target: <u>Journal of Economic Literature.</u>

"The Consumption Continuum: Towards a Theoretical Framework to Understand Maladaptive Behaviors with Ingrid Martin and Dante Pirouz." Target: <u>Journal of Business Research</u> as an Invited Paper.

**SELECTED PRESENTATIONS:**

"Researching Consumption Addiction: Developing A Theoretical Framework of Understanding," A Round Table (2012), Marketing and Public Policy Conference, Atlanta, Georgia. With Ingrid Martin.

"Whether You Win or Whether You Lose: The Differential Effect of Priming the Deliberative and Affective Systems in On-Line Auctions," (2010), Society for Consumer Psychology Annual Conference, St. Petersburg, Florida with Avi Noy, David Mazursky and Yael Steinhart.

"The Dual Effect of "Signaling" on Regret in Online Auctions,"  (2010) Society for Consumer Psychology Annual Conference, St. Petersburg, Florida with Avi Noy, David Mazursky and Yael Steinhart.

"Self-Affirmation and Smoking Self-esteem in Social Death Anti-Smoking Advertisements," (2010) AMA Winter Educators' Conference, New Orleans, Louisiana with Adidi Grover and Ingrid Martin.

"Enough is Enough! When Identification no Longer Mitigates the Detrimental Effects of Negative Information" (2005) invited presentation at the Academy of

Marketing Science Conference, Tampa Florida.

"When the Internet Gavel Falls: A Field Study Replication of the Effects of Uncertainty on Auction Bids," (2002) at Griffith University, Brisbane Australia.

"Teaching about Teaching," (2002) at the Academy of Marketing Science Annual Congference, Fort Myers, Florida.

"Product Evaluation As A Function of The Company As An Innovator And/Or Market Leader," (2002) at the first annual conference on Corporate Associations, Oklahoma State University, Stillwater, Oklahoma.

"Content Analysis of German and Japanese Advertising" (1993) at the Fourth Symposium of Cross-Cultural Research, Kahuku, Hawaii.

"Context-Induced Mood Effects in Advertising," Association for Consumer Research, Twenty-first Annual Conference, (1990) New York, New York (with Tina Kiesler and Henni Sanft).

"Investigating the Experiential Dimensions of Product Evaluations," Association for Consumer Research, Eighteenth Annual Conference, October 8th – 11th, 1987, Boston, Massachusetts (with Larry J. Marks and Susan Higgins).

"Sidedness in a Pricing Context:  The Effectiveness of Two-Sided Price Appeals," Marketing Science Conference, Paris, France, June 25, 1987.

"An Investigation Into the Use of Product Sampling and Advertising:  The Effect of Sequence of Exposure and Degree of Advertising Claim Exaggeration on Consumers' Attitudes," Joint USC-UCLA Seminar, May 29, 1987.

"The Effect of Framing and Advertising Sequencing on Attitude Consistency and Behavioral Intentions," Association for Consumer Research, Seventeenth Annual Conference, October 16-18[th], 1986, Toronto, Ontario, Canada (with Larry J. Marks).

"The Effects of Level of Expertise on the Processing of Framed and Unframed Pictorial Print Advertisements," American Marketing Association Summer Educators Conference, August 3-6[th], 1986, Chicago, Illinois (with Larry J. Marks).

"The Attainment of Cognitive and Affective Educational Objectives," at the American Marketing Association's Global Marketing in the Next Decade" Conference, Singapore, June 16-18[th], 1986 (with Dennis Sandler).

"The Effect of Commitment and Product Performance Disconfirmation on Consumer Evaluations," American Marketing Association Summer Educators Conference, August 11-14, 1985, Washington, D.C. (with John W. Keon).

"The Effect of Two-Sided Appeals upon Post-Trial Performance Evacuation, Advertiser Credibility and the Disconfirmation Level," at Conference Sur La Communication/Promotion, Aix-En-Provence, France, May 29-31, 1985.

"What Are the Causes and How Can One Control for Television Advertising Wearout?"  ORSA/TIMS Market Measurement Conference, March 13-15, 1981, New York University.

"One-Way Design Multiple Comparison Techniques with Confidence Interval Applications," Presented at the American Society of Quality Control Annual Meeting, August 10, 1977, Middlesex, New Jersey.

## INVOLVEMENT IN PROFESSIONAL PROGRAMS AND SERVICE ACTIVITIES:

Co-Chair of the 2009 **AMA Summer Educators Conference**-Chicago.

Program Organizer and co-chair of the 7[thd] Annual **Conference on Corporate Reputation** held at Stony Brook University in May of 2009.

Program Organizer and co-chair of the 3rd Annual **Conference on Corporate Reputation** held at the University of Southern California in April of 2004.

Co-Chair of the Public Policy & Marketing Conference 2005. Long Beach California.

Session Chairperson for the 2001 Winter AMA Conference.

Consumer Behavior Track Co-chair for the 1998 AMA Summer Educators' Conference.

Department of Marketing Acting Chairperson, Spring 1994.

Editorial Review Board Member – Journal of Advertising, 1993 – present.

Reviewer, Journal of Advertising, Journal of the Academy of Marketing Science (1991).

Co-chair and discussant for 1990 Association for Consumer Research conference special session titled "Segmentation in Consumer and Market Research: Applications, Current Issues and Trends."

Member of the 1990 Association for Consumer Research Program Committee-Conference Site:  New York City.

Editorial Review Board Member.  Appointed 1989 to the Consumer Behavior Track, Journal of Business Research.

Session Chairperson, ORSA/TIMS Marketing Science Conference, Durham, North Carolina, March 17, 1989.

Session Chairperson, ORSA/TIMS Marketing Science Conference, Seattle, Washington, March 23, 1988.

Reviewer, Journal of Marketing Research, on an Ad Hoc Basis (1987 – present).

Session Chairperson, American Marketing Association's "Global Marketing in the Next Decade" Conference, Singapore, June 16-18, 1986.

Session Chairperson, ORSA/TIMS Marketing Science Conference, Dallas, Texas, March 16, 1986.

Reviewer, American Marketing Association Annual Conference, 1988 – present.

Reviewer, Association for Consumer Research Annual Conference, 1985, 1989.


**SELECTED CONSULTING ASSIGNMENTS:**

| | |
|---|---|
| MetroPCS | (2009) |
| Emac | (2007) |
| Pinkberry | (2006) |
| American Express | (2005) |
| Lexus | (2005) |
| Michael Medavoy | (2004) |
| New York Attorney General | (2004) |
| Cingular Wireless | (2003) |
| Banc One | (2002) |
| Bill Medley | (2001) |
| Dole Pineapple | (2001) |
| Muhammad Ali | (2000) |
| Banc One | (2000) |
| Sharp Electronics | (2000) |
| Billy Blanks & Tae-Bo | (1999) |

13

| | |
|---|---|
| Weider Nutrition | (1999) |
| Tri-Star | (1997) |
| MGM | (1997) |
| Canon U.S.A. | (1996) |
| AT&T Capital Leasing | (1995) |
| Breath Assure | (1995) |
| Thompson's Minwax Co. | (1995) |
| Barpassers | (1994) |
| Kareem-Abdul Jabbar | (1993) |

## PROFESSIONAL ORGANIZATIONS:

Academy of Marketing Science
American Marketing Association
Association for Consumer Research

## HONORS AND AWARDS:

**Awarded the "Best Professor in the Business School" by Graduate students June 2008- Harriman School of Business, Stony Brook University SUNY.**

Awarded the Academy of Marketing Science "Outstanding Marketing Teacher Award" (2002).

Awarded Summer Faculty Research Fund Grant 1990-2005.

Awarded CIBEAR Grant 1996.

Awarded the 1989 Dean's Scholarship, School of Business, University of Southern California.

Awarded the 1988 May Company Scholarship.

Winner of the 1987-1988 Golden Apple Award for Excellence in Teaching. Graduate School of Business Administration, University of Southern California.

Nominated to:  Who's Who in California; Who's Who in the West; Who's Who in Advertising; and Who's Who Among Emerging Leaders in America.

Summer Research Grant Support Awarded for the Summer of 1986, 1987 and 1988.  The University of Southern California.

Voted by the New York University student body as one of the five outstanding professors at the School of Business and Public Administration.   1982,1983.

14

Appendix A
Page 14 of 15

Nominated for membership in the American Marketing Association's National Honor Society (Alpha Mu Alpha), April 1982.

Represented New York University at the American Marketing Association Doctoral Consortium in Madison, Wisconsin, August 1979.

Graduated Magna Cum Laude – Bernard M. Baruch College, 1974.

Elected as a member of the Business Honor Society –Beta Gamma Signa, 1974.

Awarded the Morton Wollman Medal for Excellence in the Study of Statistics at Baruch College, 1974.

Awarded the Jack Schlosser Memorial Scholarship at Baruch, 1974.

Awarded an Assistantship for the United States Department of Agriculture, Fall 1974, Iowa State University.

**MAJOR UNIVERSITY AND COLLEGE COMMITTEES:**

Member, University Wide Health Committee
Deans' Advisory Board Member
Design Team (re-design of the MBA Second Year)
Teaching/Design Team (re-design of the MBA Core)
Faculty Senator, University Wide
Member, Athletic Tickets Committee, University Wide, USC
Member, CORE Redesign Committee, School of Business Administration
Member, Master's Curriculum Committee, Marketing Department
Organizer, Research Fair 1987/1988 for Marketing Department

**DISSERTATION COMMITTEE MEMBERSHIP**

| | |
|---|---|
| Aditi Grover (Chair) | |
| Mathew Lancellotti | Matt Thomson |
| Joseph Johnson | Frank Alpert |
| Yun-Oh Whang | Nick Anderson |
| David Ackerman | Kamal Gupta |
| Lars Perner (Chair of Committee) | Ingrid Martin |

15

Appendix A
Page 15 of 15

# Appendix B

# Record of Cases

## DR. MICHAEL A. KAMINS-PRIOR EXPERIENCE IN TRIAL AND DEPOSITION IN LAST 5 YEARS

| CASE | DEPOSITION | | TRIAL/HEARING |
|---|---|---|---|
| Playtex V. **Munchkin** (Cameron Garrison Latham & Gage) | Yes | (2/12) | Yes (Trial-6/12) |
| Apple V. **Samsung** (Albert Bedecarre-Quinn Emanuel-San Francisco) | Yes | (5/12) | Yes (Trial-7/12 Did Not Testify) |
| Discount Tire Centers V. **Discount Tire/ America's Tire** (Brian LaCorte-Ballard-Spar) | Yes | (9/12) | No |
| Rembrandt V. **Facebook** (Reuben Chen-Cooley law). | Yes | (8/13) | Pending |
| **Widenbeck** V. Cynergy Health (Laufenberg & Jassek) | Yes | (9/13) | Pending |
| **Dryer** v. NFL (Mark Passin- Robins, Kaplan Miller & Cerisi) | Yes | (3/14) | No |
| Utopia v. **United States of America** (Nicholas Jabbour & Shari Rose- U.S. Justice Department) | Yes | (6/14) | No |
| U.S. Neutraceuticals LLC v. **Cyanotech** Corporation (John Boudet-Roetzel & Andruss) | Yes | (10/14) | No |
| **Donald Scholz** v. Barry Goudreau (Erik Paul Belt- McCarter & English) | Yes | (11/14) | No |
| **Osama Famhy** v. Jay-Z (Jonathan Gottfried Browne, George Ross). | Yes | (7/15) | No |
| Berkson v. **GoGo** Internet (Michael Reese Reese LLP)-Testimony before Judge Jack Weinstein Brooklyn Federal Court | No | (11/15) | Yes |
| **Schnabel** v. Trilegiant (Rose Luzon-Sheppard Finkleman, Miller & Shah | Yes | (12/15) | Pending |
| Move v. **Zillow** (Judy Jennison-Perkins Cole) | Yes | (2/16) | No |

**Bold** Print indicates whether I was employed by plaintiff or defendant.

Appendix B
Page 1 of 1

# Appendix C

# Online Survey Screenshots and Instructions









Do you or any member of your household or immediate family work with:

|  | Yes | No |
|---|---|---|
| A marketing research firm, advertising agency, or public relations firm | ○ | ○ |
| A banking institution | ○ | ○ |
| A travel agency | ○ | ○ |
| A retail store, wholesaler, beauty supply store or salon that sells haircare products | ○ | ○ |
| A manufacturer, wholesaler or retailer of sporting goods | ○ | ○ |
| An airline company | ○ | ○ |

Continue »

Privacy Policy · Help





In the last six months, have you purchased for your own usage hair care products such as shampoo, conditioner or masque?

○ Yes
○ No

Continue »

Privacy Policy · Help

26%



Within the next six months, do you intend to purchase for your own usage hair care products such as shampoo, conditioner or masque?

○ Yes
○ No

31%

Continue ►

Privacy Policy - Help





In the next six months, where will you purchase hair care products?

- Beauty supply store
- Beauty salon
- Retail outlet
- Internet
- Don't know
- No response

Privacy Policy · Help

Continue ▶



47%

You are now going to see two photos, each showing a group of hair care products in sequence separated by a few questions. Assume that you came across these products in a beauty supply store or on the internet and were considering whether to buy a product from each group. Take as much time as needed to review each photo, and please review them carefully. After 25 seconds have elapsed the "Continue" button will be enabled.

Once you have replied to these questions, you will then be shown the second image of a group of products. Take as much time as you need to review this second photo. After 25 seconds have passed the "Continue" button will be enabled and you will again be asked a series of questions. Please note that for any question that you answer, if you don't know or don't have an opinion, please indicate so. Do not guess! You will not be allowed to go back in the questionnaire to view an image again.

Continue »

Privacy Policy · Help



Here is the first photo. Click on the photo to enlarge the image. After reviewing the enlarged image, please click on the "close" button at the bottom right hand corner of the enlarged image.

Continue »

52%

Privacy Policy · Help







How many bottles of shampoo would you say that you intend to purchase in the next 12 months for your own use?

Don't know

No opinion

Continue »

Privacy Policy · Help







Here is the second photo. Click on the photo to enlarge the image. After reviewing the enlarged image, please click on the "close" button at the bottom right hand corner of the enlarged image.

Privacy Policy - Help

Continue »

70%





What in particular makes you think that both groups of products come from the same manufacturer?

Please type in your response in the space below providing as much detail as you can.

Continue »

Privacy Policy · Help







What in particular makes you think that both groups of products come from two different manufacturers who have some association or connection with one another?

Please type in your response in the space below providing as much detail as you can.

Continue »

Privacy Policy · Help

Appendix C
Page 23 of 28



What else makes you think that both groups of products come from two different manufacturers who have some association or connection with one another?

Please type in your response in the space below providing as much detail as you can.

Continue »

Privacy Policy · Help

84%



Please enter the number "153" in the box below.

Privacy Policy · Help

Continue ▸

87%





Is your total annual household income from all sources, and before taxes:

○ Less than $15,000
○ $15,000 but less than $25,000
○ $25,000 but less than $35,000
○ $35,000 but less than $50,000
○ $50,000 but less than $75,000
○ $75,000 but less than $100,000
○ $100,000 and over
○ Prefer not to say

Finish

99%

Privacy Policy · Help

DKR parameter no' ×

dkr1.sdsurvey.com/projects/end?rst=1&gpsid=5001&basic=56054

Unfortunately an error has occurred. We apologise for the inconvenience.

Ha surgido un error. Por favor, disculpe las molestias.

Infelizmente ocorreu um erro. Pedimos desculpas pela inconveniência.

Malheureusement, une erreur est survenue. Nous sommes désolés pour la gêne occasionnée.

Unglücklicherweise ist ein unerwarteter Fehler aufgetreten. Wir entschuldigen uns für die Unannehmlichkeiten.

Sfortunatamente si è verificato un errore. Porgiamo le nostre scuse.

Er heeft zich helaas een fout voorgedaan. Onze excuses voor het ongemak.

Der er uheldigvis forekommet en fejl. Vi beklager ulejligheden.

Niestety wystąpił błąd techniczny. Przepraszamy za niedogodności.

Ett fel har inträffat vi ber om ursäkt för besväret.

Valitettavasti sivulla on virhe. Pahoittelemme haittoja.

En uventet feil har oppstått. Vi beklager dette.

# Appendix D

# Raw Data

Table of contents

| | | Page |
|---|---|---|
| Table 1 | Q.S1 - Into which of the following age ranges do you fall? | 1 |
| Table 2 | Q.S2 - What is your gender? | 2 |
| Table 3 | Q.S3 - In which state do you live? | 3 |
| Table 4 | Q.S4 - Do you or any member of your household or immediate family work with the following? | 6 |
| Table 5 | Q.S5 - During the past 3 months have you taken part in any marketing research survey aside from a political poll? | 7 |
| Table 6 | Q.A - In the last six months, have you purchased for your own usage hair care products such as shampoo, conditioner or masque? | 8 |
| Table 7 | Q.B - Within the next six months, do you intend to purchase for your own usage hair care products such as shampoo, conditioner or masque? | 9 |
| Table 8 | Q.C - In the past six months/next six months where have you purchased/will you purchase hair care products? | 10 |
| Table 9 | Q.D - If you usually wear eyeglasses or contact lenses when shopping or exploring the internet, please wear them as you complete this survey. Do you currently have your eyeglasses or contact lenses on? | 11 |
| Table 10 | Q.1 - What product(s) were shown in the image you just reviewed? | 12 |
| Table 11 | Q.2 - How many bottles of shampoo would you say that you purchased in the past/intend to purchase in the next 12 months for your own use? | 13 |
| Table 12 | Q.5 - Do you believe that the group of products shown in the second image come from the same or a different manufacturer as the group of products shown in the first image? | 14 |
| Table 13 | Q.6a - What in particular makes you think that both groups of products come from the same manufacturer? | 15 |
| Table 14 | Q.6A/b - What in particular/What else makes you think that both groups of products come from the same manufacturer? (Total responses) | 16 |
| Table 15 | Q.7 - Do you believe that the group of products shown in the second image and the group of products shown in the first image come from...? | 17 |
| Table 16 | Q.8a - What in particular makes you think that both groups of products come from two different manufacturers who have some association or connection with one another? | 18 |
| Table 17 | Q.8a/b - What in particular/What else makes you think that both groups of products come from two different manufacturers who have some association or connection with one another? (Total responses) | 19 |
| Table 18 | Q.9 - Are you... | 20 |
| Table 19 | Q.10 - What is your total annual household income from all sources before taxes? | 21 |

Table 1-1
Q.S1 - Into which of the following age ranges do you fall?

|                      |        | Cell |       |       |
|                      |        | A    | B     | C     |
|                      | Total  | ---- | ----  | ----  |
| ---                  | ----   | ---- | ----  | ----  |
| Base: Total sample   | 450    | 150  | 150   | 150   |
|                      | 100%   | 100% | 100%  | 100%  |
| 18 - 29        (24)  | 123    | 47   | 42    | 34    |
|                      | 27.3   | 31.3 | 28.0  | 22.7  |
| 30 - 39        (35)  | 210    | 64   | 70    | 76    |
|                      | 46.7   | 42.7 | 46.7  | 50.7  |
| 40 - 49        (45)  | 46     | 14   | 18    | 14    |
|                      | 10.2   | 9.3  | 12.0  | 9.3   |
| 50 - 59        (55)  | 47     | 18   | 13    | 16    |
|                      | 10.4   | 12.0 | 8.7   | 10.7  |
| 60 - 69        (65)  | 24     | 7    | 7     | 10    |
|                      | 5.3    | 4.7  | 4.7   | 6.7   |
| 70 or older    (80)  | -      | -    | -     | -     |
|                      | -      | -    | -     | -     |
| Mean                 | 36.7   | 36.3 | 36.3  | 37.6  |
| Median               | 34.9   | 34.4 | 34.7  | 35.4  |
| Std. Dev.            | 11.4   | 11.6 | 11.0  | 11.5  |
| Std. Err.            | 0.5    | 1.0  | 0.9   | 0.9   |

Conkle, Kremer & Engel          Moroccanoil Study          October 2016

Page 1

Table 2-1
Q.S2 - What is your gender?

```
                                     Cell
                                ================
                   Total     A       B       C
                   -----   -----   -----   -----

Base:  Total sample  450     150     150     150
                    100%    100%    100%    100%

Male                  22       6       9       7
                     4.9     4.0     6.0     4.7

Female               428     144     141     143
                    95.1    96.0    94.0    95.3
```

Conkle, Kremer & Engel          Moroccanoil Study          October 2016

Page 2

**100**

Table 3-1
Q.S3 - In which state do you live?

| | Total | Cell | | |
|---|---|---|---|---|
| | | A | B | C |
| Base: Total sample | 450<br>100% | 150<br>100% | 150<br>100% | 150<br>100% |
| New York | 58<br>12.9 | 20<br>13.3 | 21<br>14.0 | 17<br>11.3 |
| California | 53<br>11.8 | 20<br>13.3 | 18<br>12.0 | 15<br>10.0 |
| Virginia | 39<br>8.7 | 9<br>6.0 | 11<br>7.3 | 19<br>12.7 |
| Florida | 30<br>6.7 | 12<br>8.0 | 5<br>3.3 | 13<br>8.7 |
| Illinois | 23<br>5.1 | 7<br>4.7 | 7<br>4.7 | 9<br>6.0 |
| Texas | 22<br>4.9 | 8<br>5.3 | 7<br>4.7 | 7<br>4.7 |
| Ohio | 18<br>4.0 | 8<br>5.3 | 6<br>4.0 | 4<br>2.7 |
| Oregon | 18<br>4.0 | 4<br>2.7 | 11<br>7.3 | 3<br>2.0 |
| Pennsylvania | 17<br>3.8 | 8<br>5.3 | 5<br>3.3 | 4<br>2.7 |
| Michigan | 14<br>3.1 | 3<br>2.0 | 4<br>2.7 | 7<br>4.7 |
| Georgia | 12<br>2.7 | 7<br>4.7 | 1<br>0.7 | 4<br>2.7 |
| New Jersey | 12<br>2.7 | 3<br>2.0 | 5<br>3.3 | 4<br>2.7 |
| North Carolina | 11<br>2.4 | 3<br>2.0 | 6<br>4.0 | 2<br>1.3 |
| Tennessee | 10<br>2.2 | 3<br>2.0 | 4<br>2.7 | 3<br>2.0 |
| Alabama | 9<br>2.0 | 4<br>2.7 | 3<br>2.0 | 2<br>1.3 |

Continued

Table 3-1
Q.S3 - In which state do you live?

| | Total | Cell | | |
| | | A | B | C |
| --- | --- | --- | --- | --- |
| Arizona | 9<br>2.0 | 4<br>2.7 | 4<br>2.7 | 1<br>0.7 |
| Massachusetts | 9<br>2.0 | 2<br>1.3 | 3<br>2.0 | 4<br>2.7 |
| Indiana | 7<br>1.6 | 2<br>1.3 | 1<br>0.7 | 4<br>2.7 |
| Washington | 7<br>1.6 | 2<br>1.3 | 1<br>0.7 | 4<br>2.7 |
| Connecticut | 6<br>1.3 | -<br> | 2<br>1.3 | 4<br>2.7 |
| Nevada | 6<br>1.3 | 1<br>0.7 | 2<br>2.0 | 3<br>2.0 |
| Utah | 6<br>1.3 | 2<br>1.3 | 3<br>2.0 | 1<br>0.7 |
| Kentucky | 5<br>1.1 | 1<br>0.7 | 2<br>1.3 | 2<br>1.3 |
| Maryland | 5<br>1.1 | 3<br>2.0 | 2<br>1.3 | -<br> |
| Minnesota | 5<br>1.1 | 2<br>1.3 | 3<br>2.0 | -<br> |
| Missouri | 5<br>1.1 | -<br> | 2<br>1.3 | 3<br>2.0 |
| Colorado | 4<br>0.9 | 2<br>1.3 | 1<br>0.7 | 1<br>0.7 |
| Louisiana | 4<br>0.9 | 2<br>1.3 | -<br> | 2<br>1.3 |
| Wisconsin | 4<br>0.9 | -<br> | 4<br>2.7 | -<br> |
| Kansas | 3<br>0.7 | 2<br>1.3 | -<br> | 1<br>0.7 |
| Maine | 3<br>0.7 | 1<br>0.7 | 1<br>0.7 | 1<br>0.7 |

Conkle, Kremer & Engel          Moroccanoil Study          October 2016

Continued

Page 4

102

Table 3-1
Q.S3 - In which state do you live?

| | Total | Cell A | B | C |
|---|---|---|---|---|
| West Virginia | 3<br>0.7 | - | 1<br>0.7 | 2<br>1.3 |
| Mississippi | 2<br>0.4 | 1<br>0.7 | - | 1<br>0.7 |
| Oklahoma | 2<br>0.4 | 1<br>0.7 | 1<br>0.7 | - |
| South Carolina | 2<br>0.4 | - | 1<br>0.7 | 1<br>0.7 |
| Arkansas | 1<br>0.2 | - | - | 1<br>0.7 |
| Idaho | 1<br>0.2 | 1<br>0.7 | - | - |
| Nebraska | 1<br>0.2 | 1<br>0.7 | - | - |
| New Mexico | 1<br>0.2 | 1<br>0.7 | - | - |
| Rhode Island | 1<br>0.2 | - | - | 1<br>0.7 |
| Washington, D.C. (DC) | 1<br>0.2 | - | - | 1<br>0.7 |
| Wyoming | 1<br>0.2 | - | 1<br>0.7 | - |

Table 4-1
Q.S4 - Do you or any member of your household or immediate family work with the following?

|  | Total | Cell A | Cell B | Cell C |
|---|---|---|---|---|
| Base: Total sample | 450<br>100% | 150<br>100% | 150<br>100% | 150<br>100% |
| A banking institution | 4<br>0.9 | -<br>- | 4<br>2.7 | -<br>- |
| A travel agency | 2<br>0.4 | 1<br>0.7 | 1<br>0.7 | -<br>- |
| A manufacturer, wholesaler or<br>retailer of sporting goods | -<br>- | -<br>- | -<br>- | -<br>- |
| An airline company | -<br>- | -<br>- | -<br>- | -<br>- |
| None | 445<br>98.9 | 149<br>99.3 | 146<br>97.3 | 150<br>100.0 |

Conkle, Kremer & Engel       Moroccanoil Study       October 2016

Page 6

104

Table 5-1
Q.S5 - During the past 3 months have you taken part in any marketing research survey aside from a political poll?

```
                            Cell
                     ==================
              Total    A     B     C
              -----  ----- ----- -----
Base:  Total sample   450   150   150   150
                     100%  100%  100%  100%

No                    450   150   150   150
                     100.0 100.0 100.0 100.0
```

Conkle, Kremer & Engel   Moroccanoil Study   October 2016

Page 7

Table 6-1
Q.A - In the last six months, have you purchased for your own usage hair care products such as shampoo, conditioner or masque?

|  | Total | Cell | | |
|---|---|---|---|---|
|  |  | A | B | C |
| Base: Total sample | 450 | 150 | 150 | 150 |
|  | 100% | 100% | 100% | 100% |
| Yes | 445 | 148 | 148 | 149 |
|  | 98.9 | 98.7 | 98.7 | 99.3 |
| No | 5 | 2 | 2 | 1 |
|  | 1.1 | 1.3 | 1.3 | 0.7 |

Conkle, Kremer & Engel     Moroccanoil Study     October 2016

Page 8

Table 7-1
Q.B - Within the next six months, do you intend to purchase for your own usage hair care products such as shampoo, conditioner or masque?

|  | Total | Cell A | B | C |
|---|---|---|---|---|
| Base: Those who haven't purchased hair care products in last six months | 5 | 2 | 2 | 1 |
|  | 100.0 | 100.0 | 100.0 | 100.0 |
| Yes | 5 | 2 | 2 | 1 |
|  | 100.0 | 100.0 | 100.0 | 100.0 |

Conkle, Kremer & Engel          Moroccanoil Study          October 2016

Page 9

Table 8-1
Q.C - In the past six months/next six months where have you purchased/will you purchase hair care products?

|  | Total | Cell | | |
|  |  | A | B | C |
|  | ----- | ---- | ---- | ---- |
| Base:  Total sample | 450 | 150 | 150 | 150 |
|  | 100% | 100% | 100% | 100% |
| Beauty supply store | 355 | 119 | 122 | 114 |
|  | 78.9 | 79.3 | 81.3 | 76.0 |
| Retail outlet | 300 | 97 | 97 | 106 |
|  | 66.7 | 64.7 | 64.7 | 70.7 |
| Internet | 287 | 92 | 92 | 103 |
|  | 63.8 | 61.3 | 61.3 | 68.7 |
| Beauty salon | 189 | 61 | 60 | 68 |
|  | 42.0 | 40.7 | 40.0 | 45.3 |

Conkle, Kremer & Engel      Moroccanoil Study      October 2016

Page 10

108

Table 9-1
Q.D - If you usually wear eyeglasses or contact lenses when shopping or exploring the internet, please wear them as you complete this survey. Do you
currently have your eyeglasses or contact lenses on?

|  | | Cell | | |
|---|---|---|---|---|
|  | Total | A | B | C |
|  | ---- | ---- | ---- | ---- |
| Base: Total sample | 450 | 150 | 150 | 150 |
|  | 100% | 100% | 100% | 100% |
|  |  |  |  |  |
| Yes | 450 | 150 | 150 | 150 |
|  | 100.0 | 100.0 | 100.0 | 100.0 |

Conkle, Kremer & Engel        Moroccanoil Study        October 2016        Page 11

Appendix D
Page 12 of 54

Table 10-1
Q.1 - What product(s) were shown in the image you just reviewed?

```
                                    Cell
                          ==================
                  Total    A     B     C
                  -----  -----  ----- -----

Base:  Total sample        450   150   150   150
                          100%  100%  100%  100%

Hair care products         450   150   150   150
                          100.0 100.0 100.0 100.0
```

Conkle, Kremer & Engel          Moroccanoil Study          October 2016

Page 12

Table 11-1
Q.2 - How many bottles of shampoo would you say that you purchased in the past/intend to purchase in the next 12 months for your own use?

|  | Total | Cell | | |
|  |  | A | B | C |
| --- | --- | --- | --- | --- |
| Base: Total sample | 450<br>100% | 150<br>100% | 150<br>100% | 150<br>100% |
| 1 | 4<br>0.9 | -<br> | 2<br>1.3 | 2<br>1.3 |
| 2 | 30<br>6.7 | 13<br>8.7 | 10<br>6.7 | 7<br>4.7 |
| 3 | 49<br>10.9 | 17<br>11.3 | 16<br>10.7 | 16<br>10.7 |
| 4 | 43<br>9.6 | 11<br>7.3 | 16<br>10.7 | 16<br>10.7 |
| 5 | 39<br>8.7 | 14<br>9.3 | 12<br>8.0 | 13<br>8.7 |
| 6 | 52<br>11.6 | 15<br>10.0 | 19<br>12.7 | 18<br>12.0 |
| 7 - 9 | 71<br>15.8 | 20<br>13.3 | 22<br>14.7 | 29<br>19.3 |
| 10 - 12 | 78<br>17.3 | 28<br>18.7 | 27<br>18.0 | 23<br>15.3 |
| 13 + | 84<br>18.7 | 32<br>21.3 | 26<br>17.3 | 26<br>17.3 |
| Mean | 9.28 | 9.74 | 9.37 | 8.72 |
| Median | 7.00 | 7.00 | 6.50 | 7.00 |
| Std. Dev. | 7.69 | 8.30 | 7.99 | 6.64 |
| Std. Err. | 0.36 | 0.68 | 0.65 | 0.54 |

Conkle, Kremer & Engel   Moroccanoil Study   October 2016

Page 13

111

Table 12-1
Q.5 - Do you believe that the group of products shown in the second image come from the same or a different manufacturer as the group of products shown in the first image?

|  | Total | Cell | | |
|  |  | A | B | C |
|---|---|---|---|---|
| Base: Total sample | 450 | 150 | 150 | 150 |
|  | 100% | 100% | 100% | 100% |
| The same manufacturer | 159 | 89 | 39 | 31 |
|  | 35.3 | 59.3 | 26.0 | 20.7 |
| Different manufacturers | 254 | 52 | 99 | 103 |
|  | 56.4 | 34.7 | 66.0 | 68.7 |
| Don't know | 36 | 9 | 12 | 15 |
|  | 8.0 | 6.0 | 8.0 | 10.0 |
| No opinion | 1 | - | - | 1 |
|  | 0.2 | | | 0.7 |

Conkle, Kremer & Engel     Moroccanoil Study     October 2016

Page 14

Table 13-1
Q.6a - What in particular makes you think that both groups of products come from the same manufacturer?

|  | | Cell | |
|---|---|---|---|
| Total | A | B | C |
| ----- | ----- | ----- | ----- |

Base: Those who think products
come from same manufacturer

| | | | |
|---|---|---|---|
| 159 | 89 | 39 | 31 |
| 100% | 100% | 100% | 100% |

Conkle, Kremer & Engel     Moroccanoil Study     October 2016

Page 15

Table 14-1
Q.6A/b - What in particular/What else makes you think that both groups of products come from the same manufacturer? (Total responses)

|  | Total | Cell A | B | C |
|---|---|---|---|---|
| Base: Those who think products come from same manufacturer | 159 100% | 89 100% | 39 100% | 31 100% |

Conkle, Kremer & Engel     Moroccanoil Study     October 2016

Page 16

Appendix D
Page 17 of 54

Table 15-1
Q.7 - Do you believe that the group of products shown in the second image and the group of products shown in the first image come from...?

|  | Total | Cell | | |
|  |  | A | B | C |
| --- | --- | --- | --- | --- |
| Base: Those who don't think products come from same manufacturer | 291 100% | 61 100% | 111 100% | 119 100% |
| Two different manufacturers who have some association or connection with one another | 119 40.9 | 36 59.0 | 43 38.7 | 40 33.6 |
| Two different manufacturers who do not have an association or connection with one another | 131 45.0 | 18 29.5 | 53 47.7 | 60 50.4 |
| Don't know | 40 13.7 | 6 9.8 | 15 13.5 | 19 16.0 |
| No opinion | 1 0.3 | 1 1.6 | - | - |

Table 16-1
Q.8a - What in particular makes you think that both groups of products come from two different manufacturers who have some association or connection with one another?

|  | Total | Cell A | B | C |
|---|---|---|---|---|
| Base: Those who think images come from two manufacturers who have some association with one another | 119 100% | 36 100% | 43 100% | 40 100% |

Conkle, Kramer & Engel      Moroccanoil Study      October 2016

Page 18

Table 17-1
Q.8a/b - What in particular/What else makes you think that both groups of products come from two different manufacturers who have some association or
connection with one another? (Total responses)

|  | Total | Cell A | B | C |
|---|---|---|---|---|
|  | ----- | ---- | ---- | ---- |
| Base: Those who think images come from two manufacturers who have some association with one another | 119 100% | 36 100% | 43 100% | 40 100% |

Conkle, Kremer & Engel     Moroccanoil Study     October 2016

Page 19

117

Table 18-1
Q.9 - Are you...

|  | Cell | | |
|  | Total | A | B | C |
| --- | --- | --- | --- | --- |
| Base: Total sample | 450<br>100% | 150<br>100% | 150<br>100% | 150<br>100% |
| Married | 275<br>61.1 | 90<br>60.0 | 89<br>59.3 | 96<br>64.0 |
| Single, that is never married | 107<br>23.8 | 37<br>24.7 | 38<br>25.3 | 32<br>21.3 |
| Single, living with a partner | 31<br>6.9 | 11<br>7.3 | 12<br>8.0 | 8<br>5.3 |
| Divorced | 23<br>5.1 | 7<br>4.7 | 6<br>4.0 | 10<br>6.7 |
| Widowed | 9<br>2.0 | 2<br>1.3 | 4<br>2.7 | 3<br>2.0 |
| Separated | 4<br>0.9 | 2<br>1.3 | 1<br>0.7 | 1<br>0.7 |
| Prefer not to say | 1<br>0.2 | 1<br>0.7 | -<br> | -<br> |

**118**

Table 19-1
Q.10 - What is your total annual household income from all sources before taxes?

|  | | Total | | Cell | |
|  | | | A | B | C |
|  | | ----- | ----- | ----- | ----- |
| Base:  Total sample | | 450<br>100% | 150<br>100% | 150<br>100% | 150<br>100% |
| Less than $15,000 | (10) | 16<br>3.6 | 5<br>3.3 | 4<br>2.7 | 7<br>4.7 |
| $15,000 but less than $25,000 | (20) | 21<br>4.7 | 9<br>6.0 | 4<br>2.7 | 8<br>5.3 |
| $25,000 but less than $35,000 | (30) | 51<br>11.3 | 18<br>12.0 | 14<br>9.3 | 19<br>12.7 |
| $35,000 but less than $50,000 | (42.5) | 48<br>10.7 | 14<br>9.3 | 18<br>12.0 | 16<br>10.7 |
| $50,000 but less than $75,000 | (62.5) | 109<br>24.2 | 38<br>25.3 | 47<br>31.3 | 24<br>16.0 |
| $75,000 but less than $100,000 | (87.5) | 115<br>25.6 | 33<br>22.0 | 36<br>24.0 | 46<br>30.7 |
| $100,000 and over | (125) | 79<br>17.6 | 30<br>20.0 | 22<br>14.7 | 27<br>18.0 |
| Prefer not to say | | 11<br>2.4 | 3<br>2.0 | 5<br>3.3 | 3<br>2.0 |
| Mean (In 1000's) | | 70.4 | 70.6 | 69.9 | 70.6 |
| Median (In 1000's) | | 69.1 | 68.1 | 67.3 | 74.5 |
| Std. Dev. | | 34.0 | 35.3 | 31.1 | 35.5 |
| Std. Err. | | 1.6 | 2.9 | 2.6 | 2.9 |

Conkle, Kremer & Engel    Moroccanoil Study    October 2016

Page 21

119

| CASEID | QUESTION | VERB |
|---|---|---|
| 14 | Q6a | good |
| 14 | Q6b | very good |
| 18 | Q6a | The same colored containers and the same name |
| 18 | Q6b | Similar produces |
| 22 | Q6a | same bottles |
| 22 | Q6b | same shape of bottles |
| 60 | Q6a | bottles look the same and color is same |
| 60 | Q6b | shape of bottles |
| 84 | Q6a | same color bottles and brand |
| 84 | Q6b | group of same products |
| 97 | Q6a | shampoo |
| 97 | Q6b | aconditioner |
| 106 | Q6a | similar product attributes and qualities, similar packaging, similar concept (use of oil) just different name |
| 106 | Q6b | color of packaging, similar name |
| 111 | Q6a | THE COLORS REALLY GOOD |
| 111 | Q6b | I DONT KNOW |
| 140 | Q6a | The product labels look the same such as the color scheme and the font |
| 140 | Q6b | the colors of the bottles |
| 153 | Q6a | asdwasdwadw |
| 153 | Q6b | awdawdasdwawd |
| 159 | Q6a | for good excellent |
| 159 | Q6b | presentation |
| 165 | Q6a | the detail and wording on bottle |
| 165 | Q6b | wording color |
| 173 | Q6a | The fir was Moroccan Oil. I don't recall the second ones name, but the packaging looked very similar. Like they could be different varieties in the same line |
| 173 | Q6b | nothing else |
| 183 | Q6a | man |
| 183 | Q6b | man |
| 191 | Q6a | colors |
| 191 | Q6b | colors |
| 217 | Q6a | good quality |
| 217 | Q6b | nice quality. |

| CASEID | QUESTION | VERB |
|---|---|---|
| 219 | Q6a | Image from the products |
| 219 | Q6b | The variety |
| 238 | Q6a | THE INGREDIENTS; THE COLOR OF THE  BOTTLE; THE FONT |
| 238 | Q6b | THE SAME THING IS PRINTED ON THE BOTTLES |
| 261 | Q6a | they both have almost the same name and the products look a lot alike. |
| 261 | Q6b | they look a lot alike and have almost the same names. |
| 283 | Q6a | Same color and design |
| 283 | Q6b | That's about it |
| 286 | Q6a | The color combo |
| 286 | Q6b | The overall look |
| 356 | Q6a | because all color features are the same |
| 356 | Q6b | nothing |
| 372 | Q6a | bottle and print color |
| 372 | Q6b | shape of bottles |
| 408 | Q6a | They have the same product name |
| 408 | Q6b | By the same brand |
| 439 | Q6a | is great |
| 439 | Q6b | is innovative |
| 443 | Q6a | it looks like the same product just different names |
| 443 | Q6b | the labels |
| 471 | Q6a | that contains the same name |
| 471 | Q6b | that contains the same name |
| 517 | Q6a | same packaging |
| 517 | Q6b | same packaging |
| 518 | Q6a | The same color. They have the same appearance |
| 518 | Q6b | They have the same packaging. |
| 554 | Q6a | PACKAGING, ALL MADE FROM MORROCCANOIL.  LOVE THIS |
| 554 | Q6b | ALL PRODUCT'S HAVE MOST OF THE SAME INGREDIENCE, SAME COLOR CONTAINERS AND DESIGHN |
| 588 | Q6a | sauve |
| 588 | Q6b | yes i do |
| 589 | Q6a | I LIKE IT |
| 589 | Q6b | I LOVE IT |
| 597 | Q6a | They're both the same color, they both have Moroccan in the name in the same color and font |

| CASEID | QUESTION | VERB |
|---|---|---|
| 597 | Q6b | The name is in the same font and color as the one before |
| 653 | Q6a | They have similar packaging but the colors are different |
| 653 | Q6b | They both look like quality products |
| 666 | Q6a | they look and say the same thing |
| 666 | Q6b | the look the same |
| 679 | Q6a | it has the same color scheme and it says the same brand name Maroccan oil |
| 679 | Q6b | the bottles are the same and the color scheme, and the name pretty obvious to see |
| 690 | Q6a | The shape and bottles are the same even though the names are different. |
| 690 | Q6b | The names begin with the same letters. |
| 714 | Q6a | the color of the bottle |
| 714 | Q6b | none at his time |
| 730 | Q6a | jhterjtrtj |
| 730 | Q6b | gjrttjytt |
| 756 | Q6a | good |
| 756 | Q6b | good |
| 768 | Q6a | moroccan oil |
| 768 | Q6b | moistrising |
| 783 | Q6a | the color of thebottle and the letter on the bottle |
| 783 | Q6b | the shape of the bottle |
| 821 | Q6a | the naMES |
| 821 | Q6b | the same products |
| 835 | Q6a | The name Moroccan Oil and the similar shades of blue, yellow accent colors and bottle shapes. |
| 835 | Q6b | Everything I said previously. |
| 842 | Q6a | They both were labelled with Moroccon Oil |
| 842 | Q6b | Same shade of blue, same shape of bottles |
| 866 | Q6a | style and color |
| 866 | Q6b | same color and font on bottle |
| 892 | Q6a | innovative |
| 892 | Q6b | the quality |
| 903 | Q6a | bottles looks the same |
| 903 | Q6b | kind of product |
| 908 | Q6a | great |
| 908 | Q6b | lobe |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 925 | Q6a | the colors and logo |
| 925 | Q6b | nothing |
| 957 | Q6a | Oh.....I think one one was Morocancoil and the other Majesticoil.  The part of the brand names end in  coil .  It is also difficult to see much detail online in such a light blue with white letters. |
| 957 | Q6b | The brand name style. |
| 1026 | Q6a | colors |
| 1026 | Q6b | They are used for hair |
| 1050 | Q6a | the color and moraccon oil |
| 1050 | Q6b | color |
| 1083 | Q6a | both blue bottles with the letter m |
| 1083 | Q6b | the letter m |
| 1108 | Q6a | The design of the bottles was the same, as was the name: moroccan oil. Some of the products were the same, but the hair mask was the same. |
| 1108 | | Other than the name on the bottles, and the packaging. There is not much more to suggest that they would come from a different manufacturer. |
| 1108 | Q6b | Use morocco oil in products |
| 1154 | Q6a | use same ingredient |
| 1154 | Q6b | They both advertise Moroccan oils. |
| 1170 | Q6a | The containers resemble each other. |
| 1170 | Q6b | que son de buena marca |
| 1175 | Q6a | su imagen publicitaria |
| 1175 | Q6b | the way the bottles are shape and design on the brand |
| 1275 | Q6a | just the style of it all and the product placement |
| 1275 | Q6b | Seems like |
| 1284 | Q6a | colore |
| 1284 | Q6b | I think the name was the same but the bottles were definitely the same colors/shapes as the last set. |
| 1293 | Q6a | nothing |
| 1293 | Q6b | very good |
| 1308 | Q6a | very good |
| 1308 | Q6b | Same design & name |
| 1319 | Q6a | Same design, color & name |
| 1319 | Q6b | non |
| 1361 | Q6a | none |
| 1361 | Q6b | |

| CASEID | QUESTION | VERB |
|---|---|---|
| 1380 | Q6a | are interesting |
| 1380 | Q6b | It is a brand that specializes in hair care |
| 1409 | Q6a | The second image had the first brand name on the bottle (Morrocan oil - was really small and hard to see, but I could see it). |
| 1409 | Q6b | They used the same color schemes on their products. |
| 1416 | Q6a | size and shape of the bottles |
| 1416 | Q6b | stilyes |
| 1450 | Q6a | the colours are the same is the same image of theproduct |
| 1450 | Q6b | na |
| 1468 | Q6a | yes |
| 1468 | Q6b | yes |
| 1480 | Q6a | its the same packet |
| 1480 | Q6b | same presentation |
| 1498 | Q6a | The type of product and the style of packaging |
| 1498 | Q6b | There is nothing else |
| 1503 | Q6a | like |
| 1503 | Q6b | liike |
| 1526 | Q6a | the color |
| 1526 | Q6b | M |
| 1564 | Q6a | The packaging design and colors and the moroccan oil label on the products. |
| 1564 | Q6b | The sizing and the print on the labels. |
| 1566 | Q6a | the colors on the products |
| 1566 | Q6b | the letters and the names |
| 1603 | Q6a | caracaterísticas packaging |
| 1603 | Q6b | caracaterísticas packaging |
| 1611 | Q6a | the colors and bottle designs are very similar. Also, it seems like the first group of products focused on volume and frizz control, while the second was a smaller line, and focused on hydration |
| 1611 | Q6b | basically the color and design of the bottle, plus the graphics-they both have blue bottles and the names are vertical on the right hand side. |
| 1623 | Q6a | They have the same coloring and labels. |
| 1623 | Q6b | They have the same overall look and color. |
| 1718 | Q6a | The main ingredients, the packaging. |
| 1718 | Q6b | The brand is listed. |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 1733 | Q6a | They look the same. |
| 1733 | Q6b | They have similar product packaging. |
| 1754 | Q6a | The have a lot of similarities. Same type of product, similar fonts, both emphasizing moroccan oil, style of packaging is similar. The second group looks like the first group simplified and repackaged |
| 1754 | Q6b | I said everything in my first response |
| 1794 | Q6a | same color and initals |
| 1794 | Q6b | initals |
| 1811 | Q6a | The design of the bottle |
| 1811 | Q6b | the design of the paper on the bottle and the m sign |
| 1832 | Q6a | i think this |
| 1832 | Q6b | i think this |
| 1848 | Q6a | his image |
| 1848 | Q6b | colors |
| 1876 | Q6a | They both are Moroccan Oil based.  The first group was more for hair that needed volume or curly hair.  It's funny because I thought.. there are none for hair needing moisturizing.  And the second group was just that.  Very exciting. |
| 1876 | Q6b | I'm only guessing but the font and the color of the bottles and the shapes  and the M. |
| 1908 | Q6a | none |
| 1908 | Q6b | none |
| 1921 | Q6a | The product packaging is very similar. |
| 1921 | Q6b | The products are similar but treat different hair issues. |
| 1930 | Q6a | The blue labels |
| 1930 | Q6b | I believe they both were from Majestico |

| CASEID | QUESTION | VERB |
|---|---|---|
| 11 | Q6a | Same Name |
| 11 | Q6b | the label |
| 114 | Q6a | The similar branding/labeling |
| 114 | Q6b | that is it |
| 141 | Q6a | EXCELLENT QUALITY |
| 141 | Q6b | VERY GOOD |
| 163 | Q6a | the type of packaging and labels and product quality |
| 163 | Q6b | the contrast of colors, aromas used, texture and product quality |
| 226 | Q6a | because there are excellent product |
| 226 | Q6b | there are  good product |
| 248 | Q6a | same style bottles |
| 248 | Q6b | labelig |
| 324 | Q6a | GOOD |
| 324 | Q6b | LIKE |
| 328 | Q6a | the same colour |
| 328 | Q6b | the ad |
| 359 | Q6a | I dont know |
| 359 | Q6b | Really i dont know i just think that way |
| 382 | Q6a | They have the same bottle type |
| 382 | Q6b | the labels are familiar |
| 387 | Q6a | They have similar packaging. |
| 387 | Q6b | They look similar. |
| 497 | Q6a | THE PACKAGES LOOKS ALIKE AND GOOD QUALITY ORGANICS. |
| 497 | Q6b | the bottle design and labels |
| 562 | Q6a | the bottle looks similar |
| 562 | Q6b | is the same kind |
| 564 | Q6a | They both come from Marocco Oil |
| 564 | Q6b | They seem to contain the same ingredients |
| 580 | Q6a | are good products |
| 580 | Q6b | are excellent |
| 632 | Q6a | they both said morraccanooil |
| 632 | Q6b | i am not sure |
| 645 | Q6a | becuase this all have the same name |

Appendix D
Page 29 of 54

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 645 | Q6b | i like it this |
| 688 | Q6a | They some how look alike although different color bottles. |
| 688 | Q6b | The lettering on the bottles. |
| 799 | Q6a | they both had the same logo |
| 799 | Q6b | their fonts are the same and look similar |
| 843 | Q6a | mentioned by same manufacturer |
| 843 | Q6b | bottle design is almost same |
| 1007 | Q6a | they look about the same |
| 1007 | Q6b | the label |
| 1022 | Q6a | Both try to appeal to customers that want to use more natural product: |
| 1022 | Q6b | Similar bottling of products |
| 1089 | Q6a | Organ oil is one of the main ingridient used |
| 1089 | Q6b | The type of products |
| 1093 | Q6a | SON BUENOS PORESO LOS USO CHAMPOO Y ACONDICIONADOR YBANOS DE CREMA |
| 1093 | Q6b | SON SIN SAL ESOS PRODUCTOS |
| 1177 | Q6a | THE ARGAN OIL-INFUSED INNOVATION |
| 1177 | Q6b | THE ARGAN OIL-INFUSED INNOVATION |
| 1199 | Q6a | rhe sryle |
| 1199 | Q6b | same shapes |
| 1222 | Q6a | the clor and the desing |
| 1222 | Q6b | the name |
| 1286 | Q6a | ingredients |
| 1286 | Q6b | the properties |
| 1301 | Q6a | very good functions for hair |
| 1301 | Q6b | i like this is great |
| 1401 | Q6a | is quality |
| 1401 | Q6b | excelent |
| 1460 | Q6a | They're all natural and because of the survey |
| 1460 | Q6b | Because they're made from oils |
| 1519 | Q6a | both are moroccon |
| 1519 | Q6b | morrocon |
| 1548 | Q6a | cool and amazing |
| 1548 | Q6b | perfect |

Appendix D
Page 30 of 54

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 1563 | Q6a | IS MEMORABLE |
| 1563 | Q6b | I LIKE IT |
| 1610 | Q6a | the picture |
| 1610 | Q6b | good |
| 1625 | Q6a | i like brands |
| 1625 | Q6b | very god |
| 1686 | Q6a | similar |
| 1686 | Q6b | looks the same |
| 1740 | Q6a | the color |
| 1740 | Q6b | thats it |
| 1816 | Q6a | NAMES  BOTTLE DESIGN |
| 1816 | Q6b | MANY TO CHOOSE FROM |

| CASEID | QUESTION | VERB |
|---|---|---|
| 36 | Q6a | very good |
| 36 | Q6b | yes , very |
| 61 | Q6a | It like very much |
| 61 | Q6b | very good products |
| 128 | Q6a | same product brand |
| 128 | Q6b | quality of the product |
| 133 | Q6a | same bottle shapes just different brands |
| 133 | Q6b | the all shapes |
| 154 | Q6a | asdasdascxzfas |
| 154 | Q6b | adwqsadasda |
| 157 | Q6a | dasdas dqweqwe |
| 157 | Q6b | fsdfsdf srwerwer |
| 418 | Q6a | They're both derived from a certain type of oil. |
| 418 | Q6b | Just a guess. |
| 568 | Q6a | dont know |
| 568 | Q6b | dont know |
| 591 | Q6a | No two products are not equal. I was wrong in the response, they are very different for its different brands |
| 591 | Q6b | No, both products are very different. ... I was wrong correct response |
| 600 | Q6a | same ingredients |
| 600 | Q6b | simalr names |
| 613 | Q6a | Same brand name throughout. |
| 613 | Q6b | Same design style. |
| 631 | Q6a | They are shampo for hair care and hair masks |
| 631 | Q6b | They are shampo for hair care and hair masks |
| 636 | Q6a | the types of product offered and the packaging of the bottles |
| 636 | Q6b | They type of oil that is in both products. |
| 654 | Q6a | because they are hair products |
| 654 | Q6b | not sure |
| 858 | Q6a | it's good |
| 858 | Q6b | that it's perfect |
| 864 | Q6a | the colour and texture the image |
| 864 | Q6b | yes the products are nice |
| 1011 | Q6a | is good |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 1011 | Q6b | is good |
| 1036 | Q6a | i like it |
| 1036 | Q6b | it's easy |
| 1088 | Q6a | Because they all said Aragan oil |
| 1088 | Q6b | Same label |
| 1153 | Q6a | Very good and awesome |
| 1153 | Q6b | Because I like |
| 1183 | Q6a | Gut Feeling |
| 1183 | Q6b | My Instincts |
| 1363 | Q6a | lloks similar |
| 1363 | Q6b | all |
| 1438 | Q6a | revlon |
| 1438 | Q6b | revlon |
| 1511 | Q6a | They have a similar look and feel. |
| 1511 | Q6b | The names are similar they are both natural oils. |
| 1524 | Q6a | They have the same function |
| 1524 | Q6b | bottles |
| 1567 | Q6a | tutdrt |
| 1567 | Q6b | ydturt |
| 1653 | Q6a | because it's the same name on both. |
| 1653 | Q6b | it's the same name for both. |
| 1689 | Q6a | the name brand |
| 1689 | Q6b | the same plastic on bottle. |
| 1736 | Q6a | they are both moraccan oil products |
| 1736 | Q6b | none |
| 1801 | Q6a | They both are Moroccan oil |
| 1801 | Q6b | I don't know |
| 1821 | Q6a | I was wrong in that answer |
| 1821 | Q6b | Nothing, I don't think that |

130

| CASEID | QUESTION | VERB |
|---|---|---|
| 136 | Q8a | presentations are similar with the same colors |
| 136 | Q8b | They have different names |
| 194 | Q8a | They have many similarities, but particularly noticed small different details. |
| 194 | Q8b | They have many similarities, but particularly noticed small different details. |
| 319 | Q8a | different i like |
| 319 | Q8b | all is very good |
| 330 | Q8a | their mes and base plates are similar |
| 330 | Q8b | their base plates |
| 481 | Q8a | They have the same range of colors |
| 481 | Q8b | It appears to be an extension of the products shown first |
| 549 | Q8a | the packaging and the names of the products |
| 549 | Q8b | nothing |
| 560 | Q8a | hair care products are usually owned by a larger company |
| 560 | Q8b | larger companies own everyone |
| 615 | Q8a | They have different names |
| 615 | Q8b | They're different products with different uses. |
| 621 | Q8a | sort of the same concept/ design |
| 621 | Q8b | they could be competitors |
| 639 | Q8a | The first picture had Moroccan Oil while the second had Majestic Oil branded along the bottles. Since both pictures focused on oil, the company may have multiple branches that features different oils to treat different hair types. |
| 639 | Q8b | Both had a blue hue, so the company may want to have products similar to each other to keep a recognizable image. |
| 655 | Q8a | They both contain a special oil in the,m but I believe they are different because of the appearance of the bottles |
| 655 | Q8b | They are different colors and one is argan oil, the other is infused with morrocar |
| 792 | Q8a | oil, same color, similar name |
| 792 | Q8b | different name but similar, same concept |
| 859 | Q8a | n/a |
| 859 | Q8b | n/a |
| 950 | Q8a | none |
| 950 | Q8b | none |
| 991 | Q8a | The both have a similar name and the product bottles and labels look very similar to each other |

| CASEID | QUESTION | VERB |
|---|---|---|
| 991 | Q8b | The look like the same product unless you look closely |
| 992 | Q8a | exelent |
| 992 | Q8b | cool |
| 1040 | Q8a | color and name |
| 1040 | Q8b | name |
| 1055 | Q8a | VERY GOOD |
| 1055 | Q8b | VERY LIKE |
| 1058 | Q8a | the coloring and bottle shapes were the same. the  names were almost the same... moroccan and magic |
| 1058 | Q8b | types of products |
| 1075 | Q8a | It has the same style but different names |
| 1075 | Q8b | I think using the same base or the same idea for the product |
| 1098 | Q8a | the second looks like a copy cat |
| 1098 | Q8b | same type of prodcut but second is an immitation |
| 1131 | Q8a | because the names are similar |
| 1131 | Q8b | the products are similar |
| 1267 | Q8a | DIFFERENT brand names, different tops lids. |
| 1267 | Q8b | same color bottles or similar. same style |
| 1388 | Q8a | Both of their names started with a M |
| 1388 | Q8b | They both have creative and unique hair products |
| 1434 | Q8a | the relationship is selling products for hair care |
| 1434 | Q8b | are cleaning products and nutrition for hair |
| 1456 | Q8a | if they have |
| 1456 | Q8b | not |
| 1528 | Q8a | very exellent |
| 1528 | Q8b | very good |
| 1572 | Q8a | they are the same color products. |
| 1572 | Q8b | they are both oils |
| 1579 | Q8a | The design is similar as well as the type of packaging and bottle shapes |
| 1579 | Q8b | The colors used |
| 1641 | Q8a | They are the same color and have some of the same ingredients as each other |
| 1641 | Q8b | The Labels make them look like they come from the same line. They also have the same coloring and some of the same products that were in each other's line |
| 1656 | Q8a | the bottles look the same but the names were different |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 1656 | Q8b | one was marocon one was majestic |
| 1699 | Q8a | brand is different but the shape of bottle is similar |
| 1699 | Q8b | the shape is similar |
| 1773 | Q8a | similar packaging |
| 1773 | Q8b | i have no idea |
| 1786 | Q8a | similar ingredients and similar style of products |
| 1786 | Q8b | not sure; just a guess really |
| 1914 | Q8a | I think it's two different companies but they are associated because the bottle shapes and layout of the words and images on the bottles are the same.  Their products are both also made with moroccan argan oil |
| 1914 | Q8b | nothing other than what I previously stated |
| 2112 | Q8a | 2 different names on their bottles, but have the same color bottles and design |
| 2112 | Q8b | nothing else. |

| CASEID | QUESTION | VERB |
|---|---|---|
| 17 | Q8a | bdajf erfhnejk tejlht ealk eih lehl theht iwe htiherti heiwt hweithwei thiew thiweth |
| 17 | Q8b | dtydthy tdyrs ytytdghzry tyhxtyry zry dtyhzy r yryt yzy t y |
| 33 | Q8a | same type of oil |
| 33 | Q8b | none |
| 56 | Q8a | i iked the products |
| 56 | Q8b | i liked the products |
| 57 | Q8a | is excellent products |
| 57 | Q8b | is unique amazing |
| 123 | Q8a | because it seems that the first one offers more product than the second one |
| 123 | Q8b | less product in the second one |
| 146 | Q8a | good |
| 146 | Q8b | none |
| 174 | Q8a | They have different designs but both have the same goal which is to repair the hair |
| 174 | Q8b | both are for damaged hair and with a full volume |
| 182 | Q8a | The Moroccan oil and its benefits for hair is what they have in common, or their only connection |
| 182 | Q8b | One is called  Moroccan Oil  and the other is called  Toporganic,  as its brand name |
| 277 | Q8a | It seems the products both contain morroccan oi |
| 277 | Q8b | Just the type of  products and the ingredient of the moraccan oi |
| 309 | Q8a | moroccan oil |
| 309 | Q8b | design |
| 394 | Q8a | the hair |
| 394 | Q8b | the colors |
| 436 | Q8a | They are natural and gentle on hair. |
| 436 | Q8b | The name on the packaging was different, but with similar qualities. |
| 526 | Q8a | same ingredients |
| 526 | Q8b | ihbihbihebecihbe ciehdbcihdebcihebciehrcbreihbcriehbcfeih breihcberih |
| 570 | Q8a | It could similar ingredients but different price levels-one might be pricer than the other. |
| 570 | Q8b | They seemed to have similar labels but very different bottles. |
| 592 | Q8a | the first one I can remember reading the morracan on the bottles...i honestly cannot remember the second other than less products |
| 592 | Q8b | nohting |
| 604 | Q8a | i think both are great products that are targetting simlar audience. they both focus no organic market and for natural products to be sold so that they don't damamge out hair |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 604 | Q8b | the bottle design looks slightly difference but their contents and ingredients would be similiar |
| 624 | Q8a | The make the hair soft and it also smells good |
| 624 | Q8b | one is organic the other is not |
| 751 | Q8a | they look kinda the same and they use same ingredients |
| 751 | Q8b | idk |
| 787 | Q8a | I dont know the products looks a little similar |
| 787 | Q8b | Because the design |
| 833 | Q8a | seemsmgood |
| 833 | Q8b | looksngood |
| 990 | Q8a | One is called morracan oil while the other is called topganic put has morracan oil in it! |
| 990 | Q8b | They have a lot of the same properties but they have different names. I did not see a similar company name |
| 1069 | Q8a | good all |
| 1069 | Q8b | good |
| 1077 | Q8a | They may be under the same parent company |
| 1077 | Q8b | similarities in the bottle packaging |
| 1085 | Q8a | Font and white label |
| 1085 | Q8b | Pretty sure everyone in the hair industry is related |
| 1087 | Q8a | both advertise for morroccan oil benefits |
| 1087 | Q8b | same benefits |
| 1122 | Q8a | for beauty products. |
| 1122 | Q8b | They are using products based on natural essences. |
| 1269 | Q8a | similar types of products |
| 1269 | Q8b | same type of natural shampoo |
| 1270 | Q8a | the color the bottles |
| 1270 | Q8b | because it has Moroccan oil |
| 1295 | Q8a | Performance |
| 1295 | Q8b | The presentation of the bottles. The tags |
| 1393 | Q8a | the moroccan oil |
| 1393 | Q8b | none really |
| 1395 | Q8a | Nothing on the labels indicated that they have an affiliation to each other. |
| 1395 | Q8b | None of the labels indicated that they were from the same company, but I also could not view the back of them to see where they came from. |
| 1415 | Q8a | similar products |

| CASEID | QUESTION | VERB |
|---|---|---|
| 1415 | Q8b | brands are similar |
| 1443 | Q8a | They seem like the same brand ideals |
| 1443 | Q8b | It seems like the packaging is completely different and the products are alike but different |
| 1477 | Q8a | because they look the same |
| 1477 | Q8b | not sure |
| 1529 | Q8a | The branding of the 2 different products makes me believe that they are manufactured by 2 different manufacturers. The labels, bottles, and colors were very different from one another. I do believe they share an association or a connection because they both contain argan oils and similar ingredients. |
| 1529 | Q8b | The 2nd group of products did not appear to have that many products to select from, whereas the 1st group included a plethora of different products that was about twice as much as the 2nd group. |
| 1616 | Q8a | They are both Morrocan Oil lines but one is focused on curly hair types while the latter is geared for dry, damaged hair. |
| 1616 | Q8b | Packaging has a similar aesthetic. |
| 1647 | Q8a | They both use a formula heavy based in Moroccan argan oil. |
| 1647 | Q8b | The products are similar. |
| 1710 | Q8a | the design seems simialr |
| 1710 | Q8b | the font on the bottles |
| 1717 | Q8a | they both have the same thing |
| 1717 | Q8b | the name |
| 1863 | Q8a | Different packaging but both hair products |
| 1863 | Q8b | Similar products but different ingredients |
| 1915 | Q8a | they both use Moroccan oil |
| 1915 | Q8b | the bottles have similar designs |
| 1928 | Q8a | no particular reason |
| 1928 | Q8b | similar products |
| 2068 | Q8a | They seem/appear to be very similar products. |
| 2068 | Q8b | Not sure |

136

| CASEID | QUESTION | VERB |
|---|---|---|
| 16 | Q8a | good very |
| 16 | Q8b | yes very |
| 96 | Q8a | the graphics are different as raw materials, but treatment can be complementary |
| 96 | Q8b | the quality of the two types |
| 122 | Q8a | They have the same function |
| 122 | Q8b | I like, I use them all |
| 195 | Q8a | The look of the labels |
| 195 | Q8b | Not sure |
| 251 | Q8a | hair |
| 251 | Q8b | hair locion |
| 269 | Q8a | the style and design of the bottles |
| 269 | Q8b | the font and writing on the product |
| 322 | Q8a | others hair care |
| 322 | Q8b | the perfomances |
| 332 | Q8a | good |
| 332 | Q8b | very good |
| 369 | Q8a | product similarities |
| 369 | Q8b | supply chain |
| 432 | Q8a | no comment |
| 432 | Q8b | no comment |
| 478 | Q8a | Same type of product using oil for hair care |
| 478 | Q8b | Oil products |
| 480 | Q8a | not the same company i think |
| 480 | Q8b | package |
| 571 | Q8a | because is for the head. |
| 571 | Q8b | the ingredients. |
| 643 | Q8a | seem somwhat similar but not the same |
| 643 | Q8b | im not sure |
| 662 | Q8a | because the products have similar names with different type oils |
| 662 | Q8b | because of the similar oils |
| 680 | Q8a | Description |
| 680 | Q8b | Desing amd ingredients |
| 759 | Q8a | YES VERY GOOD I LIKE GOOD |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 759 | Q8b | YES GOOD |
| 776 | Q8a | NOT SURE |
| 776 | Q8b | NOTHING |
| 832 | Q8a | because both say maroccanoil |
| 832 | Q8b | are beauty products |
| 922 | Q8a | Moroccan oil and Argan oil seemed very similar in name |
| 922 | Q8b | Not sure the packaging seemed quite different |
| 1012 | Q8a | The purpose of the product |
| 1012 | Q8b | The purpose of the product |
| 1048 | Q8a | there same have oil |
| 1048 | Q8b | same |
| 1104 | Q8a | because they have some of the same products with different oils. |
| 1104 | Q8b | n/a |
| 1134 | Q8a | Oils in the hair products |
| 1134 | Q8b | The labels |
| 1217 | Q8a | i like |
| 1217 | Q8b | i love |
| 1279 | Q8a | are hair products of different brands |
| 1279 | Q8b | They are of different brands and coléres |
| 1289 | Q8a | Oil. Morocon oil and Argon oil |
| 1289 | Q8b | color of the bottles and style of it |
| 1299 | Q8a | Moroccan oil in their products |
| 1299 | Q8b | They both a full line of creams, conditioners and shampoos. |
| 1323 | Q8a | they offer similar products |
| 1323 | Q8b | The products colors |
| 1340 | Q8a | Just guess, the first group of products contain marrocan oil, the second argan oi |
| 1340 | Q8b | - |
| 1458 | Q8a | makes me feel happy |
| 1458 | Q8b | not sure about this |
| 1487 | Q8a | by the survey |
| 1487 | Q8b | same type product |
| 1565 | Q8a | good good |
| 1565 | Q8b | i like it |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 1642 | Q8a | Similiar items for hair care that appear to be extraordinary |
| 1642 | Q8b | Both have hydrating/ moisturing items products which appear to be a bit above average |
| 1704 | Q8a | they both say moraccan oil and it makes me think that, because of the word placement, one is just a spin off with argan oil. |
| 1704 | Q8b | one seems like an addition to the other. |
| 1716 | Q8a | thay are both the same kid of product but look totally different |
| 1716 | Q8b | maybe to look different for competative pricing |
| 1760 | Q8a | They deal with moroccan oil |
| 1760 | Q8b | nothing else besides one of the ingredients used |
| 1795 | Q8a | They had similar products that seemed target towards the same population of people |
| 1795 | Q8b | The bottles used were similar in shape and size. |
| 1865 | Q8a | A specific, cosmetic-friendly ingredient which both groups of product have, which is Argan oil. |
| 1865 | Q8b | Nothing else, at least from the description of the products |
| 1877 | Q8a | The packaging looked totall diferent but I recall somewhere that one n only products and Argan oil products were from the same company.  Definitely would not know it from the packaging. |
| 1877 | Q8b | I recall reading it somewhere in the last few months but not 100% sure.  Packaging doesn't even look remotely similar just the ingredients |

| CASEID | QUESTION | VERB |
|---|---|---|
| 36 | Q6a | very good |
| 36 | Q6b | yes , very |
| 61 | Q6a | It like very much |
| 61 | Q6b | very good products |
| 128 | Q6a | same product brand |
| 128 | Q6b | quality of the product |
| 133 | Q6a | same bottle shapes just different brands |
| 133 | Q6b | the all shapes |
| 154 | Q6a | asdasdascxzfas |
| 154 | Q6b | adwqsadasda |
| 157 | Q6a | dasdas dqweqwe |
| 157 | Q6b | fsdfsdf srwerwer |
| 418 | Q6a | They're both derived from a certain type of oil. |
| 418 | Q6b | Just a guess. |
| 568 | Q6a | dont know |
| 568 | Q6b | dont know |
| 591 | Q6a | No two products are not equal. I was wrong in the response, they are very different for its different brands |
| 591 | Q6b | No, both products are very different. ... I was wrong correct response |
| 600 | Q6a | same ingredients |
| 600 | Q6b | simalr names |
| 613 | Q6a | Same brand name throughout. |
| 613 | Q6b | Same design style. |
| 631 | Q6a | They are shampo for hair care and hair masks |
| 631 | Q6b | They are shampo for hair care and hair masks |
| 636 | Q6a | the types of product offered and the packaging of the bottles |
| 636 | Q6b | They type of oil that is in both products. |
| 654 | Q6a | because they are hair products |
| 654 | Q6b | not sure |
| 858 | Q6a | it's good |
| 858 | Q6b | that it's perfect |
| 864 | Q6a | the colour and texture the image |
| 864 | Q6b | yes the products are nice |
| 1011 | Q6a | is good |

| CASEID | QUESTION | VERB |
|---|---|---|
| 1011 | Q6b | is good |
| 1036 | Q6a | i like it |
| 1036 | Q6b | it's easy |
| 1088 | Q6a | Because they all said Aragan oil |
| 1088 | Q6b | Same label |
| 1153 | Q6a | Very good and awesome |
| 1153 | Q6b | Because I like |
| 1183 | Q6a | Gut Feeling |
| 1183 | Q6b | My Instincts |
| 1363 | Q6a | lloks similar |
| 1363 | Q6b | all |
| 1438 | Q6a | revlon |
| 1438 | Q6b | revlon |
| 1511 | Q6a | They have a similar look and feel. |
| 1511 | Q6b | The names are similar they are both natural oils. |
| 1524 | Q6a | They have the same function |
| 1524 | Q6b | bottles |
| 1567 | Q6a | tutdrt |
| 1567 | Q6b | ydturt |
| 1653 | Q6a | because it's the same name on both. |
| 1653 | Q6b | it's the same name for both. |
| 1689 | Q6a | the name brand |
| 1689 | Q6b | the same plastic on bottle. |
| 1736 | Q6a | they are both moraccan oil products |
| 1736 | Q6b | none |
| 1801 | Q6a | They both are Moroccan oil |
| 1801 | Q6b | I don't know |
| 1821 | Q6a | I was wrong in that answer |
| 1821 | Q6b | Nothing, I don't think that |

| CASEID | QUESTION | VERB |
|---|---|---|
| 136 | Q8a | presentations are similar with the same colors |
| 136 | Q8b | They have different names |
| 194 | Q8a | They have many similarities, but particularly noticed small different details. |
| 194 | Q8b | They have many similarities, but particularly noticed small different details. |
| 319 | Q8a | different i like |
| 319 | Q8b | all is very good |
| 330 | Q8a | their mes and base plates are similar |
| 330 | Q8b | their base plates |
| 481 | Q8a | They have the same range of colors |
| 481 | Q8b | It appears to be an extension of the products shown first |
| 549 | Q8a | the packaging and the names of the products |
| 549 | Q8b | nothing |
| 560 | Q8a | hair care products are usually owned by a larger company |
| 560 | Q8b | larger companies own everyone |
| 615 | Q8a | They have different names |
| 615 | Q8b | They're different products with different uses. |
| 621 | Q8a | sort of the same concept/ design |
| 621 | Q8b | they could be competitors |
| 639 | Q8a | The first picture had Moroccan Oil while the second had Majestic Oil branded along the bottles. Since both pictures focused on oil, the company may have multiple branches that features different oils to treat different hair types. |
| 639 | Q8b | Both had a blue hue, so the company may want to have products similar to each other to keep a recognizable image. |
| 655 | Q8a | They both contain a special oil in the,m but I believe they are different because of the appearance of the bottles |
| 655 | Q8b | They are different colors and one is argan oil, the other is infused with morrocar |
| 792 | Q8a | oil, same color, similar name |
| 792 | Q8b | different name but similar, same concept |
| 859 | Q8a | n/a |
| 859 | Q8b | n/a |
| 950 | Q8a | none |
| 950 | Q8b | none |
| 991 | Q8a | The both have a similar name and the product bottles and labels look very similar to each othei |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 991 | Q8b | The look like the same product unless you look closely |
| 992 | Q8a | exelent |
| 992 | Q8b | cool |
| 1040 | Q8a | color and name |
| 1040 | Q8b | name |
| 1055 | Q8a | VERY GOOD |
| 1055 | Q8b | VERY LIKE |
| 1058 | Q8a | the coloring and bottle shapes were the same. the  names were almost the same... moroccan and magic |
| 1058 | Q8b | types of products |
| 1075 | Q8a | It has the same style but different names |
| 1075 | Q8b | I think using the same base or the same idea for the product |
| 1098 | Q8a | the second looks like a copy cat |
| 1098 | Q8b | same type of prodcut but second is an immitation |
| 1131 | Q8a | because the names are similar |
| 1131 | Q8b | the products are similar |
| 1267 | Q8a | DIFFERENT brand names, different tops lids. |
| 1267 | Q8b | same color bottles or similar. same style |
| 1388 | Q8a | Both of their names started with a M |
| 1388 | Q8b | They both have creative and unique hair products |
| 1434 | Q8a | the relationship is selling products for hair care |
| 1434 | Q8b | are cleaning products and nutrition for hair |
| 1456 | Q8a | if they have |
| 1456 | Q8b | not |
| 1528 | Q8a | very exellent |
| 1528 | Q8b | very good |
| 1572 | Q8a | they are the same color products. |
| 1572 | Q8b | they are both oils |
| 1579 | Q8a | The design is similar as well as the type of packaging and bottle shapes |
| 1579 | Q8b | The colors used |
| 1641 | Q8a | They are the same color and have some of the same ingredients as each other |
| 1641 | Q8b | The Labels make them look like they come from the same line. They also have the same coloring and some of the same products that were in each other's line |
| 1656 | Q8a | the bottles look the same but the names were different |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 1656 | Q8b | one was marocon one was majestic |
| 1699 | Q8a | brand is different but the shape of bottle is similar |
| 1699 | Q8b | the shape is similar |
| 1773 | Q8a | similar packaging |
| 1773 | Q8b | i have no idea |
| 1786 | Q8a | similar ingredients and similar style of products |
| 1786 | Q8b | not sure; just a guess really |
| 1914 | Q8a | I think it's two different companies but they are associated because the bottle shapes and layout of the words and images on the bottles are the same.  Their products are both also made with moroccan argan oil |
| 1914 | Q8b | nothing other than what I previously stated |
| 2112 | Q8a | 2 different names on their bottles, but have the same color bottles and design |
| 2112 | Q8b | nothing else. |

| CASEID | QUESTION | VERB |
|---|---|---|
| 17 | Q8a | bdajf erfhnejk tejlht ealk eih lehl theht iwe htiherti heiwt hweithwei thiew thiweth |
| 17 | Q8b | dtydthy tdyrs ytytdghzry tyhxtyry zry dtyhzy r yryt yzy t y |
| 33 | Q8a | same type of oil |
| 33 | Q8b | none |
| 56 | Q8a | i iked the products |
| 56 | Q8b | i liked the products |
| 57 | Q8a | is excellent products |
| 57 | Q8b | is unique amazing |
| 123 | Q8a | because it seems that the first one offers more product than the second one |
| 123 | Q8b | less product in the second one |
| 146 | Q8a | good |
| 146 | Q8b | none |
| 174 | Q8a | They have different designs but both have the same goal which is to repair the hair |
| 174 | Q8b | both are for damaged hair and with a full volume |
| 182 | Q8a | The Moroccan oil and its benefits for hair is what they have in common, or their only connection |
| 182 | Q8b | One is called  Moroccan Oil  and the other is called  Toporganic,   as its brand name |
| 277 | Q8a | It seems the products both contain morroccan oi |
| 277 | Q8b | Just the type of  products and the ingredient of the moraccan oi |
| 309 | Q8a | moroccan oil |
| 309 | Q8b | design |
| 394 | Q8a | the hair |
| 394 | Q8b | the colors |
| 436 | Q8a | They are natural and gentle on hair. |
| 436 | Q8b | The name on the packaging was different, but with similar qualities. |
| 526 | Q8a | same ingredients |
| 526 | Q8b | ihbihbihebecihbe ciehdbcihdebcihebciehrcbreihbcriehbcfeih breihcberih |
| 570 | Q8a | It could similar ingredients but different price levels-one might be pricer than the other. |
| 570 | Q8b | They seemed to have similar labels but very different bottles. |
| 592 | Q8a | the first one I can remember reading the morracan on the bottles...i honestly cannot remember the second other than less products |
| 592 | Q8b | nohting |
| 604 | Q8a | i think both are great products that are targetting simlar audience. they both focus no organic market and for natural products to be sold so that they don't damamge out hair |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 604 | Q8b | the bottle design looks slightly difference but their contents and ingredients would be similiar |
| 624 | Q8a | The make the hair soft and it also smells good |
| 624 | Q8b | one is organic the other is not |
| 751 | Q8a | they look kinda the same and they use same ingredients |
| 751 | Q8b | idk |
| 787 | Q8a | I dont know the products looks a little similar |
| 787 | Q8b | Because the design |
| 833 | Q8a | seemsmgood |
| 833 | Q8b | looksngood |
| 990 | Q8a | One is called morracan oil while the other is called topganic put has morracan oil in it! |
| 990 | Q8b | They have a lot of the same properties but they have different names. I did not see a similar company name |
| 1069 | Q8a | good all |
| 1069 | Q8b | good |
| 1077 | Q8a | They may be under the same parent company |
| 1077 | Q8b | similarities in the bottle packaging |
| 1085 | Q8a | Font and white label |
| 1085 | Q8b | Pretty sure everyone in the hair industry is related |
| 1087 | Q8a | both advertise for morroccan oil benefits |
| 1087 | Q8b | same benefits |
| 1122 | Q8a | for beauty products. |
| 1122 | Q8b | They are using products based on natural essences. |
| 1269 | Q8a | similar types of products |
| 1269 | Q8b | same type of natural shampoo |
| 1270 | Q8a | the color the bottles |
| 1270 | Q8b | because it has Moroccan oil |
| 1295 | Q8a | Performance |
| 1295 | Q8b | The presentation of the bottles. The tags |
| 1393 | Q8a | the moroccan oil |
| 1393 | Q8b | none really |
| 1395 | Q8a | Nothing on the labels indicated that they have an affiliation to each other. |
| 1395 | Q8b | None of the labels indicated that they were from the same company, but I also could not view the back of them to see where they came from. |
| 1415 | Q8a | similar products |

| CASEID | QUESTION | VERB |
| --- | --- | --- |
| 1415 | Q8b | brands are similar |
| 1443 | Q8a | They seem like the same brand ideals |
| 1443 | Q8b | It seems like the packaging is completely different and the products are alike but different |
| 1477 | Q8a | because they look the same |
| 1477 | Q8b | not sure |
| 1529 | Q8a | The branding of the 2 different products makes me believe that they are manufactured by 2 different manufacturers. The labels, bottles, and colors were very different from one another. I do believe they share an association or a connection because they both contain argan oils and similar ingredients. |
| 1529 | Q8b | The 2nd group of products did not appear to have that many products to select from, whereas the 1st group included a plethora of different products that was about twice as much as the 2nd group. |
| 1616 | Q8a | They are both Morrocan Oil lines but one is focused on curly hair types while the latter is geared for dry, damaged hair. |
| 1616 | Q8b | Packaging has a similar aesthetic. |
| 1647 | Q8a | They both use a formula heavy based in Moroccan argan oil. |
| 1647 | Q8b | The products are similar. |
| 1710 | Q8a | the design seems simialr |
| 1710 | Q8b | the font on the bottles |
| 1717 | Q8a | they both have the same thing |
| 1717 | Q8b | the name |
| 1863 | Q8a | Different packaging but both hair products |
| 1863 | Q8b | Similar products but different ingredients |
| 1915 | Q8a | they both use Moroccan oil |
| 1915 | Q8b | the bottles have similar designs |
| 1928 | Q8a | no particular reason |
| 1928 | Q8b | similar products |
| 2068 | Q8a | They seem/appear to be very similar products. |
| 2068 | Q8b | Not sure |

| CASEID | QUESTION | VERB |
|---|---|---|
| 16 | Q8a | good very |
| 16 | Q8b | yes very |
| 96 | Q8a | the graphics are different as raw materials, but treatment can be complementary |
| 96 | Q8b | the quality of the two types |
| 122 | Q8a | They have the same function |
| 122 | Q8b | I like, I use them all |
| 195 | Q8a | The look of the labels |
| 195 | Q8b | Not sure |
| 251 | Q8a | hair |
| 251 | Q8b | hair locion |
| 269 | Q8a | the style and design of the bottles |
| 269 | Q8b | the font and writing on the product |
| 322 | Q8a | others hair care |
| 322 | Q8b | the perfomances |
| 332 | Q8a | good |
| 332 | Q8b | very good |
| 369 | Q8a | product similarities |
| 369 | Q8b | supply chain |
| 432 | Q8a | no comment |
| 432 | Q8b | no comment |
| 478 | Q8a | Same type of product using oil for hair care |
| 478 | Q8b | Oil products |
| 480 | Q8a | not the same company i think |
| 480 | Q8b | package |
| 571 | Q8a | because is for the head. |
| 571 | Q8b | the ingredients. |
| 643 | Q8a | seem somwhat similar but not the same |
| 643 | Q8b | im not sure |
| 662 | Q8a | because the products have similar names with different type oils |
| 662 | Q8b | because of the similar oils |
| 680 | Q8a | Description |
| 680 | Q8b | Desing amd ingredients |
| 759 | Q8a | YES VERY GOOD I LIKE GOOD |

| CASEID | QUESTION | VERB |
|---|---|---|
| 759 | Q8b | YES GOOD |
| 776 | Q8a | NOT SURE |
| 776 | Q8b | NOTHING |
| 832 | Q8a | because both say maroccanoil |
| 832 | Q8b | are beauty products |
| 922 | Q8a | Moroccan oil and Argan oil seemed very similar in name |
| 922 | Q8b | Not sure the packaging seemed quite different |
| 1012 | Q8a | The purpose of the product |
| 1012 | Q8b | The purpose of the product |
| 1048 | Q8a | there same have oil |
| 1048 | Q8b | same |
| 1104 | Q8a | because they have some of the same products with different oils. |
| 1104 | Q8b | n/a |
| 1134 | Q8a | Oils in the hair products |
| 1134 | Q8b | The labels |
| 1217 | Q8a | i like |
| 1217 | Q8b | i love |
| 1279 | Q8a | are hair products of different brands |
| 1279 | Q8b | They are of different brands and coleres |
| 1289 | Q8a | Oil. Morocon oil and Argon oil |
| 1289 | Q8b | color of the bottles and style of it |
| 1299 | Q8a | Moroccan oil in their products |
| 1299 | Q8b | They both a full line of creams, conditioners and shampoos. |
| 1323 | Q8a | they offer similar products |
| 1323 | Q8b | The products colors |
| 1340 | Q8a | Just guess, the first group of products contain marrocan oil, the second argan oi |
| 1340 | Q8b | - |
| 1458 | Q8a | makes me feel happy |
| 1458 | Q8b | not sure about this |
| 1487 | Q8a | by the survey |
| 1487 | Q8b | same type product |
| 1565 | Q8a | good good |
| 1565 | Q8b | i like it |

| CASEID | QUESTION | VERB |
|--------|----------|------|
| 1642 | Q8a | Similiar items for hair care that appear to be extraordinary |
| 1642 | Q8b | Both have hydrating/ moisturing items products which appear to be a bit above average |
| 1704 | Q8a | they both say moraccan oil and it makes me think that, because of the word placement, one is just a spin off with argan oil. |
| 1704 | Q8b | one seems like an addition to the other. |
| 1716 | Q8a | thay are both the same kid of product but look totally different |
| 1716 | Q8b | maybe to look different for competative pricing |
| 1760 | Q8a | They deal with moroccan oil |
| 1760 | Q8b | nothing else besides one of the ingredients used |
| 1795 | Q8a | They had similar products that seemed target towards the same population of people |
| 1795 | Q8b | The bottles used were similar in shape and size. |
| 1865 | Q8a | A specific, cosmetic-friendly ingredient which both groups of product have, which is Argan oil. |
| 1865 | Q8b | Nothing else, at least from the description of the products |
| 1877 | Q8a | The packaging looked totall diferent but I recall somewhere that one n only products and Argan oil products were from the same company.  Definitely would not know it from the packaging. |
| 1877 | Q8b | I recall reading it somewhere in the last few months but not 100% sure.  Packaging doesn't even look remotely similar just the ingredients |

# Datamap

# (Native File Available upon Request)

# Appendix E

# Coding Classifications

**APPENDIX E**
**(Coding Classifications)**

**Q.6A What in particular makes you think that both groups of products come from the same manufacturer?**
**Q.6B What else makes you think that both groups of products come from the same manufacturer?**
**Q.8A What in particular makes you think that both groups of products come from two different manufacturers who have some association or connection with one another?**
**Q.8B What else makes you think that both groups of products come from two different manufacturers who have some association or connection with one another?**

**General Appearance (Net) (All codes indicate confusion)**
01 Looks the same/similar appearance
02 Similar design/style
03 Label looks the same/similar
04
05
06
10 Other general appearance comments

**Text and Symbols (Net) (All codes indicate confusion unless difference between brands is stated)**
11 Lettering/writing
12 Font is similar
13
14
20 Other text and symbols comments

**Color (Net) (Codes 21-23 indicate confusion)**
21 Colors are the same
22 Similar color scheme
23 Color of the bottle/container/same/similar color container
24 Different colors
25
30 Other color comments

**Packaging/Bottle (Net) (Codes 31-33 indicate confusion)**
31 Same/similar packaging/bottle/packaging/container looks the same/similar
32 Shape of the container/bottle is the same/similar
33 Styling/design of the packaging/bottle/similar styling of the container
34 Bottles/containers/package looks different
35
40 Other packaging/bottle comments

**Ingredients (Net) (No codes indicate confusion)**
41 Ingredients are the same/similar
42 Oil/both made from oil/same/similar type of oil
43 Moroccan oil/both made with Moroccan oil
44 Different kind of oil/made with different oils
45 Argan Oil/both made with Argan oil
50 Other ingredients comments

**Name (Net) (Codes 51 & 52 indicate confusion)**
51 Name is the same/similar
52 Brand is the same/similar brand
53 Different names/names are different
54 Different brands/brand is different
60 Other name comments

**Product (Net) (No codes indicate confusion)**
61 Quality product/good quality/like the product
62 Purpose/type of product/hair products/similar products
63 Benefits of product usage/results of using the product
64 Different product focus/what product can do/type of hair it benefits
65 Other product comments

**Miscellaneous (Net) (No codes indicate confusion)**
66 Same *[any mention of simply the word "same" without qualifier]*
67 Good/like it
68 Concept is the same/similar
69
70
99 Other miscellaneous comments
00 None/nothing
98 DK/NA

Appendix E
Page 2 of 2

# Appendix F

# Respondents by Identification Number Who Show Evidence of Confusion

## APPENDIX F

RESPONDENTS BY IDENTIFICATION NUMBER WHO SHOW EVIDENCE OF

CONFUSION

**Moroccanoil versus Majestic Oil**

Source: 18, 22, 60, 84, 106, 140, 165, 173, 191, 219, 238, 261, 283, 286, 356, 372, 408, 443, 471, 517,518, 554, 597, 653, 666, 679, 690, 714, 783, 821, 835, 842, 866, 903, 925, 957, 1026, 1050, 1083, 1108, 1170, 1175, 1275, 1284, 1293, 1319, 1409, 1416, 1450, 1480, 1498, 1526, 1564, 1566, 1603, 1611, 1623, 1718, 1733, 1754, 1794, 1811, 1848, 1876, 1921, 1930.

Association/Connection: 136, 330, 481, 549, 621, 639, 655, 792, 991, 1040, 1058, 1075, 1098, 1131, 1267, 1572, 1579, 1641, 1656, 1699, 1773, 1786, 1914, 2112.

**Moroccanoil versus Topganic**

Source: 11, 114, 163, 248, 328, 382, 387, 497, 562, 645, 688, 799, 843, 1007, 1022, 1199, 1222, 1686, 1740, 1816.

Association/Connection: 309, 394, 436, 570, 751, 787, 1077, 1085, 1270, 1415, 1443, 1477, 1616, 1710, 1717, 1915.

**Moroccanoil One'n Only**

Source: 128, 133, 600, 613, 636, 1088, 1363, 1511, 1524, 1653, 1689.

Association/Connection: 195, 269, 480, 662, 680, 1134, 1289, 1323, 1704, 1795.

Exhibit 1

Exhibit 1
Page 1 of 1

Exhibit 2



Exhibit 2
Page 1 of 3



Exhibit 2
Page 2 of 3



Exhibit 2
Page 3 of 3

Exhibit 3

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,684,909**

**Registered Sep. 22, 2009**

**Amended Nov. 11, 2014**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOROCCANOIL., INC. (CALIFORNIA CORPORATION)
16311 VENTURA BLVD
SUITE 1200
LOS ANGELES, CA 91436

FOR: HAIR CONDITIONERS, NAMELY, CURL CREAMS, HYDRATING STYLE CREAMS, INTENSE MOISTURIZING MASQUES, AND STYLING AND FINISHING OILS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-11-2007; IN COMMERCE 3-11-2007.

THE COLOR(S) WHITE, ORANGE, BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "MOROCCANOIL" THROUGH THE LETTER "M". THE WORD "MOROCCANOIL" IN WHITE OVER THE LTTER "M" IN ORANGEISH COLOR ALL ON A BLUEISH BACKGROUND.

SEC. 2(F) AS TO "MOROCCANOIL".

SER. NO. 77-359,562, FILED 12-26-2007.



**Deputy Director of the United States Patent and Trademark Office**

Exhibit 3
Page 1 of 10

<div style="border:1px solid black">

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Exhibit 3
Page 2 of 10

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3684909 |
| **REGISTRATION DATE** | 09/22/2009 |
| **SERIAL NUMBER** | 77359562 |
| **MARK SECTION** | |
| MARK | M MOROCCANOIL (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| NAME | AMY E BURKE |
| FIRM NAME | CONKLE KREMER & ENGEL PLC |
| INTERNAL ADDRESS | SUITE 500 |
| STREET | 3130 WILSHIRE BOULEVARD |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90403 |
| COUNTRY | United States |
| PHONE | 310-998-9100 |
| FAX | 310-998-9109 |
| EMAIL | tm@conklelaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Mark D. Kremer |
| FIRM NAME | Conkle, Kremer, & Engel, PLC |
| INTERNAL ADDRESS | SUITE 500 |
| STREET | 3130 WILSHIRE BOULEVARD |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90403 |
| COUNTRY | United States |
| PHONE | 310-998-9100 |
| FAX | 310-998-9109 |
| EMAIL | tm@conklelaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

Exhibit 3
Page 3 of 10

| DOCKET/REFERENCE NUMBER | 2522.357 |
|---|---|

## CORRESPONDENCE SECTION (current)

| NAME | AMY E BURKE |
|---|---|
| FIRM NAME | CONKLE KREMER & ENGEL PLC |
| INTERNAL ADDRESS | SUITE 500 |
| STREET | 3130 WILSHIRE BOULEVARD |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90403 |
| COUNTRY | United States |
| PHONE | 310-998-9100 |
| FAX | 310-998-9109 |
| EMAIL | tm@conklelaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## CORRESPONDENCE SECTION (proposed)

| NAME | Mark D. Kremer |
|---|---|
| FIRM NAME | Conkle, Kremer, & Engel, PLC |
| INTERNAL ADDRESS | SUITE 500 |
| STREET | 3130 WILSHIRE BOULEVARD |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90403 |
| COUNTRY | United States |
| PHONE | 310-998-9100 |
| FAX | 310-998-9109 |
| EMAIL | tm@conklelaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 2522.357 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 003 |
|---|---|
| GOODS OR SERVICES | Hair conditioners, namely, curl creams, hydrating style creams, intense moisturizing masques, and styling and finishing oils |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\773\595\77359562\xml4\8150002.JPG |
| SPECIMEN DESCRIPTION | moisturizing hair mask featuring the registered trademark |

## OWNER SECTION (current)

| NAME | MOROCCANOIL, INC. |
|---|---|
| STREET | 16311 Ventura Blvd |

Exhibit 3
Page 4 of 10

| CITY | Los Angeles |
|---|---|
| STATE | California |
| ZIP/POSTAL CODE | 91436 |
| COUNTRY | United States |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | California |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Mark D. Kremer/ |
| SIGNATORY'S NAME | Mark D. Kremer |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| DATE SIGNED | 12/18/2014 |
| SIGNATORY'S PHONE NUMBER | 310-998-9100 |
| PAYMENT METHOD | DA |
| | **FILING INFORMATION** |
| SUBMIT DATE | Thu Dec 18 21:00:17 EST 2014 |
| TEAS STAMP | USPTO/S08N15-XX.XX.XX.XX-20141218210017868440-3684909-500126eadbb2a1dff683e25e4bae3191bb32988caa5f7e4bc1c4f442f991a2cf30-DA-8187-20141218205619170471 |

Exhibit 3
Page 5 of 10

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 3684909
**REGISTRATION DATE:** 09/22/2009

**MARK:** (Stylized and/or with Design, M MOROCCANOIL)

The owner, MOROCCANOIL, INC., a corporation of California, having an address of
   16311 Ventura Blvd
   Los Angeles, California 91436
   United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 003, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Hair conditioners, namely, curl creams, hydrating style creams, intense moisturizing masques, and styling and finishing oils; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) moisturizing hair mask featuring the registered trademark.
Specimen File1
The registrant's current Attorney Information: AMY E BURKE of  CONKLE KREMER & ENGEL PLC
   SUITE 500
   3130 WILSHIRE BOULEVARD
   SANTA MONICA, California (CA) 90403
   United States

The registrant's proposed Attorney Information: Mark D. Kremer of  Conkle, Kremer, & Engel, PLC
   SUITE 500
   3130 WILSHIRE BOULEVARD
   SANTA MONICA, California (CA) 90403
   United States
The docket/reference number is 2522.357.

The phone number is 310-998-9100.

The fax number is 310-998-9109.

The email address is tm@conklelaw.com.
The registrant's current Correspondence Information: AMY E BURKE of  CONKLE KREMER & ENGEL PLC
   SUITE 500
   3130 WILSHIRE BOULEVARD
   SANTA MONICA, California (CA) 90403
   United States

The registrant's proposed Correspondence Information: Mark D. Kremer of  Conkle, Kremer, & Engel, PLC
   SUITE 500
   3130 WILSHIRE BOULEVARD

Exhibit 3
Page 6 of 10

SANTA MONICA, California (CA) 90403
   United States
The docket/reference number is 2522.357.


The phone number is 310-998-9100.

The fax number is 310-998-9109.

The email address is tm@conklelaw.com.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration


*The mark is in use in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. Section 1062(c), and is still in use in commerce on or in connection with all goods/services listed in the existing registration. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the United States Patent and Trademark Office or in a court.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark D. Kremer/     Date: 12/18/2014
Signatory's Name: Mark D. Kremer
Signatory's Position: Attorney of record, California bar member
Signatory's Phone Number: 310-998-9100

Mailing Address **(current)**:
   CONKLE KREMER & ENGEL PLC
   3130 WILSHIRE BOULEVARD
   SANTA MONICA, California 90403

Mailing Address **(proposed)**:
   Conkle, Kremer, & Engel, PLC
   3130 WILSHIRE BOULEVARD
   SANTA MONICA, California 90403

Serial Number: 77359562
Internet Transmission Date: Thu Dec 18 21:00:17 EST 2014
TEAS Stamp: USPTO/S08N15-XX.XX.XX.XX-201412182100178
68440-3684909-500126eadbb2a1dff683e25e4b
ae3191bb32988caa5f7e4bc1c4f442f991a2cf30
-DA-8187-20141218205619170471

Exhibit 3
Page 7 of 10



Exhibit 3
Page 8 of 10

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 3684909

**Serial Number:** 77359562

**RAM Sale Number: 3684909**

**RAM Accounting Date: 20141219**

**Total Fees:** $300

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20141218 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20141218 | $200 | 1 | 1 | $200 |

Physical Location:  - UNKNOWN

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**  20141218



Exhibit 3
Page 9 of 10

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, March 28, 2015 11:00 PM |
| **To:** | tm@conklelaw.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3684909: M MOROCCANOIL (Stylized/Design): Docket/Reference No. 2522.357 |

**Serial Number:** 77359562
**Registration Number:** 3684909
**Registration Date:** Sep 22, 2009
**Mark:** M MOROCCANOIL (Stylized/Design)
**Owner:** MOROCCANOIL, INC.

Mar 28, 2015

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
003

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

#### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77359562.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Exhibit 3
Page 10 of 10

Exhibit 4

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,684,910**

**Registered Sep. 22, 2009**

**Amended Aug. 19, 2014**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOROCCANOIL., INC. (CALIFORNIA CORPORATION)
16311 VENTURA BLVD
SUITE 1200
LOS ANGELES, CA 91436

FOR: HAIR CONDITIONERS, NAMELY, CURL CREAMS, HYDRATING STYLE CREAMS, INTENSE MOISTURIZING MASQUES, AND STYLING AND FINISHING OILS , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-11-2007; IN COMMERCE 3-11-2007.

THE COLOR(S) WHITE, ORANGE AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

MARK CONSISTS OF THE WORDING "MOROCCANOIL", WHICH IS WRITTEN IN WHITE TO THE SIDE OF THE ORANGE LETTER "M" THAT APPEARS TO THE RIGHT AT THE TOP. THE COLOR BLUE APPEARS IN THE BACKGROUND OF THE MARK.

SEC. 2(F) AS TO "MOROCCANOIL".

SER. NO. 77-359,584, FILED 12-26-2007.



**Deputy Director of the United States
Patent and Trademark Office**

Exhibit 4
Page 1 of 10

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Exhibit 4
Page 2 of 10

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3684910 |
| **REGISTRATION DATE** | 09/22/2009 |
| **SERIAL NUMBER** | 77359584 |
| **MARK SECTION** | |
| MARK | M MOROCCANOIL (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| NAME | AMY E BURKE |
| FIRM NAME | CONKLE KREMER & ENGEL, PLC |
| INTERNAL ADDRESS | SUITE 500 |
| STREET | 3130 WILSHIRE BOULEVARD |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90403 |
| COUNTRY | United States |
| PHONE | 310-998-9100 |
| FAX | 310-998-9109 |
| EMAIL | m.kremer@conklelaw.com |
| DOCKET/REFERENCE NUMBER | 2522.359 |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Mark D. Kremer |
| FIRM NAME | Conkle, Kremer, & Engel, PLC |
| INTERNAL ADDRESS | SUITE 500 |
| STREET | 3130 WILSHIRE BOULEVARD |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90403 |
| COUNTRY | United States |
| PHONE | 310-998-9100 |
| FAX | 310-998-9109 |
| EMAIL | tm@conklelaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

Exhibit 4
Page 3 of 10

| DOCKET/REFERENCE NUMBER | 2522.359 |
|---|---|
| **CORRESPONDENCE SECTION (current)** | |
| NAME | AMY E BURKE |
| FIRM NAME | CONKLE KREMER & ENGEL, PLC |
| INTERNAL ADDRESS | SUITE 500 |
| STREET | 3130 WILSHIRE BOULEVARD |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90403 |
| COUNTRY | United States |
| PHONE | 310-998-9100 |
| FAX | 310-998-9109 |
| EMAIL | m.kremer@conklelaw.com |
| DOCKET/REFERENCE NUMBER | 2522.359 |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | Mark D. Kremer |
| FIRM NAME | Conkle, Kremer, & Engel, PLC |
| INTERNAL ADDRESS | SUITE 500 |
| STREET | 3130 WILSHIRE BOULEVARD |
| CITY | SANTA MONICA |
| STATE | California |
| POSTAL CODE | 90403 |
| COUNTRY | United States |
| PHONE | 310-998-9100 |
| FAX | 310-998-9109 |
| EMAIL | tm@conklelaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 2522.359 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 003 |
| GOODS OR SERVICES | Hair conditioners, namely, curl creams, hydrating style creams, intense moisturizing masques, and styling and finishing oils |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\773\595\77359584\xml2\8150002.JPG |
| SPECIMEN DESCRIPTION | curl cream featuring the registered trademark |
| **OWNER SECTION (current)** | |
| NAME | MOROCCANOIL, INC. |
| STREET | 16311 Ventura Blvd |

Exhibit 4
Page 4 of 10

| CITY | Los Angeles |
|---|---|
| STATE | California |
| ZIP/POSTAL CODE | 91436 |
| COUNTRY | United States |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | California |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Mark D. Kremer/ |
| SIGNATORY'S NAME | Mark D. Kremer |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| DATE SIGNED | 12/18/2014 |
| SIGNATORY'S PHONE NUMBER | 310-998-9100 |
| PAYMENT METHOD | DA |
| | **FILING INFORMATION** |
| SUBMIT DATE | Thu Dec 18 21:06:04 EST 2014 |
| TEAS STAMP | USPTO/S08N15-XX.XX.XX.XX-20141218210604365320-3684 910-5001229f5d38f3239212d 1f1e44dbadbd491e14e83250b ae07893ff732585c2dbf6-DA-8214-20141218210100889785 |

Exhibit 4
Page 5 of 10

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

**Combined Declaration of Use and Incontestability under Sections 8 & 15**

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 3684910
**REGISTRATION DATE:** 09/22/2009

**MARK:** (Stylized and/or with Design, M MOROCCANOIL)

The owner, MOROCCANOIL, INC., a corporation of California, having an address of
    16311 Ventura Blvd
    Los Angeles, California 91436
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 003, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Hair conditioners, namely, curl creams, hydrating style creams, intense moisturizing masques, and styling and finishing oils; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) curl cream featuring the registered trademark.
Specimen File1
The registrant's current Attorney Information: AMY E BURKE of  CONKLE KREMER & ENGEL, PLC
    SUITE 500
    3130 WILSHIRE BOULEVARD
    SANTA MONICA, California (CA) 90403
    United States
The docket/reference number is 2522.359.

The registrant's proposed Attorney Information: Mark D. Kremer of  Conkle, Kremer, & Engel, PLC
    SUITE 500
    3130 WILSHIRE BOULEVARD
    SANTA MONICA, California (CA) 90403
    United States
The docket/reference number is 2522.359.


The phone number is 310-998-9100.

The fax number is 310-998-9109.

The email address is tm@conklelaw.com.
The registrant's current Correspondence Information: AMY E BURKE of  CONKLE KREMER & ENGEL, PLC
    SUITE 500
    3130 WILSHIRE BOULEVARD
    SANTA MONICA, California (CA) 90403
    United States
The docket/reference number is 2522.359.

The registrant's proposed Correspondence Information: Mark D. Kremer of  Conkle, Kremer, & Engel, PLC
    SUITE 500
    3130 WILSHIRE BOULEVARD

Exhibit 4
Page 6 of 10

SANTA MONICA, California (CA) 90403
United States
The docket/reference number is 2522.359.


The phone number is 310-998-9100.


The fax number is 310-998-9109.


The email address is tm@conklelaw.com.


A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration


*The mark is in use in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. Section 1062(c), and is still in use in commerce on or in connection with all goods/services listed in the existing registration. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the United States Patent and Trademark Office or in a court.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark D. Kremer/     Date: 12/18/2014
Signatory's Name: Mark D. Kremer
Signatory's Position: Attorney of record, California bar member
Signatory's Phone Number: 310-998-9100

Mailing Address **(current)**:
  CONKLE KREMER & ENGEL, PLC
  3130 WILSHIRE BOULEVARD
  SANTA MONICA, California 90403

Mailing Address **(proposed)**:
  Conkle, Kremer, & Engel, PLC
  3130 WILSHIRE BOULEVARD
  SANTA MONICA, California 90403

Serial Number: 77359584
Internet Transmission Date: Thu Dec 18 21:06:04 EST 2014
TEAS Stamp: USPTO/S08N15-XX.XX.XX.XX-201412182106043
65320-3684910-5001229f5d38f3239212d1f1e4
4dbadbd491e14e83250bae07893ff732585c2dbf
6-DA-8214-20141218210100889785

Exhibit 4
Page 7 of 10



Exhibit 4
Page 8 of 10

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   3684910

**Serial Number:**   77359584

**RAM Sale Number:  3684910**

**RAM Accounting Date:  20141219**

**Total Fees:**     $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20141218 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20141218 | $200 | 1 | 1 | $200 |

Physical Location:     - UNKNOWN

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20141218



Exhibit 4
Page 9 of 10

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, January 9, 2015 11:00 PM |
| **To:** | tm@conklelaw.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgment Sections 8 and 15: U.S. Trademark RN 3684910: M MOROCCANOIL (Stylized/Design): Docket/Reference No. 2522.359 |

**Serial Number:**  77359584
**Registration Number:**  3684910
**Registration Date:**  Sep 22, 2009
**Mark:**  M MOROCCANOIL (Stylized/Design)
**Owner:**  MOROCCANOIL, INC.

Jan 9, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
003

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77359584.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Exhibit 4
Page 10 of 10

Exhibit 5





Document title: MOROCCANOIL - Salon Products - Hair Conditioning Products
Capture URL: https://web.archive.org/web/20090710033004/http://www.moroccanoil.com/
Capture timestamp (UTC): Tue, 18 Oct 2016 23:25:54 GMT

Exhibit 5
Page 1 of 25
Page 1 of 1

181

PAGEVAULT

| | |
|---|---|
| Document title: | MOROCCANOIL - Salon Products - Hair Conditioning Products |
| Capture URL: | https://web.archive.org/web/20090710033004/http://www.moroccanoil.com/ |
| Captured site IP: | 207.241.225.186 |
| Page loaded at (UTC): | Tue, 18 Oct 2016 23:25:43 GMT |
| Capture timestamp (UTC): | Tue, 18 Oct 2016 23:25:54 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/237132 |
| User: | conklelaw-nicole |

Exhibit 5
Page 2 of 25

182




Document title: MOROCCANOIL - Salon Products - Hair Conditioning Products
Capture URL: https://web.archive.org/web/20100608202728/http://www.moroccanoil.com/index.php
Capture timestamp (UTC): Wed, 19 Oct 2016 22:10:25 GMT

Exhibit 5
Page 3 of 25

183

Page 1 of 1

PAGEVAULT

| | |
|---|---|
| Document title: | MOROCCANOIL - Salon Products - Hair Conditioning Products |
| Capture URL: | https://web.archive.org/web/20100608202728/http://www.moroccanoil.com/index.php |
| Captured site IP: | 207.241.225.186 |
| Page loaded at (UTC): | Wed, 19 Oct 2016 22:09:08 GMT |
| Capture timestamp (UTC): | Wed, 19 Oct 2016 22:10:25 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/237596 |
| User: | conklelaw-nicole |

Exhibit 5
Page 4 of 25

184




Document title: MOROCCANOIL - Salon Products - Hair Conditioning Products
Capture URL: https://web.archive.org/web/20110621052723/http://moroccanoil.com/index.php
Capture timestamp (UTC): Wed, 19 Oct 2016 21:53:14 GMT

Exhibit 5
Page 5 of 25
185
Page 1 of 1

PAGEV🔒ULT

| | |
|---|---|
| Document title: | MOROCCANOIL - Salon Products - Hair Conditioning Products |
| Capture URL: | https://web.archive.org/web/20110621052723/http://moroccanoil.com/index.php |
| Captured site IP: | 207.241.225.186 |
| Page loaded at (UTC): | Wed, 19 Oct 2016 21:52:28 GMT |
| Capture timestamp (UTC): | Wed, 19 Oct 2016 21:53:14 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/237556 |
| User: | conklelaw-nicole |

Exhibit 5
Page 6 of 25

186

Document title: Moroccanoil - Products
Capture URL: https://web.archive.org/web/20120915073356/http://moroccanoil.com/en_US/products
Capture timestamp (UTC): Mon, 31 Oct 2016 23:38:16 GMT

Exhibit 5
Page 7 of 25
Page 1 of 1

PAGEV🔒ULT

| | |
|---|---|
| Document title: | Moroccanoil - Products |
| Capture URL: | https://web.archive.org/web/20120915073356/http://moroccanoil.com/en_US/products |
| Captured site IP: | 207.241.225.186 |
| Page loaded at (UTC): | Mon, 31 Oct 2016 23:38:08 GMT |
| Capture timestamp (UTC): | Mon, 31 Oct 2016 23:38:16 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/245284 |
| User: | conklelaw-nicole |

Exhibit 5
Page 8 of 25

188



MOROCCANOIL    PRODUCTS    BEHIND THE BRAND    IDEAS AND TIPS            Body  |  Login  |  Shopping Bag   [Search entire site here]  [SEARCH]

## BEHIND THE BRAND

At Moroccanoil, our passion is empowering beautiful transformations. We started with the original Moroccanoil Treatment which revolutionized the haircare industry. We built our reputation on positive word of mouth from runways to salons to editorial spreads. Our antioxidant infused, nutrient rich, innovative formulas are unmatched and provide dramatic results. That is why salon-exclusive Moroccanoil® is preferred by professionals and consumers alike — because our products simply work.

We invite you to experience Moroccanoil® and discover the performance behind the headlines.

*learn about our history*



## DISCOVER / BELIEF / TODAY

Our story began when our co-founder, Carmen Tal, was traveling in Israel. After a color service that left her hair badly damaged, a friend brought her to a salon where she experienced an astonishing oil treatment. The result was that her hair instantly transformed from damaged to shiny, smooth and manageable.



—M—    Commitment to Salons    Salon Professionals    Distributors    Company    Contact Us    Legal Disclaimer    Join Mailing List        United States - English

Document title: Behind the Brand | Moroccanoil
Capture URL: https://web.archive.org/web/20130328172858/http://www.moroccanoil.com/usa/h_us_en/behind-the-brand
Capture timestamp (UTC): Mon, 31 Oct 2016 23:42:41 GMT

Exhibit 5
Page 9 of 25
189
Page 1 of 1

PAGEVAULT

| | |
|---|---|
| Document title: | Behind the Brand \| Moroccanoil |
| Capture URL: | https://web.archive.org/web/20130328172858/http://www.moroccanoil.com/usa/h_us_en/behind-the-brand |
| Captured site IP: | 207.241.225.186 |
| Page loaded at (UTC): | Mon, 31 Oct 2016 23:42:34 GMT |
| Capture timestamp (UTC): | Mon, 31 Oct 2016 23:42:41 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/245285 |
| User: | conklelaw-nicole |

Exhibit 5
Page 10 of 25

190



Search By

**Product Type**
- All
- Styling
- Hair Treatment
- Scalp Treatment
- Shampoo and Conditioner
- Tools

**Hair Type**
- All
- Fine
- Medium
- Thick/Coarse
- Wavy/Curly

**Hair Need**
- All
- Hydration
- Repair
- Frizz Control
- Volume
- Scalp Balance

Commitment to Salons   Salon Professionals   Distributors   Company   Contact Us   Legal Disclaimer   Join Mailing List

United States (EN)

Document title: Products | Moroccanoil
Capture URL: https://web.archive.org/web/20140404014901/http://www.moroccanoil.com/usa/h_us_en/products
Capture timestamp (UTC): Mon, 31 Oct 2016 23:45:15 GMT

Exhibit 5
Page 11 of 25
Page 1 of 1

191

PAGEVAULT

| | |
|---|---|
| Document title: | Products \| Moroccanoil |
| Capture URL: | https://web.archive.org/web/20140404014901/http://www.moroccanoil.com/usa/h_us_en/products |
| Captured site IP: | 207.241.225.186 |
| Page loaded at (UTC): | Mon, 31 Oct 2016 23:44:43 GMT |
| Capture timestamp (UTC): | Mon, 31 Oct 2016 23:45:15 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/245288 |
| User: | conklelaw-nicole |

Exhibit 5
Page 12 of 25

192





Document title: Moroccanoil Hair Products | Moroccanoil
Capture URL: https://web.archive.org/web/20150713012419/http://www.moroccanoil.com/usa/h_us_en/products?
Capture timestamp (UTC): Mon, 31 Oct 2016 23:46:44 GMT

Exhibit 5
Page 13 of 25
Page 1 of 3

193



Document title: Moroccanoil Hair Products | Moroccanoil
Capture URL: https://web.archive.org/web/20150713012419/http://www.moroccanoil.com/usa/h_us_en/products?
Capture timestamp (UTC): Mon, 31 Oct 2016 23:46:44 GMT

Exhibit 5
Page 14 of 25
Page 2 of 3

194



Document title: Moroccanoil Hair Products | Moroccanoil
Capture URL: https://web.archive.org/web/20150713012419/http://www.moroccanoil.com/usa/h_us_en/products?
Capture timestamp (UTC): Mon, 31 Oct 2016 23:46:44 GMT
195
Exhibit 5
Page 15 of 25
Page 3 of 3

PAGEV🔒ULT

| | |
|---|---|
| Document title: | Moroccanoil Hair Products \| Moroccanoil |
| Capture URL: | https://web.archive.org/web/20150713012419/http://www.moroccanoil.com/usa/h_us_en/products? |
| Captured site IP: | 207.241.225.186 |
| Page loaded at (UTC): | Mon, 31 Oct 2016 23:46:31 GMT |
| Capture timestamp (UTC): | Mon, 31 Oct 2016 23:46:44 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 4 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/245289 |
| User: | conklelaw-nicole |

Exhibit 5
Page 16 of 25

196



MUST-HAVES   HAIR   BODY   SUN   ABOUT US   INSPIRATION & TIPS   PROFESSIONALS

HOME / HAIR / ALL HAIR



ALL HAIR

ALL MOROCCANOIL PRODUCTS ARE OIL-INFUSED, OFFERING A UNIQUE APPROACH TO
HAIR CARE AND STYLING FOR EVERY HAIR TYPE AND NEED.

SORT BY ∨   FILTER BY ∨                                                                     61 RESULTS



**MOROCCANOIL TREATMENT ORIGINAL**
$15.00 - $44.00

**MOROCCANOIL TREATMENT LIGHT**
$15.00 - $44.00

**NEW! CURL ENHANCING SHAMPOO**
$26.00

**NEW! CURL ENHANCING CONDITIONER**
$29.00

**NEW! CURL CLEANSING CONDITIONER**
$22.00

**NEW! CURL RE ENERGIZING SPRAY**
$26.00

**NEW! BLOW DRY CONCENTRATE**
$38.00

**BEACH WAVE MOUSSE**
$11.00 - $28.00

**DRY TEXTURE SPRAY**
$11.00 - $28.00

**TEXTURE CLAY**
$26.00

**DRY SHAMPOO DARK TONES**
$10.50 - $26.00

**DRY SHAMPOO LIGHT TONES**
$10.50 - $26.00

Document title: All Hair | Moroccanoil
Capture URL: http://www.moroccanoil.com/us_en/hair-care/all-hair
Capture timestamp (UTC): Fri, 14 Oct 2016 20:42:32 GMT

197

Exhibit 5
Page 17 of 25
Page 1 of 5



HYDRATING SHAMPOO
$9.50 - $23.00

HYDRATING CONDITIONER
$10.00 - $24.00

HYDRATING STYLING CREAM
$13.00 - $34.00

INTENSE HYDRATING MASK
$16.00 - $55.00

WEIGHTLESS HYDRATING MASK
$16.00 - $68.00

MOISTURE REPAIR SHAMPOO
$10.00 - $25.00

MOISTURE REPAIR CONDITIONER
$10.50 - $26.00

RESTORATIVE HAIR MASK
$18.00 - $75.00

SMOOTHING SHAMPOO
$28.00

SMOOTHING CONDITIONER
$29.00

SMOOTHING MASK
$43.00 - $75.00

SMOOTHING LOTION
$12.00 - $32.00

EXTRA VOLUME SHAMPOO
$10.00 - $24.00

EXTRA VOLUME CONDITIONER
$10.50 - $25.00

VOLUMIZING MOUSSE
$28.00

ROOT BOOST
$29.00

Document title: All Hair | Moroccanoil
Capture URL: http://www.moroccanoil.com/us_en/hair-care/all-hair
Capture timestamp (UTC): Fri, 14 Oct 2016 20:42:32 GMT

198

Exhibit 5
Page 18 of 25
Page 2 of 5



THICKENING LOTION
$29.00

LUMINOUS HAIRSPRAY MEDIUM
$10.00 - $34.00

LUMINOUS HAIRSPRAY STRONG
$10.00 - $34.00

LUMINOUS HAIRSPRAY EXTRA STRONG
$10.00 - $24.00

STYLING GEL MEDIUM
$20.00
OUT OF STOCK

STYLING GEL STRONG
$20.00

MOLDING CREAM
$28.00

CURL DEFINING CREAM
$13.00 - $34.00

INTENSE CURL CREAM
$34.00

CURL CONTROL MOUSSE
$23.00

HEAT STYLING PROTECTION
$28.00

GLIMMER SHINE
$14.00 - $28.00

FRIZZ CONTROL
$17.00 - $34.00

CLARIFYING SHAMPOO
$26.00

OILY SCALP TREATMENT
$38.00

DRY SCALP TREATMENT
$38.00

Document title: All Hair | Moroccanoil
Capture URL: http://www.moroccanoil.com/us_en/hair-care/all-hair
Capture timestamp (UTC): Fri, 14 Oct 2016 20:42:32 GMT

199

Exhibit 5
Page 19 of 25
Page 3 of 5



BOAR BRISTLE CLASSIC BRUSH
$72.00

35 MM BOAR BRISTLE ROUND BRUSH
$72.00

35 MM BOAR BRISTLE ROUND BRUSH
$84.00

45 MM BOAR BRISTLE ROUND BRUSH
$84.00

BOAR BRISTLE TEASING BRUSH
$36.00

CERAMIC PADDLE BRUSH
$26.00

CERAMIC 35 MM ROUND BRUSH
$26.00

CERAMIC 35 MM ROUND BRUSH
$26.00

CERAMIC 45 MM ROUND BRUSH
$30.00

CERAMIC 55 MM ROUND BRUSH
$30.00

8.5" COMB
$16.00

STYLING COMB
$16.00

DETANGLING COMB
$16.00

TAIL COMB
$16.00

MO2000 PROFESSIONAL SERIES
TOURMALINE CERAMIC HAIR DRYER
$220.00

PROFESSIONAL SERIES TITANIUM
CERAMIC HAIRSTYLING IRON
$192.00



Document title: All Hair | Moroccanoil
Capture URL: http://www.moroccanoil.com/us_en/hair-care/all-hair
Capture timestamp (UTC): Fri, 14 Oct 2016 20:42:32 GMT

Exhibit 5
Page 20 of 25
Page 4 of 5

200



**BOAR BRISTLE TEASING BRUSH**
$26.00

**CERAMIC PADDLE BRUSH**
$26.00

**CERAMIC 25 MM ROUND BRUSH**
$26.00

**CERAMIC 35 MM ROUND BRUSH**
$26.00

**CERAMIC 45 MM ROUND BRUSH**
$30.00

**CERAMIC 55 MM ROUND BRUSH**
$30.00

**8.5" COMB**
$16.00

**STYLING COMB**
$16.00

**DETANGLING COMB**
$16.00

**TAIL COMB**
$16.00

**MO2000 PROFESSIONAL SERIES TOURMALINE CERAMIC HAIR DRYER**
$220.00

**PROFESSIONAL SERIES TITANIUM CERAMIC HAIRSTYLING IRON**
$192.00

**STYLING CLIPS**
$48.00



RECEIVE OUR LATEST
NEWS & UPDATES     Your Email          SIGN UP

HELP                    CAREERS

FAQ                     PRESS

CONTACT US              COMMITMENT TO SALONS

ONE BRAND:
A WORLD OF OIL-INFUSED BEAUTY

CONNECT WITH US  f  y  🖼  📺

© 2014 MOROCCANOIL. ALL RIGHTS RESERVED.

SITEMAP   LEGAL   TERMS & CONDITIONS

Document title: All Hair | Moroccanoil
Capture URL: http://www.moroccanoil.com/us_en/hair-care/all-hair
Capture timestamp (UTC): Fri, 14 Oct 2016 20:42:32 GMT

201

Exhibit 5
Page 21 of 25
Page 5 of 5

PAGEVAULT

| | |
|---|---|
| Document title: | All Hair \| Moroccanoil |
| Capture URL: | http://www.moroccanoil.com/us_en/hair-care/all-hair |
| Captured site IP: | 204.232.232.23 |
| Page loaded at (UTC): | Fri, 14 Oct 2016 20:42:03 GMT |
| Capture timestamp (UTC): | Fri, 14 Oct 2016 20:42:32 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 52.5.8.50 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 6 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/232713 |
| User: | conklelaw-nicole |

Exhibit 5
Page 22 of 25

202

MOROCCANOIL

MUST-HAVES      HAIR      BODY      SUN      ABOUT US      INSPIRATION & TIPS      PROFESSIONALS



## A CURL COLLECTION LIKE NO OTHER

SIMPLIFIED SOLUTIONS FOR CURLS OF ALL SHAPES AND SIZES: THE NEW CURL COLLECTION BY MOROCCANOIL



### NO-FUSS CURLS

Our philosophy is simpler: Curls don't have to be complicated. Our specialized assortment of curl care and styling products provide simplified solutions for curls of all shapes and sizes.

### OIL-INFUSED CURL CARE

As the leader in oil-infused beauty, all Moroccanoil products contain antioxidant-rich argan oils: a nourishing ingredient that breathes new life into dry, brittle and fragile curls. Our innovative oil-infused formulas promote control, shine and movement to keep your curls deeply hydrated, defined and frizz-free.

## DISCOVER THE COLLECTION

STEP 1
### CLEANSE

    

| NEW! CURL ENHANCING SHAMPOO | NEW! CURL ENHANCING CONDITIONER | NEW! CURL CLEANSING CONDITIONER |
|---|---|---|
| $26.00 | $29.00 | $32.00 |

STEP 2
### STYLE

  

Document title: Hair Care Curl Collection | Moroccanoil
Capture URL: http://www.moroccanoil.com/us_en/hair-care-curl-collection
Capture timestamp (UTC): Fri, 14 Oct 2016 20:44:39 GMT

203

Exhibit 5
Page 23 of 25
Page 1 of 2

**STEP2**

S T Y L E



**INTENSE CURL CREAM**
$34.00

**CURL DEFINING CREAM**
$13.00 - $34.00

**CURL CONTROL MOUSSE**
$23.00

**STEP3**

R E F R E S H



**NEW! CURL RE ENERGIZING
SPRAY**
$26.00



Jasmine Sanders—you might know her as @Golden_Barbie
—is a social media and fashion star! Sanders has walked
runways across the globe and graced the pages of top
fashion magazines.

"I'm blessed with naturally curly hair and have always been
an advocate for embracing my natural style," says Sanders,
whose interests outside of modeling include beauty and
fitness. "I've been using Moroccanoil Treatment to help
manage my curls for as long as I can remember. This new
collection makes going natural easy for all curly girls!"



DISCOVER YOUR CURL REGIMEN

LEARN MORE

RECEIVE OUR LATEST
NEWS & UPDATES!    [Your Email]    SIGN UP

HELP          CAREERS

FAQ           PRESS

CONTACT US    COMMITMENT TO SALONS

ONE BRAND:
A WORLD OF OIL-INFUSED BEAUTY

CONNECT WITH US  f  y  ◻  ▶

© 2014 MOROCCANOIL. ALL RIGHTS RESERVED.

SITEMAP   LEGAL   TERMS & CONDITIONS

Document title: Hair Care Curl Collection | Moroccanoil
Capture URL: http://www.moroccanoil.com/us_en/hair-care-curl-collection
Capture timestamp (UTC): Fri, 14 Oct 2016 20:44:39 GMT

Exhibit 5
Page 24 of 25
Page 2 of 2

204

PAGE**VAULT**

| | |
|---|---|
| Document title: | Hair Care Curl Collection | Moroccanoil |
| Capture URL: | http://www.moroccanoil.com/us_en/hair-care-curl-collection |
| Captured site IP: | 204.232.232.23 |
| Page loaded at (UTC): | Fri, 14 Oct 2016 20:44:05 GMT |
| Capture timestamp (UTC): | Fri, 14 Oct 2016 20:44:39 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 52.5.8.50 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/232729 |
| User: | conklelaw-nicole |

Exhibit 5
Page 25 of 25

205

# Exhibit 6
# FILED UNDER SEAL

# Exhibit 7
# FILED UNDER SEAL

Exhibit 8

# ADVERTISEMENTS 2015 - 2016

## HAIR

Exhibit 8
Page 1 of 18



MO Treatment Hero

DPS

Exhibit 8
Page 2 of 18

MO Treatment Hero

SP



Exhibit 8
Page 3 of 18



Dry Shampoo 2015

DPS

Exhibit 8
Page 4 of 18



Dry Shampoo 2015

SP

Exhibit 8
Page 5 of 18



TEXTURE Rosie 2016 DPS

Exhibit 8
Page 6 of 18

TEXTURE Rosie 2016

SP





MOT Rosie 2016 DPS

Exhibit 8
Page 8 of 18



Exhibit 8
Page 9 of 18



Exhibit 8
Page 10 of 18



Exhibit 8
Page 11 of 18



MOT International Rosie 2016

DPS

Exhibit 8
Page 12 of 18



MOT International Rosie 2016

SP

Exhibit 8
Page 13 of 18

Exhibit 8
Page 14 of 18



Dry Shampoo Rosie 2016

SP

Exhibit 8
Page 15 of 18



SMOOTH Rosie 2016

DPS

Exhibit 8
Page 16 of 18



SMOOTH Rosie 2016

SP



NY Collection

DPS

Exhibit 8
Page 18 of 18

Exhibit 9



Document title: Moroccanoil
Capture URL: https://www.facebook.com/Moroccanoil/
Capture timestamp (UTC): Mon, 24 Oct 2016 23:28:08 GMT

226

Exhibit 9
Page 1 of 4
Page 1 of 3



Document title: Moroccanoil
Capture URL: https://www.facebook.com/Moroccanoil/
Capture timestamp (UTC): Mon, 24 Oct 2016 23:28:08 GMT

227

Exhibit 9
Page 2 of 4
Page 2 of 3



Document title: Moroccanoil
Capture URL: https://www.facebook.com/Moroccanoil/
Capture timestamp (UTC): Mon, 24 Oct 2016 23:28:08 GMT

228

Exhibit 9
Page 3 of 4
Page 3 of 3

PAGEVAULT

Document title:               Moroccanoil

Capture URL:                  https://www.facebook.com/Moroccanoil/

Captured site IP:             31.13.65.36

Page loaded at (UTC):         Mon, 24 Oct 2016 23:27:51 GMT

Capture timestamp (UTC):      Mon, 24 Oct 2016 23:28:08 GMT

Capture tool:                 v4.4.4

Page Vault server IP:         54.175.14.236

Browser engine:               Chrome/49.0.2623.28

Operating system:             Microsoft Windows NT 6.2.9200.0 (6.2.9200.0)

PDF length:                   4

Portal URL:                   https://portal.page-vault.com/#/snapshot/239688

User:                         conklelaw-nicole

Exhibit 9
Page 4 of 4

229

Exhibit 10



Document title: moroccanoil - YouTube
Capture URL: https://www.youtube.com/user/moroccanoil/videos?view=0&amp;flow=grid&amp;sort=p
Capture timestamp (UTC): Mon, 24 Oct 2016 23:21:47 GMT

Exhibit 10
Page 1 of 2
Page 1 of 1

PAGEVAULT

| | |
|---|---|
| Document title: | moroccanoil - YouTube |
| Capture URL: | https://www.youtube.com/user/moroccanoil/videos?view=0&amp;flow=grid&amp;sort=p |
| Captured site IP: | 216.58.195.142 |
| Page loaded at (UTC): | Mon, 24 Oct 2016 23:21:33 GMT |
| Capture timestamp (UTC): | Mon, 24 Oct 2016 23:21:47 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 54.175.14.236 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/239686 |
| User: | conklelaw-nicole |

Exhibit 10
Page 2 of 2

231

Exhibit 11





MOROCCANOIL

FRANÇAIS   ESPAÑOL

HOME | OUR PRODUCTS | TRENDS OF THE SEASON | IN SALON EXPERIENCE | EVENTS | MEDIA ROOM | CONTACT US

IN THE PRESS

January 2010 - Teen Vogue Online
January 2010 - USA Today
Spring 2010 - Celebrity Hairstyles - Short Hair
January 2010 - Manhattan Magazine
January 2010 - Best of Short Hairstyles
December 2009 - Cosmopolitan
December 2009 - INSTYLE
December 2009 - Health Magazine
December 2009 - Beauty LaunchPad
December 2009 - Lucky
November 2009 - Freshlookmagazine.com
November 2009 - Mariah Carey on PEOPLE.com
2009 WINNER - Châtelaine – Canada's Beauty 100
November 2009 - Glamour
November 2009 - OK! Weekly
November 2009 - People Style Watch
November 2009 - Rachaelzoe.com
November 2009 - Elle Québec
November 2009 - Ella

Click here

ABOUT US   SALON LOCATOR   EMPLOYMENT   MEDIA ROOM   PROMOTIONS   PRIVACY POLICY   TERMS AND CONDITIONS   SITE MAP   WEBSITE BY STARMEDIA

Document title: MOROCCANOIL - Media Room - Videos
Capture URL: https://web.archive.org/web/20100211014024/http://www.moroccanoil.com/en/media-room.html
Capture timestamp (UTC): Tue, 18 Oct 2016 22:38:22 GMT

Exhibit 11
Page 1 of 2

232

Page 1 of 1

PAGEV**A**ULT

| | |
|---|---|
| Document title: | MOROCCANOIL - Media Room - Videos |
| Capture URL: | https://web.archive.org/web/20100211014024/http://www.moroccanoil.com/en/media-room.html |
| Captured site IP: | 207.241.225.186 |
| Page loaded at (UTC): | Tue, 18 Oct 2016 22:34:11 GMT |
| Capture timestamp (UTC): | Tue, 18 Oct 2016 22:38:22 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/237127 |
| User: | conklelaw-nicole |

Exhibit 11
Page 2 of 2

233

Exhibit 12



U.S. | World | Politics | Money | Opinion | Health | Entertainment | Style | Travel | Sports | Video | Live TV | 272 U.S. Edition | menu

#.563



## Made in Israel: Moroccan Oil

CNN's Erin Burnett travels to Israel and discovers the hottest hair product in the world, Moroccan Oil. Source: CNN

    



SEPHORA
SHOP NOW ▶
Advertisement

### Stories worth watching (15 Videos)

   

Made in Israel: Moroccan Oil — Now Playing

Can Ivanka Trump's brand survive the election? 3:02

Haunted house performers tell all 1:29

Self-driving truck's first shipment: 50k cans of beer 0:57

---

### Paid Content

How 2 MIT Grads Are Disrupting the Auto Insurance Industry *LiveSmarterDaily*

American Residents Born Between 1936 and 1966 Are In For A Big Surprise *LiveSmarterDaily*

Monica Lewinsky Reveals Who She Is Voting For, And It's Not Who You Think It Is *Major10*

Stocks Will Be Slaughtered, Economist Warns *The Sovereign Investor*

What One Longevity Scientist Discovered About What We Need As We Age *Scientific American*

3 "Death Foods" Surgeons Are Saying You Must Avoid *3 Harmful Foods*

### More from CNN

What is the Chicago Cubs' billy goat curse?

World Series misery will end soon for either the Cubs or Indians

Opinion: The terrifying issue for women in Election 2016

Inside a legal brothel ▶

Josh Tomlin: 'It meant everything' ▶

Can Ivanka Trump's brand survive the election? ▶

Recommended by Outbrain

By using this site, you agree to the **Privacy Policy** and **Terms of Service**. 

Document title: Made in Israel: Moroccan Oil
Capture URL: http://www.cnn.com/videos/bestoftv/2012/06/01/exp-eb-israel-moroccan-oil.cnn
Capture timestamp (UTC): Tue, 01 Nov 2016 17:19:27 GMT
234

Exhibit 12
Page 1 of 2
Page 1 of 3

PAGEVAULT

| | |
|---|---|
| Document title: | Made in Israel: Moroccan Oil |
| Capture URL: | http://www.cnn.com/videos/bestoftv/2012/06/01/exp-eb-israel-moroccan-oil.cnn |
| Captured site IP: | 151.101.32.73 |
| Page loaded at (UTC): | Tue, 01 Nov 2016 17:15:55 GMT |
| Capture timestamp (UTC): | Tue, 01 Nov 2016 17:19:27 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 4 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/245664 |
| User: | conklelaw-thaison |

Exhibit 12
Page 2 of 2

235

Exhibit 13

MOST SHARED



1 Lady Gaga Takes the Driver's Seat in the Latest Carpool Karaoke

2 A New Book Features Rarely Seen Photos of Audrey Hepburn

3 9,000 Precious Gemstones, 700 Hours, 1 Supermodel: Here's What Goes Into the Victoria's Secret Fantasy Bra

EMI DRY BAR — GET STYLED PROFESSIONALLY — GET YOUR LOOK TODAY — TWISTED CURLS — WELLA

**BEAUTY**

# Beauty: The Frenzy over Moroccanoil

MARCH 19, 2010 8:01 PM
by CHRISTINA HAN



EXPAND


A DAY AT THE *VOGUE* OFFICE
You could win a trip to visit us at our NYC headquarters
ENTER NOW


TWISTED CURLS
EMI DRY BAR — GET STYLED PROFESSIONALLY — GET YOUR LOOK TODAY

Recently I met up with a friend and immediately noticed her hair. Dark, shoulder-length; it always looks perfect. But that day, it looked better. Sleek and shining in that just-shampooed-at-the-salon kind of way. "Did you just get a cut?" I asked. "Nope," she said, "it's Moroccanoil!" And that's when I realized Moroccanoil is everywhere. Stars, stylists, and anyone on a quest for stronger, shinier, healthier hair is gravitating en masse to this nutrient-rich argan oil formula. Not to be mistaken for other hair oils, Moroccanoil-an entire lineup of creams, masks, shampoos, and conditioners-doesn't weigh hair down and leaves no residue, swear its fans. "It's about the shine, the quality," said **Orlando Pita** backstage at Carolina Herrera's recent fall show, an amber bottle of the line's Treatment oil in hand. "The girls' hair is so distressed by this point, they really need it." Pita packed the line in his kit for the Derek Lam show, as well, as did fellow superstylists **Odile Gilbert** at Erin Fetherston, **Bob Recine** at Hervé Léger, and **Danilo** at Gwen Stefani's L.A.M.B collection. Oscar night was a similar story, with everyone from **Maggie Gyllenhaal** and **Charlize Theron** to **Anna Kendrick** dazzling the cameras with perfectly coiffed, Moroccanoil-infused dos. And here at *Vogue*, Photo Editor **Desirée Rosario-Moodie** refuses to go anywhere without the line's Hydrating Styling Cream, especially on vacation to the coastal town of Bahia, Brazil. "When I get out of the water, a little on the ends and roots keeps my hair soft and prevents it from drying out." It's official! Moroccanoil.com

  


SHARE        TWEET

ADD A COMMENT

---

RECOMMENDED FOR YOU

 

SPONSORED STORIES


24 People You Won't Believe They Actually Exist
BUZZHOOPLA.NET


It's True: You Don't Need Super Powers to Cook Quick, Awesome...
CLEAN PLATES

Document title: Beauty: The Frenzy over Moroccanoil - Vogue
Capture URL: http://www.vogue.com/871138/vd-beauty-the-frenzy-over-moroccanoil/#1
Capture timestamp (UTC): Fri, 28 Oct 2016 17:56:57 GMT

Exhibit 13
Page 1 of 2

236

Page 1 of 6

PAGEVAULT

| | |
|---|---|
| Document title: | Beauty: The Frenzy over Moroccanoil - Vogue |
| Capture URL: | http://www.vogue.com/871138/vd-beauty-the-frenzy-over-moroccanoil/#1 |
| Captured site IP: | 151.101.128.239 |
| Page loaded at (UTC): | Fri, 28 Oct 2016 17:56:24 GMT |
| Capture timestamp (UTC): | Fri, 28 Oct 2016 17:56:57 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 7 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/243059 |
| User: | conklelaw-nicole |

Exhibit 13
Page 2 of 2

237

Exhibit 14





POPSUGAR › Beauty › Hair › Celebrities Who Use Moroccanoil

## Everybody's Loving Moroccanoil

12 April, 2010 by POPSUGAR BEAUTY.AU

39 Shares

VIEW IN SLIDESHOW

It's graced the locks of some of Hollywood's hottest stars and was a regular feature at NYFW. Now, one of our very own is calling it her "new obsession."

Moroccanoil is definitely having a moment. The range of products includes the hero serum which is designed to seal in shine, heal split ends and smooth frizz, shampoo, conditioner and an intense hydrating mask. Let's see it in action . . .

### Jennifer Hawkins



The Myer spokeswoman calls Moroccanoil her "new obsession."

### Maggie Gyllenhaal



Document title: Celebrities Who Use Moroccanoil | POPSUGAR Beauty Australia
Capture URL: http://www.popsugar.com.au/beauty/Celebrities-Who-Use-Moroccanoil-8072528#opening-slide
Capture timestamp (UTC): Mon, 24 Oct 2016 23:22:57 GMT

238

Exhibit 14
Page 1 of 9

Page 1 of 12












Image Source: Getty

Maggie's always on trend so it was no surprise that her hair was styled with Moroccanoil.

### Jennifer Lopez



Image Source: Getty

Jen's teased up 'do for this year's Oscars was created using the cult products.



Anna Kendrick

Document title: Celebrities Who Use Moroccanoil | POPSUGAR Beauty Australia
Capture URL: http://www.popsugar.com.au/beauty/Celebrities-Who-Use-Moroccanoil-8072528#opening-slide
Capture timestamp (UTC): Mon, 24 Oct 2016 23:22:57 GMT

239

Exhibit 14
Page 2 of 9
Page 2 of 12





## Anna Kendrick



Image Source: Getty

The Oscar nominee had her hair styled with Moroccanoil for the 2010 Oscars.

## Herve Leger



This centre-parted pony was created using Moroccanoil.

## Carolina Herrera



Document title: Celebrities Who Use Moroccanoil | POPSUGAR Beauty Australia
Capture URL: http://www.popsugar.com.au/beauty/Celebrities-Who-Use-Moroccanoil-8072528#opening-slide
Capture timestamp (UTC): Mon, 24 Oct 2016 23:22:57 GMT
240

Exhibit 14
Page 3 of 9
Page 3 of 12







Image Source: Getty

This slick 'do called upon Moroccanoil products at Fall 2010 NYFW.

### Derek Lam





Image Source: Getty

Derek Lam used the products for his Fall 2010 show in NY. Word on the street is that they halve blow-drying time. Music to our ears.

### Max Azria









Image Source: Getty

The Max Azria girls strutted their stuff with a part-coral lip and super-sleek pony, styled with, you guessed it . . . Moroccanoil.



Document title: Celebrities Who Use Moroccanoil | POPSUGAR Beauty Australia
Capture URL: http://www.popsugar.com.au/beauty/Celebrities-Who-Use-Moroccanoil-8072528#opening-slide
Capture timestamp (UTC): Mon, 24 Oct 2016 23:22:57 GMT

241

Exhibit 14
Page 4 of 9
Page 4 of 12









### Nanette Lepore



Image Source: Getty

The Nanette Lepore models flaunted fabulous waves that had gotten the Moroccanoil
treatment.

### Amanda Seyfried



Image Source: Getty

Amanda's picture-perfect curls for the 2009 Academy Awards were created using Moroccanoil
products.

### Marion Cotillard



Document title: Celebrities Who Use Moroccanoil | POPSUGAR Beauty Australia
Capture URL: http://www.popsugar.com.au/beauty/Celebrities-Who-Use-Moroccanoil-8072528#opening-slide
Capture timestamp (UTC): Mon, 24 Oct 2016 23:22:57 GMT
242

Exhibit 14
Page 5 of 9
Page 5 of 12





Image Source: Getty

Marion's 2008 Oscar hairstyle had been such a success that she got her stylist to use the Moroccanoil products the following year, too.

### Claire Danes



Image Source: Getty

Back in 2009 at the Indepent Spirit Awards Claire used the must-have products.

### Rosario Dawson



Image Source: Getty



Document title: Celebrities Who Use Moroccanoil | POPSUGAR Beauty Australia
Capture URL: http://www.popsugar.com.au/beauty/Celebrities-Who-Use-Moroccanoil-8072528#opening-slide
Capture timestamp (UTC): Mon, 24 Oct 2016 23:22:57 GMT

243

Exhibit 14
Page 6 of 9

Page 6 of 12



Image Source: Getty

Rosario rocked the Moroccanoil at the 2009 SAGs.

**Taylor Swift**

Image Source: Getty

The Young Hot Thing chose the hot new hair product for the 2009 Grammys: Moroccanoil.

**Katy Perry**

Image Source: Getty

Ms. Perry had her hair styled with Moroccanoil products when she was channelling the '40s at the 2009 Grammys.

*Share this post*

Hair   Hair Serum   Serum   Dry Hair   Split Ends   MoroccanOil   Shiny Hair

Hair Treatment   Frizzy Hair   Conditioner   Shampoo   Celeb Beauty

💬 0   Join The Conversation

POPSUGAR Australia
delivered to your inbox

Document title: Celebrities Who Use Moroccanoil | POPSUGAR Beauty Australia
Capture URL: http://www.popsugar.com.au/beauty/Celebrities-Who-Use-Moroccanoil-8072528#opening-slide
Capture timestamp (UTC): Mon, 24 Oct 2016 23:22:57 GMT

Exhibit 14
Page 7 of 9
244
Page 7 of 12

Everybody's Loving Moroccanoil

POPSUGAR Australia
delivered to your inbox

Did you know we have a
US site?

Sign Up With Facebook

Sign Up

By signing up, I agree to the Terms & to receive emails from POPSUGAR



## Related Posts



**HAIR**

The Real Girl's Guide to Every Gorgeous Braid From Pinterest

*by JESSICA IZHUEL  20 Hours Ago*



**HAIR**

How to Create Aisha Jade's Cool-Girl Textured Braids

*by JADE HEALY sponsored by OGX  20 Hours Ago*



**HAIR**

Pics to Take to Your Hairdresser When Considering the Big Chop

*by JESSICA ARROWSMITH  1 Day Ago*



**HAIR**

Effortless, Beachy Waves in Just 10 Minutes

*by JESSICA ARROWSMITH  2 Days Ago*



**HAIR**

Georgia Love's Best Beauty Moments So Far

*by JESSICA ARROWSMITH  3 Days Ago*



**HAIR**

What You Should Know Before Dyeing Your Hair Rose Gold Blonde

*by TRUDY PHILLIPS  4 Days Ago*



**HAIR**

Why I'm Still a 30-Year-Old (Hair) Virgin

*by LAUREN LYNDON  4 Days Ago*



**HAIR**

The Buzziest Celebrity Beauty Campaigns of 2016

*by EMILY ORDFINO  5 Days Ago*



**HAIR**

15 Beauty Mistakes That Are Making You Look Older Than Your Age

*by EMILY ORDFINO  5 Days Ago*

Document title: Celebrities Who Use Moroccanoil | POPSUGAR Beauty Australia
Capture URL: http://www.popsugar.com.au/beauty/Celebrities-Who-Use-Moroccanoil-8072528#opening-slide
Capture timestamp (UTC): Mon, 24 Oct 2016 23:22:57 GMT

245

Exhibit 14
Page 8 of 9
Page 8 of 12

PAGEV🔒ULT

| | |
|---|---|
| Document title: | Celebrities Who Use Moroccanoil \| POPSUGAR Beauty Australia |
| Capture URL: | http://www.popsugar.com.au/beauty/Celebrities-Who-Use-Moroccanoil-8072528#opening-slide |
| Captured site IP: | 52.21.125.114 |
| Page loaded at (UTC): | Mon, 24 Oct 2016 23:21:33 GMT |
| Capture timestamp (UTC): | Mon, 24 Oct 2016 23:22:57 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 54.175.14.236 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 13 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/239687 |
| User: | conklelaw-nicole |

Exhibit 14
Page 9 of 9

246