# Declaration of Allan Weizmann
# REDACTED AND FILED UNDER SEAL

# DECLARATION OF ALLAN WEIZMANN

I, Allan Weizmann, hereby declare as follows:

1. I am the Chief Financial Officer for Moroccanoil, Inc. ("Moroccanoil"), the Plaintiff in the above-entitled action. I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2. From my duties as CFO for Moroccanoil I have personal knowledge about the sales of hair care products in the United States by Moroccanoil bearing the word MOROCCANOIL. Based on my review of Moroccanoil's business records, Moroccanoil's approximate sales in units from 2011 to 2016 are as follows:[1] 2011 – ▮▮▮▮ units (for the last two quarters of 2011); 2012 – ▮▮▮▮ units; 2013 – ▮▮▮▮ units; 2014 – ▮▮▮▮ units; 2015 – ▮▮▮▮ units; 2016 – ▮▮▮▮ units (through the third quarter of 2016).[2] The cumulative total number of Moroccanoil Products over that time period is over ▮▮▮▮ units.

3. From my duties for Moroccanoil I have personal knowledge about the sales of products in the United States by Moroccanoil and its predecessors which bear the word MOROCCANOIL. Based on my review of Moroccanoil's business records, the approximate sales from 2007 to 2013 are as follows: 2007 – ▮▮▮▮; 2008 – ▮▮▮▮; 2009 – ▮▮▮▮; 2010 – ▮▮▮▮; 2011 – ▮▮▮▮; 2012 – ▮▮▮▮; 2013 – ▮▮▮▮; 2014 – ▮▮▮▮; 2015 –

---

[1] Moroccanoil began using a new accounting system in 2011, which allows me to access information about the number of sales in units from 2011 to present. Prior to 2011, Moroccanoil does not currently have records that would readily allow me to identify Moroccanoil's sales in units for that time period.

[2] These unit figures include sales of Moroccanoil's hair care products as well as units used for promotional purposes.

2522.714\9979

1 ▇▇▇; 2016 – ▇▇▇ (through the third quarter of 2016). The
2 cumulative total of Moroccanoil's sales over this time period is over ▇▇▇.

4.     From my duties as CFO for Moroccanoil I have personal knowledge of the marketing and advertising expenditures in the United States for Moroccanoil products. Based on my review of Moroccanoil's business records, the approximate advertising expenditures from 2007 to 2013 are as follows: 2007 – no recorded costs; 2008 – ▇▇▇; 2009 – ▇▇▇; 2010 – ▇▇▇; 2011 – ▇▇▇; 2012 – ▇▇▇; 2013 – ▇▇▇; 2014 – ▇▇▇; 2015 – ▇▇▇; 2016 – ▇▇▇ (through the first and second quarters of 2016). The cumulative total for Moroccanoil's advertising expenditures since 2007 is over ▇▇▇. These advertising expenditures are typically charged back to Moroccanoil's parent company, Moroccanoil Israel, Ltd., and do not appear on Moroccanoil's profit and loss statements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct, and that this declaration was executed on November 10, 2016.

_____
Allan Weizmann