# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation; and MOROCCANOIL ISREAL LTD., an Israeli limited company,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ZOTOS INTERNATIONAL INC., a New York corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 16-07004 DMG (AGRx)<br><br>**PRELIMINARY INJUNCTION** |

　　　Pursuant to the Court's Order granting Plaintiffs Moroccanoil, Inc. and Moroccanoil Israel Ltd. (collectively "Moroccanoil") motion for a preliminary injunction [Doc. # 94], **IT IS HEREBY ORDERED** as follows:

1. Defendant Zotos International, Inc. ("Zotos"), and their agents, officers, employees, representatives, successors, assigns, attorneys, and those persons acting

for, with, by, or under authority of Zotos, or in concert or participation with Zotos, are **HEREBY ENJOINED FROM** advertising, selling, or distributing:

a. Any products that are confusingly similar in appearance to Moroccanoil's trade dress consisting of turquoise blue package coloring, copper orange and/or white colored graphic and design elements, as depicted below:



b. Any product bearing a trademark or symbol confusingly similar to Moroccanoil's trademark registration no. 3,684,909, depicted below:



-2-

    c. Any product bearing a trademark or symbol confusingly similar to Moroccanoil's trademark registration no. 3,684,910 depicted below:



2. Zotos must recall or sequester all existing "Luxe Majestic Oil" products whose appearance is confusingly similar to Moroccanoil's trade dress and trademarks.

3. This preliminary injunction shall be effective upon the posting by Moroccanoil of a bond in the amount of $250,000.00. Zotos shall implement this Order within 30 days thereafter and file a notice of compliance with this Court.

**IT IS SO ORDERED.**

DATED: January 19, 2017

                                        DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE