JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation; and MOROCCANOIL ISRAEL LTD., an Israeli limited company,<br><br>Plaintiffs,<br><br>v.<br><br>ZOTOS INTERNATIONAL, INC., a New York corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV16-7004-DMG (AGRx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) AND REQUEST TO DISSOLVE INJUNCTION [97]** |

Pursuant to the Parties' Stipulation for Dismissal, IT IS HEREBY ORDERED that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in the above-captioned action are hereby dismissed in their entirety with prejudice;

2. This Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement dated February 7, 2017, pursuant to the terms thereof;

3. The Preliminary Injunction previously entered by this Court [Doc. ## 94-95] is hereby dissolved;

4. Each Party shall bear its own attorneys' fees and costs; and

5. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: February 15, 2017

*[signature: Dolly M. Gee]*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE